AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

CANDACE EPPS

V.

WALGREEN CO., INC

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:05CV498-C

TO: (Name and address of defendant)
Walgreen Co., Inc.
3892 Atlanta Highway
Montgomery, Al. 36109

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
Jay Lewis
Law Offices of Jay Lewis, L.L.C.
847 S. McDonough Street
Montgomery, AL 36104

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

*V Carther*

(BY) DEPUTY CLERK

DATE 6/1/05