| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature _Judith Smith_  ☐ Agent  ☐ Addressee<br>X ⌐<br>B. Received by (Printed Name) _Judith Smith_  C. Date of Delivery _6-2-05_ |
| 1. Article Addressed to:<br><br>Walgreen Co., Inc<br>3892 Atlanta Highway<br>Montgomery, AL 36109 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>_2:05cv498-C_<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 1160 0003 5809 8363 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540