**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **CANDACE EPPS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CASE NO.: 2:05CV-00498-C |
| | ) |
| **WALGREEN CO., INC.** | ) |
| | ) |
| **Defendant.** | ) |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rules of the Middle District of Alabama and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for Walgreen Co., Inc., ("Walgreen Co.") defendant in the above-captioned action, certifies that:

1. Walgreen Co. is an Illinois corporation, which issues shares in its own name.

2. Walgreen Co. has no parents, subsidiaries and/or affiliates that have issued shares or debt securities to the public.

> s/John Richard Carrigan
> John Richard Carrigan (CAR014)
> Alysonne Hatfield (HAT012)
> Ogletree, Deakins, Nash, Smoak & Stewart,
> One Federal Place, Suite 1000
> 1819 5th Avenue North
> Birmingham, Alabama 35203
> Telephone: (205) 328-1900
> Facsimile: (205) 328-6000
> E-mail: richard.carrigan@odnss.com
> E-mail: alysonne.hatfield@odnss.com
> *Counsel for Defendant, Walgreen Co., Inc.*

**CERTIFICATE OF SERVICE**

     I hereby certify that on June 24, 2005, I electronically filed the foregoing Corporate Disclosure Statement with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jay Lewis, Esq.
Law Offices of Jay Lewis, LLC
P. O. Box 5059
Montgomery, AL  36103

                                              s/John Richard Carrigan
                                              John Richard Carrigan (CAR014)
                                              Alysonne Hatfield (HAT012)
                                              Ogletree, Deakins, Nash, Smoak &
                                              Stewart, P.C.
                                              One Federal Place, Suite 1000
                                              1819 5th Avenue North
                                              Birmingham, Alabama 35203
                                              Telephone: (205) 328-1900
                                              Facsimile: (205) 328-6000
                                              E-mail: richard.carrigan@odnss.com
                                              E-mail: alysonne.hatfield@odnss.com
                                              *Counsel for Defendant, Walgreen Co., Inc.*