## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 18, 2005

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re:   Epps v. Walgreen Co., Inc.
      Civil Action No. 2:05-cv-00498-C

The above-styled case has been reassigned to Judge Myron H. Thompson.

Please note that the case number is now **2:05-cv-00498-T**.

This new case number should be used on all future correspondence and pleadings in this action.