IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CANDACE EPPS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO.  2:05CV498-T |
| | ) |
| WALGREEN CO., INC., | ) |
| | ) |
| Defendant. | ) |

ORDER

For good cause, it is

ORDERED that the scheduling conference set on August 22, 2005, be and is hereby CANCELLED.

Done this 19th day of August, 2005.

      /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE