IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CANDACE EPPS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CASE NO.: 2:05-CV-00498-C |
| | ) |
| **WALGREEN CO., INC.** | ) |
| | ) |
| **Defendant.** | ) |

**DEFENDANT'S EVIDENTIARY SUBMISSION
IN SUPPORT OF ITS
MOTION FOR SUMMARY JUDGMENT**

Comes now defendant and submits this Evidentiary Submission in Support of Its Motion for Summary Judgment. Defendant relies upon the following evidence:

| | |
|---|---|
| Tab A | (Redacted)[1] Deposition of Plaintiff Candace Epps |
| Tab A-1 | Ex. 1 to depo. – Plaintiff's Initial Disclosures |
| Tab A-2 | Ex. 2 to depo. – Performance Review for Period Ending March 16, 2004 |
| Tab A-4 | Ex. 4 to depo. – Employment Record of Candace Epps |
| Tab A-6 | Ex. 6 to depo. – Employment Record of Leland Wallace, Jr. |
| Tab B | Declaration of David Sheppard with Attachments A and B |
| Tab C | Excerpt of Deposition of Jason Gremillion (Page 32 only) |
| Tab D | Excerpts of Deposition of Kimberly Freeman (pp. 11 and 12 only) |

---

[1] Pg. 104 of the Deposition is Sealed, and has, therefore, been redacted.

**WHEREFORE**, defendant respectfully requests that this Court grant its Motion for Summary Judgment, dismiss the plaintiff's claims with prejudice, and award the defendant its costs in defending against this action.

    s/Alysonne O. Hatfield
J. Richard Carrigan (CAR014)
Alysonne O. Hatfield (HAT012)
Ogletree, Deakins, Nash, Smoak
    & Stewart, P.C.
One Federal Place, Suite 1000
1819 5th Avenue North
Birmingham, AL 35203-2118
Telephone: (205) 328-1900
Facsimile: (205) 328-6000
E-mail: Richard.Carrigan@odnss.com
    Alysonne.Hatfield@odnss.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of February, 2006, I electronically filed the foregoing Defendant's Evidentiary Submission in Support of Its Motion for Summary Judgment with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Jay Lewis.

    s/ Alysonne O. Hatfield
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205)328-1900
Facsimile: (205)328-6000
E-mail: Alysonne.hatfield@odnss.com