# EVIDENTIARY SUBMISSIONS

# TAB   A

---

## DEPOSITION OF CANDACE EPPS

---

In The Matter Of:

**CANDACE EPPS**
v.
**WALGREEN COMPANY, INC.**

## NO. 2:05-CV-00498-T

---

**CANDACE EPPS**
**November 9, 2005**

---



**TYLER EATON MORGAN NICHOLS & PRITCHETT INC.**

THE HIGHEST QUALITY IN COURT REPORTING

## Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CIVIL ACTION NO. 2:05-CV-00498-T

CANDACE EPPS,
     Plaintiff,
vs.

WALGREEN COMPANY, INC.,

     Defendant.

DEPOSITION
OF
CANDACE EPPS
November 9, 2005

Taken Before: Kimberly T. Hoff, CSR,
    RPR, RMR, CLR, and
    Notary Public

## Page 2

1       S T I P U L A T I O N
2    IT IS STIPULATED AND AGREED by and
3  between the parties through their
4  respective counsel that said deposition
5  may be taken before Kimberly T. Hoff,
6  Certified Shorthand Reporter, Registered
7  Professional Reporter, Registered Merit
8  Reporter, Certified Livenote Reporter;
9    That the signature to and the
10  reading of the deposition by the witness
11  is waived, the deposition to have the
12  same force and effect as if full
13  compliance had been had with all laws
14  and rules of Court relating to the
15  taking of depositions;
16    That it shall not be necessary for
17  any objections to be made by counsel to
18  any questions, except as to form or
19  leading questions, and that counsel for
20  the parties may make objections and
21  assign grounds at the time of trial, or
22  at the time said deposition is offered
23  in evidence, or prior thereto.

## Page 3

1      A P P E A R A N C E S
2
3  FOR THE PLAINTIFF:
4
5    Jay Lewis
6    j-lewis@jaylewislaw.com
7    LAW OFFICES OF JAY LEWIS, LLC
8    847 South McDonough Street
9    P. O. Box 5059
10    Montgomery, Alabama
11    (334) 263-7733
12
13  FOR THE DEFENDANT:
14
15    Richard Carrigan
16    richard.carrigan@ogletreedeakins.com
17    OGLETREE, DEAKINS, NASH,
18      SMOAK & STEWART, P.C.
19    One Federal Place, Suite 1000
20    1819 Fifth Avenue North
21    Birmingham, Alabama  35203
22    (205) 328-1900
23

## Page 4

1  ALSO PRESENT:
2
3    Glenn Kaun
4    Paul Rengering
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

1 (Pages 1 to 4)

Page 5

I N D E X

EXAMINATION INDEX

EXAMINATION OF CANDACE EPPS:
    BY MR. CARRIGAN         7
SEALED TESTIMONY:
    VOIR DIRE BY MR. LEWIS   104

CONTINUED EXAMINATION OF CANDACE EPPS:
    BY MR. CARRIGAN        105
    BY MR. LEWIS           170

        EXHIBIT INDEX
Defendant's
1   Plaintiff's Initial        15
    Disclosures
2   Executive Assistant        17
    Performance Review dated
    3/16/2004
3   Discrimination and         66
    harassment policy signed
    4/21/03
4   Employment record         107
5   Management Trainee        108
    Performance Review for
    period ending March 2003
6   Employment record for     109
    Leland Wallace

7   Complaint                 145

Page 6

I, Kimberly T. Hoff, a
Registered Merit Reporter of Decatur,
Alabama, and a Notary Public for the
State of Alabama, acting as
Commissioner, certify that on this date,
pursuant to the Federal Rules of Civil
Procedure and the foregoing stipulation
of counsel, there came before me at the
law offices of Jay Lewis, 847 South
McDonough Street, Montgomery, Alabama,
on Wednesday, November 9, 2005,
commencing at 1:20 p.m., CANDACE EPPS,
witness in the above cause, for oral
examination, whereupon the following
proceedings were had:

        CANDACE EPPS,
    being first duly sworn, was
    examined and testified as follows:

        COURT REPORTER:  Usual
stipulations?
        MR. LEWIS:  Yes.

Page 7

        EXAMINATION
BY MR. CARRIGAN:
    Q.   State your full name, please.
    A.   Candace Redale Epps.
    Q.   Have you been known by any
other names?
    A.   No, sir.
    Q.   Where do you live?
    A.   2618 Winbrook Road.
    Q.   How long have you lived at that
address?
    A.   Since the end of '99, 2000.
    Q.   Where did you live before that?
    A.   Before that, I lived in
Florida.
    Q.   Where in Florida?
    A.   In Palm Bay.
    Q.   What county is that?
    A.   Brevard.
    Q.   Where do you work now?
    A.   Walgreens.
    Q.   What is your job?
    A.   Store manager.

Page 8

    Q.   How long have you been store
manager?
    A.   Since February of this year.
    Q.   Who promoted you to store
manager?
    A.   Paul Rengering.
    Q.   The gentleman at the end of the
table there?
    A.   Yes, sir.
    Q.   What previous positions did you
hold with Walgreens?
    A.   Assistant manager, executive
assistant and now the store manager.
    Q.   During what period of time were
you an assistant manager?
    A.   July -- I got hired in 2002 to
2003.
    Q.   2002 to 2003, you were --
    A.   Assistant manager.
    Q.   Okay.  And then from 2003
until --
    A.   2005, I was --
    Q.   -- early 2005, what was your

CONTAINS CONFIDENTIAL PORTION THAT IS FOR ATTORNEYS' EYES ONLY
Tyler Eaton Morgan Nichols & Pritchett Inc.

CANDACE EPPS                           *** HIGHLY CONFIDENTIAL ***                           CANDACE EPPS
WALGREEN COMPANY, INC.                                                                         November 9, 2005

Page 9

1   position?
2       A.   Executive assistant.
3       Q.   Okay.  When you were an
4   executive assistant, did you work under
5   a store manager?
6       A.   Yes, sir.
7       Q.   Who was the store manager that
8   you worked for?
9       A.   James Freeman.
10      Q.   Did you work under any other
11  store manager other than James Freeman?
12      A.   Yes.
13      Q.   Who else?
14      A.   Mr. Leland Wallace.
15      Q.   Okay.  During what period of
16  time did you work under Leland Wallace?
17      A.   From June, July -- I'm not sure
18  what month, fall of 2005 -- '-4, yeah,
19  last year, '-4.
20      Q.   I'm sorry, from fall of 2004 --
21      A.   Yeah.
22      Q.   -- until February of 2005?
23      A.   February, yes, sir.

Page 10

1       Q.   Did he leave the store?
2       A.   Yes, sir.
3       Q.   Did you replace him?
4       A.   Yes, sir.
5       Q.   Why did he leave the store?
6       A.   He got transferred back to
7   Birmingham.
8       Q.   Was that his home or his
9   preferred location?
10      A.   That's his home, I believe.
11      Q.   Do you know whether he had
12  asked to be transferred to Birmingham?
13      A.   I'm not sure if he actually
14  asked.
15      Q.   Have you ever had your
16  deposition taken before?
17      A.   Yes, sir.
18      Q.   In what situation?
19      A.   Situation where -- versus
20  Walgreens in 2003.
21      Q.   Okay.  Tell me the
22  circumstances of your deposition being
23  taken in 2003.

Page 11

1       A.   For Walgreens in reference to a
2   lawsuit.
3       Q.   Who was the plaintiff in that
4   lawsuit?
5       A.   Betty Booker.
6       Q.   What was the nature of that
7   lawsuit?
8       A.   Wrongful termination or
9   something like that.
10      Q.   Do you understand that in a
11  deposition that you will be asked
12  questions and that your answers are
13  supposed to be accurate to the best of
14  your knowledge and that you're under
15  oath?
16      A.   Yes.
17      Q.   If I ask a question and you
18  don't understand the question, will you
19  ask me to clarify it at that time?
20      A.   Yes, I will.
21      Q.   If you go ahead and answer a
22  question, would it be fair for me to
23  assume that you understood the question?

Page 12

1       A.   Yes, sir.
2       Q.   If in the course of the
3   deposition, you realize that some answer
4   that you've given is either incomplete
5   or inaccurate, will you correct that?
6       A.   Yes, sir.
7       Q.   My name is Richard Carrigan.
8   I'm a lawyer representing Walgreens in
9   this matter and you are the plaintiff
10  suing Walgreens in this matter.  Do you
11  understand that?
12      A.   Yes, sir.
13      Q.   Where did you work before you
14  came to Walgreens?
15      A.   I worked at a place called
16  Factory To You.
17      Q.   Okay.  Where was that?
18      A.   In Montgomery.
19      Q.   How long did you work there?
20      A.   About a year, a year.
21      Q.   What position did you hold
22  there?
23      A.   I was the store manager.

CONTAINS CONFIDENTIAL PORTION THAT IS FOR ATTORNEYS' EYES ONLY
Tyler Eaton Morgan Nichols & Pritchett Inc.

Page 13

1  Q.  Floor manager?
2  A.  Store manager.
3  Q.  What kind of a store was it?
4  A.  Retail clothing, hard lines
5  store.
6  Q.  I'm not sure what that is.  Can
7  you explain it to me?
8  A.  Selling toys, home decor, that
9  would be considered hard lines.
10  Q.  Who is your supervisor?
11  A.  Eric -- I'm not sure of his
12  last name -- Biggett?
13  Q.  Derrick?
14  A.  Eric.
15  Q.  Eric.  And you don't remember
16  his last name?
17  A.  Biggett?  I'm not -- Bignick?
18  I'm not sure.
19  Q.  Why did you leave Factory To
20  You?
21  A.  It went out of business.
22  Q.  When you left, how long were
23  you out of work before you came to work

Page 14

1  for Walgreens?
2  A.  Around -- to estimate, around
3  three months maybe.
4  Q.  How did you get your job with
5  Walgreens?
6  A.  I was hired by David Shepard.
7  Q.  Did you file an application?
8  A.  Yes.
9  Q.  What position did you apply
10  for?
11  A.  Assistant manager.
12  Q.  Is that the position that you
13  got?
14  A.  Yes, sir.
15  Q.  Which store did you go to?
16  A.  Boulevard -- 2281 South
17  Boulevard.
18  MR. LEWIS:  You are going to
19  have to speak up.  I can't hear you.
20  THE WITNESS:  I'm sorry.
21  Q.  2281 South Boulevard?
22  A.  Yes, sir.
23  Q.  Was James Freeman the manager

Page 15

1  at that time?
2  A.  No, sir.
3  Q.  Who was the manager?
4  A.  Mr. Micheals.
5  Q.  How do you spell that name?
6  A.  Micheals, M-I-C-H-E-A-L-S.
7  Q.  How long was he the store
8  manager?
9  A.  I'm not sure.  Estimate, about
10  eight, nine months.
11  Q.  Who replaced him?
12  A.  Mr. James Freeman.
13  (Whereupon, Defendant's
14  Exhibit 1 was marked for
15  identification.)
16  Q.  Ms. Epps, I've given you a
17  document that's been marked as
18  Defendant's Exhibit 1 to your
19  deposition.  It's what's identified as
20  Plaintiff's Initial Disclosures which
21  were filed on your behalf by your lawyer
22  in this case.
23  Have you seen that before?

Page 16

1  A.  Yes.
2  MR. LEWIS:  While he's doing
3  that, come here for just a second.
4  (Break was taken from
5  1:30 p.m. to 1:31 p.m.)
6  Q.  (BY MR. CARRIGAN) What do you
7  understand to be the issue in your
8  lawsuit?
9  A.  Race discrimination.
10  Q.  In what way do you feel that
11  Walgreens discriminated against you on
12  the basis of your race?
13  A.  Denying me the promotion.
14  Q.  Which promotion?
15  A.  Store manager.
16  Q.  When did you first apply for
17  store manager's job?
18  A.  I had an evaluation and it was
19  brought up.
20  Q.  What evaluation was that?
21  A.  My yearly evaluation.
22  Q.  What year?
23  A.  2004.

CONTAINS CONFIDENTIAL PORTION THAT IS FOR ATTORNEYS' EYES ONLY
Tyler Eaton Morgan Nichols & Pritchett Inc.

Page 17

1    (Whereupon, Defendant's
2    Exhibit 2 was marked for
3    identification.)
4    **Q.**  Is Defendant's Exhibit 2 the
5    evaluation that you are talking about?
6    **A.**  Yes, it does look like it.
7    **Q.**  Who prepared the evaluation
8    that you are talking about for 2004?
9    **A.**  James Freeman.
10   **Q.**  Did you complete the parts that
11   relate to EXA self-rating?
12   **A.**  Yes.
13   **Q.**  EXA is Walgreens code for an
14   executive assistant manager; is that
15   correct?
16   **A.**  Yes.
17   **Q.**  Did you rate yourself as
18   needing improvement in pharmacy
19   operations?
20   **A.**  Yes, I did.
21   **Q.**  Did you rate yourself as
22   needing improvement in knowledge of
23   store computer systems?

Page 18

1    **A.**  Yes.
2    **Q.**  In the section four on page two
3    that says transferability and career
4    growth, did Mr. Freeman indicate still
5    needs some experience before being
6    considered for promotion to MGR, can
7    move laterally?
8    **A.**  Yeah.
9    MR. LEWIS:  I'm going to kick
10   your chair when it's time for you to
11   speak up.
12   THE WITNESS:  I'm sorry.
13   **Q.**  Did you indicate, I am eager to
14   be store MGR but still need some work
15   before I'm able to be promoted?
16   **A.**  Yes.  That was months before.
17   **Q.**  Beg pardon?
18   **A.**  My self-evaluation was months
19   before this date.
20   **Q.**  Okay.  When was your self-
21   evaluation?
22   **A.**  I think it was like January or
23   something like that.

Page 19

1    **Q.**  Okay.  So as of January 2004,
2    your self-evaluation indicated that you
3    still needed some work before you were
4    able to be promoted?
5    **A.**  Uh-huh, yes.
6    **Q.**  What work do you feel like you
7    needed to do before you could be
8    promoted?
9    **A.**  The main thing was the pharmacy
10   and passing the test, going through
11   the -- took the test.
12   **Q.**  Was a test required in order
13   for someone to become the store manager?
14   **A.**  Yes, sir.
15   **Q.**  When did you pass that test?
16   **A.**  March.
17   **Q.**  Of '04?
18   **A.**  Yes, sir.
19   **Q.**  How many other EXAs passed the
20   pharmacy test?
21   **A.**  I believe one other.
22   **Q.**  Who was that?
23   **A.**  Mr. Criswell.

Page 20

1    **Q.**  Okay.  Has Mr. Criswell been
2    promoted to store manager?
3    **A.**  No, sir.
4    **Q.**  Is Mr. Criswell white?
5    **A.**  Yes, sir.
6    **Q.**  Did he pass it the same time
7    you did?
8    **A.**  Yes, I believe.
9    **Q.**  How many store manager
10   positions did you apply for before you
11   were promoted?
12   **A.**  During that time that I spoke
13   about that I was ready to be promoted.
14   **Q.**  I'm sorry?
15   **A.**  When I spoke with him about
16   getting promoted.
17   **Q.**  When was that?
18   **A.**  That I was ready in -- after
19   this evaluation when we had our -- we
20   went over the evaluation, I believe --
21   I'm giving an estimate -- in May, and
22   then he came back in June to have a talk
23   with me.

CONTAINS CONFIDENTIAL PORTION THAT IS FOR ATTORNEYS' EYES ONLY
Tyler Eaton Morgan Nichols & Pritchett Inc.

Page 21

1    Q.   You mean Mr. James Freeman?
2    A.   Mr. Shepard.
3    Q.   Oh, Mr. Shepard.  What
4 discussion did you have with Mr. Shepard
5 in June?
6    A.   About the discussion of our
7 evaluation.
8    Q.   Was there a vacant store
9 manager job at that time?
10    A.   Yes.
11    Q.   What was the vacant store
12 manager job at that time?
13    A.   There was -- I believe there
14 was a store opening that was going to be
15 a store manager position.
16    Q.   How did you know that?
17    A.   Because there was a store
18 opening in Montgomery.
19    Q.   How did you know that?
20    A.   Because he stated the store
21 that was opening in Montgomery.
22    Q.   Which store was that?
23    A.   Perry Hill Road.

Page 22

1    Q.   When did the Perry Hill Road
2 store open?
3    A.   Open for business or what do
4 you --
5    Q.   Yes.
6    A.   Opened for business July 31st.
7    Q.   Tell me what you recall of your
8 discussion with Mr. Shepard in June when
9 you went over your evaluation and you
10 and he apparently discussed the fact
11 that the store would be opening in Perry
12 Hill.
13    A.   The second discussion?
14    Q.   I'm sorry.
15    A.   The second discussion?
16    Q.   Was there more than one
17 discussion in June?
18    A.   No.  June, we pretty much -- I
19 pretty much discussed what happened in
20 May about our evaluation.
21    Q.   Okay.
22    A.   And I wanted to get more of the
23 answers to some of the things he said.

Page 23

1    Q.   All right.  You've lost me
2 entirely.  What did you discuss in May?
3    A.   I discussed in May about me
4 getting promoted.  My store manager at
5 that time, James Freeman, said I passed
6 the test, and this was an earlier date,
7 and that he felt I was ready to go.
8    Q.   Okay.
9    A.   And David Shepard told me that
10 he didn't feel he quite knew me.
11    Q.   Okay.  That was the discussion
12 in May?  What else did he say in May?
13    A.   Stated that he didn't quite
14 know me and that he wanted me to learn
15 with an experienced store manager to get
16 a perspective of how they work.
17    Q.   What else did he say?
18    A.   Told me that Ms. Jones was
19 going to the Perry Hill Road store and
20 that I would be working with her and he
21 would like for me to work with her and
22 to kind of learn how an experienced
23 store manager works and be learning

Page 24

1 under an experienced store manager.  He
2 told me he would like to see me work
3 with two store managers.
4    Q.   Okay.  Did he say anything
5 else?
6    A.   Pretty -- told me that I was
7 ready, but he would like to see me with
8 another experienced store manager, at
9 least work for two.
10    Q.   Okay.  Is that all he said?
11    A.   That's all I can recall at this
12 time.
13    Q.   What did you say?
14    A.   I explained to him I already
15 worked for two managers.
16    Q.   Who were they?
17    A.   Mr. Micheals and Mr. Freeman.
18    Q.   And what did he say?
19    A.   The first manager didn't count
20 because he wasn't a good manager.
21    Q.   Okay.  Did he say anything
22 else?
23    A.   Pretty much just going over

6 (Pages 21 to 24)

*** HIGHLY CONFIDENTIAL ***

CANDACE EPPS
WALGREEN COMPANY, INC.

CANDACE EPPS
November 9, 2005

Page 25

1  that, that I would learn a lot from
2  Ms. Jones and working beside Ms. Jones,
3  that I can learn a lot from her. I did
4  a few weeks. I never -- well, she
5  worked at the Boulevard for a few weeks
6  before Mr. Freeman took over.
7      Q.  Is that all?
8      A.  That's all I can recall about
9  that.
10     Q.  Did you take any notes of that
11 meeting?
12     A.  No, I didn't take anything that
13 day when we were talking.
14     Q.  Did you make any notes about it
15 later?
16     A.  No.
17     Q.  That was your meeting in May
18 and you said there was another meeting
19 in June?
20     A.  Yes, sir.
21     Q.  Was that a meeting that you
22 asked for?
23     A.  Yes, sir.

Page 26

1      Q.  Where did you meet with him in
2  June?
3      A.  At South Boulevard.
4      Q.  Did he come to see you, or was
5  it a regular visit that he made to the
6  store?
7      A.  He came to see me.
8      Q.  What did you say to him then?
9      A.  That I didn't quite understand
10 what he meant by he didn't know me and I
11 needed to get -- wanted him to get more
12 specific on what he was meaning by that.
13     Q.  What did he say?
14     A.  He doesn't know why he came out
15 saying it like that because I had been
16 there since 2002 at that store and he
17 didn't know why it came out like that.
18     Q.  What else did you say?
19     A.  I just didn't quite understand
20 where he was coming from as far as --
21 because Mr. Freeman told me that I just
22 needed to learn the pharmacy and pass
23 the test and then I'm ready to go. When

Page 27

1  I did, he said I was ready to go, and
2  I'm not understanding where he felt he
3  didn't know me, wanted me to learn -- I
4  need to work for two managers and just
5  in general everything that we discussed
6  before to get a clearer understanding of
7  what he was talking about.
8      Q.  Was Mr. Freeman Mr. Shepard's
9  boss?
10     A.  Shepard was Mr. Freeman's boss.
11     Q.  Who was it that actually
12 decided who would be promoted to store
13 manager, Mr. Freeman or Mr. Shepard?
14     A.  It was Mr. Shepard.
15     Q.  So you knew Mr. Freeman felt
16 that you were ready to be a store
17 manager and you knew that Mr. Shepard
18 didn't feel you were ready to be a store
19 manager; is that right?
20     A.  Mr. Shepard told me I was
21 ready. He just wanted -- he know that I
22 was more than capable. He just wanted
23 me to work with an experienced store

Page 28

1  manager a little while longer.
2      Q.  Okay. Did you?
3      A.  He stated to me that I will be
4  working at Perry Hill Road. He wanted
5  me to work at Perry Hill Road for
6  Ms. Jones, that she would be residing at
7  that store as store manager and I would
8  be working with her.
9      Q.  Did you?
10     A.  Yes.
11     Q.  How long have you been at Perry
12 Hill Road?
13     A.  Since last year. I want to say
14 the end of June or July. We started the
15 first week of July. I'm not quite sure
16 of the date but around that time.
17     Q.  Okay. How long was Ms. Jones
18 there?
19     A.  Until -- she was just there to
20 open the store, supposed to open the
21 store.
22     Q.  How long was Ms. Jones there?
23     A.  It was like maybe -- I'm not

CONTAINS CONFIDENTIAL PORTION THAT IS FOR ATTORNEYS' EYES ONLY
Tyler Eaton Morgan Nichols & Pritchett Inc.

Page 29

1 quite sure of the time frame. I'm
2 thinking two months.
3    Q.  Okay.
4    A.  I'm not quite sure.
5    Q.  Did you have any discussions
6 with her about being promoted to store
7 manager?
8    A.  No.
9    Q.  Who replaced Ms. Jones?
10    A.  Mr. Wallace.
11    Q.  What's his first name?
12    A.  Leland.
13    Q.  Was he the store manager while
14 you were there?
15    A.  Yes, sir.
16    Q.  How long was he the store
17 manager?
18    A.  He left in February.
19    Q.  When he left in February, you
20 were promoted to store manager?
21    A.  Store manager. (Witness nods
22 head.)
23    Q.  Why do you feel that's a racial

Page 30

1 issue?
2    A.  It was definitely a racial
3 issue. I most definitely feel it was a
4 racial issue because I didn't work
5 beside her. I opened the store. It was
6 most definitely an issue of telling me
7 I'm ready but he wanted me to work with
8 another manager, two managers. And I
9 worked with two managers but one wasn't
10 good, claimed to be not good, and the
11 person I had to work under, Mr. Wallace,
12 did not know a lot. I had the
13 opportunity. I should have been
14 promoted. Most definitely, it was a
15 race issue.
16    Q.  Why do you say it was race?
17    A.  Because I felt like I was more
18 than ready to go. My store manager said
19 I was ready to go, and they promoted
20 someone else that was white and he was
21 not ready to go. He was not ready for
22 that position.
23    Q.  How do you know he was not

Page 31

1 ready for that position?
2    A.  Because most definitely, I saw
3 it in how he worked. I saw it in his
4 performance and he didn't know a lot and
5 he came to me to ask.
6    Q.  Do you know what his previous
7 experience was?
8    A.  I'm not quite sure. I mean,
9 other than a few things that he talked
10 to me, where he came from and stuff.
11    Q.  What was his experience?
12    A.  He just -- the only thing he
13 told me, he transferred from Florida to
14 come here to try to get promoted.
15    Q.  Had he been an EXA in Florida?
16    A.  Yes.
17    Q.  How long had he been an EXA?
18    A.  From the conversations, he
19 stated at the same time I was.
20    Q.  How long?
21    A.  Since 2003, I believe.
22    Q.  Okay. How many different store
23 managers had he worked under?

Page 32

1    A.  In this district?
2    Q.  No. How many store managers
3 had he worked under?
4    A.  I'm not sure in that district.
5 I was stated in Shepard's district that
6 he wanted two store managers, so I'm not
7 sure.
8    Q.  How many store managers had
9 Mr. Wallace worked under?
10    A.  I'm not sure. I'm not quite
11 sure about that.
12    Q.  Do you know the date he started
13 with Walgreens?
14    A.  I'm not quite sure of the date.
15    Q.  So did Mr. Freeman ever discuss
16 with you whether Mr. Wallace was ready?
17    A.  Discussions that they had was
18 that he was bringing -- that he didn't
19 know a lot.
20    Q.  You said the discussions they
21 had. Who are you talking about?
22    A.  The discussions that he told me
23 that he was -- didn't know a lot, that

CONTAINS CONFIDENTIAL PORTION THAT IS FOR ATTORNEYS' EYES ONLY
Tyler Eaton Morgan Nichols & Pritchett Inc.

Page 33

1 Mr. Wallace didn't know a lot.
2     Q.   Who told you that?
3     A.   Mr. Freeman.
4     Q.   How did Mr. Freeman know that?
5     A.   It was a discussion he had, I
6 guess with -- I'm not sure exactly with
7 who, but it was called that he was green
8 and he didn't know a lot.
9     Q.   Did Mr. Freeman tell you that
10 Mr. Wallace was green and didn't know a
11 lot?
12     A.   Yes, sir.
13     Q.   When did he tell you that?
14     A.   It was after we actually
15 started at the -- after he came to
16 Montgomery.
17     Q.   It was after he had been placed
18 in the store manager job?
19     A.   Yes, yes.
20     Q.   Okay.  Did Mr. Wallace report
21 to Mr. Freeman?
22         MR. LEWIS:  Could I interrupt
23 and ask, when you say "he," are you

Page 34

1 talking about Mr. Wallace, after
2 Mr. Wallace --
3         MR. CARRIGAN:  I'm sorry.  I'll
4 try to be careful about that.
5     Q.   (BY MR. CARRIGAN) Okay.  Do you
6 recall when Mr. Wallace came to
7 Montgomery?
8     A.   It was around the time when I
9 went to Perry Hill Road.
10     Q.   When he came, what position did
11 he come in?
12     A.   He was promoted to store
13 manager.
14     Q.   Did Mr. Wallace ever work for
15 Mr. Freeman?
16     A.   No, sir.
17     Q.   Okay.  When do you say that
18 Mr. Freeman said Mr. Wallace was green?
19     A.   This was a few months after he
20 was in Montgomery.
21     Q.   By "he," you mean Mr. Wallace?
22     A.   Yeah, by Mr. Wallace.  He was
23 here in Montgomery.

Page 35

1     Q.   So that was a few months after
2 Mr. Wallace had been selected as store
3 manager?
4     A.   Yes, sir.
5     Q.   And your conversation with
6 Mr. Freeman occurred at a time that you
7 worked for Mr. Wallace but not for
8 Mr. Freeman; is that correct?
9     A.   Yes.
10     Q.   When Mr. Freeman expressed to
11 you the opinion that Mr. Wallace was
12 green, did you understand that he meant
13 that Mr. Wallace was inexperienced as a
14 store manager?
15     A.   He went into detail what -- on
16 that.  He stated that he did not know
17 how to do a lot of things that I knew
18 how to do.
19     Q.   What were they?
20     A.   As far as bookkeeping, ledgers
21 or anything of the sort, that he did not
22 learn how to do that stuff.  He was just
23 pretty much, in his words, a high-paid

Page 36

1 stocker.
2     Q.   His words meaning Mr. Freeman's
3 words?
4     A.   Yeah, his words for --
5     Q.   You are saying that Mr. Freeman
6 said that Mr. Wallace was a high-paid
7 stocker?
8     A.   He didn't have -- he didn't --
9 and that's their terms they used when
10 they didn't have the time -- or the time
11 to be able to learn all of the other
12 things.
13     Q.   I'm sorry.  Did Mr. Freeman
14 say --
15     A.   Mr. Freeman.
16     Q.   -- that Mr. Wallace was a high-
17 paid stocker?  Is that what you said?
18     A.   Pretty much when he stated he
19 was green, yes, he made that statement.
20     Q.   Well, now, wait a minute, did
21 those words come out of his mouth, or
22 are you saying pretty much means that's
23 what you interpreted it to mean?

CONTAINS CONFIDENTIAL PORTION THAT IS FOR ATTORNEYS' EYES ONLY
Tyler Eaton Morgan Nichols & Pritchett Inc.

Page 37

1  A.  How he -- I don't know exactly
2  how it was stated but he brought up the
3  fact that he did not know how to do the
4  books, any of the office part of the
5  store, that he only learned how to do
6  the high -- the stocking part, just
7  stocking the floor.
8  Q.  Was Mr. Freeman ever
9  Mr. Wallace's supervisor?
10  A.  No.
11  Q.  What was the source of
12  Mr. Freeman's information about
13  Mr. Wallace's job performance?
14  A.  Well, he said from another
15  store manager and two from Ms. Jones.
16  Q.  So you recall Mr. Freeman
17  saying that another store manager and
18  Ms. Jones had been critical of
19  Mr. Wallace's performance?
20  A.  Basically how he brought it
21  across is other store managers, and he
22  talked with Ms. Jones and it was like
23  discussion between other store managers.

Page 38

1  Q.  When you say "basically," do
2  you mean that you're paraphrasing what
3  he said, or you don't know exactly?
4  A.  I know he said Ms. Jones, he
5  talked to Ms. Jones and another store
6  manager. I don't know who actually he
7  talked to out of Birmingham, but he
8  stated another store manager out of
9  Birmingham.
10  Q.  Okay. Is that all?
11  A.  That's pretty much what the
12  conversation was.
13  Q.  Okay. What, if any,
14  discussions did you have with
15  Mr. Shepard about Mr. Wallace?
16  A.  I had no discussions at all
17  with him about it, Mr. Wallace. I
18  wasn't knowing that he was in that
19  position yet. I don't know.
20  Q.  I don't understand what you
21  just said.
22  A.  When I discussed with him in
23  June, there was no store movement or

Page 39

1  anything, anybody moving in June. The
2  discussion was why I didn't -- why he
3  said he didn't quite know me and that
4  discussion was basically on what
5  happened in May, so --
6  Q.  So you didn't have any
7  discussion about Mr. Wallace's
8  credentials or qualifications with
9  Mr. Shepard at any time?
10  A.  No, because it wasn't stated
11  that Mr. Wallace had the position at
12  that time.
13  Q.  Did you ever talk to
14  Mr. Shepard about your opinion of
15  Mr. Wallace's qualifications?
16  A.  No.
17  Q.  When you had your conversation
18  with Mr. Freeman in which you remember
19  him saying Mr. Wallace was green, did
20  you make any notes of that conversation?
21  A.  Not that I know of. I don't
22  know.
23  Q.  Did you ever apply for the

Page 40

1  Perry Hill Road job?
2  A.  I talked with him about getting
3  promoted in June about -- in May, that I
4  was ready to get promoted. It never was
5  discussed of the applying process, but I
6  discussed with him that I was ready to
7  be promoted.
8  Q.  Uh-huh. And he told you he
9  didn't think you were?
10  A.  He said that he thought that I
11  was more than capable of running a store
12  but he wanted me to work with an
13  experienced store manager --
14  Q.  Okay.
15  A.  -- to get a perspective from
16  that experienced store manager and he
17  could see me and how I worked with that
18  experienced store manager.
19  Q.  Okay. And then you did that
20  and then you were promoted in February
21  of the following year; is that right?
22  A.  She opened the store, and she
23  left and went back to her old store.

10 (Pages 37 to 40)

CANDACE EPPS
WALGREEN COMPANY, INC.

*** HIGHLY CONFIDENTIAL ***

CANDACE EPPS
November 9, 2005

Page 41

1  Mr. Wallace came and then I got promoted
2  after he left.
3     Q.  Okay.  Why do you think that
4  Mr. Shepard's decision was based on race
5  rather than based on wanting you to have
6  more experience with an experienced
7  store manager?
8     A.  If he wanted me to have
9  experience with an -- another store
10  manager, he would have made me stay with
11  that store manager and made me work with
12  that store manager.  He basically told
13  me the store manager was there at that
14  store and that's where she was going to
15  be, not she was just there to open the
16  store and leave.
17        My understanding was it was
18  going to be that I worked with her as an
19  experienced store manager because she
20  knew a lot and I was going to learn from
21  her, but that wasn't the case.
22     Q.  Did you work with JoAnn Jones?
23     A.  For -- to open the store, yes.

Page 42

1     Q.  Okay.  And did you ask
2  Mr. Shepard to make you manager of the
3  Perry Hill Road store?
4     A.  I wanted to -- yes, I did
5  discuss it with him, I wanted to be
6  promoted then.
7     Q.  Do you not understand my
8  question?
9     A.  Yes.  I asked -- from my
10  understanding, I knew that you could not
11  get promoted in a new store.  You had to
12  work at another store, so I did tell him
13  I was ready to go and I wanted to be
14  promoted right then.
15     Q.  Okay.  I understand what you
16  wanted, Ms. Epps.  You wanted to be
17  promoted.  Did you ask him to promote
18  you to the Perry Hill Road store?
19     A.  Yes, I did.
20     Q.  You said, I want to be promoted
21  to manager of the Perry Hill Road store?
22     A.  No.  I wanted to be promoted to
23  store manager at that time.  I wasn't --

Page 43

1  my understanding was you can't get
2  promoted in a new store.
3     Q.  Where did you get that
4  understanding?
5     A.  From -- Mr. Freeman told me
6  before and other -- I've heard from
7  other EXAs that you cannot get promoted
8  in a new store, that a store manager --
9  experienced store manager opens the new
10  store.
11     Q.  Okay.  Did you ask Mr. Shepard
12  to make you manager of the Perry Hill
13  store?
14     A.  I asked him that I wanted to be
15  a store manager and I was ready to go.
16  I wanted to be promoted then to the
17  position, whatever was open, where it
18  was open.
19     Q.  Okay.
20     A.  That's what I wanted.
21     Q.  Is that what you said?
22     A.  I was ready to go.  I was
23  ready.  I knew there was an opening

Page 44

1  coming, and I wanted to be promoted.
2  And I couldn't understand why -- more of
3  the conversation was why he said the
4  things he said and then, you know,
5  basically trying to clear that part up
6  and why he felt that he should -- I
7  should work with another store manager.
8     Q.  You understood that Perry Hill
9  Road store would be opened by an
10  experienced manager; right?
11     A.  Right.
12     Q.  Did you ask him to make you
13  manager of the Perry Hill Road store?
14     A.  That's what I stated.  I'm in
15  Montgomery and I was ready to go for a
16  store manager position when a store
17  opened up.  When the store manager
18  position come available, I think that I
19  was more than qualified to get it.
20     Q.  Okay.  You said you thought you
21  were more than qualified when the
22  position came open.  Did you mention the
23  Perry Hill store specifically?

11 (Pages 41 to 44)

CONTAINS CONFIDENTIAL PORTION THAT IS FOR ATTORNEYS' EYES ONLY
Tyler Eaton Morgan Nichols & Pritchett Inc.

Page 45

1    A.  I knew there was a store
2  manager position opening up.  Like I
3  said, I didn't know exactly -- I was
4  told she was staying at the Perry Hill
5  Road store, so in other words, I was
6  assuming it was going to be the Atlanta
7  Highway store.
8    Q.  Did you ask him to promote you
9  to manager of the Atlanta Highway store?
10    A.  Yes.  That's what I wanted, to
11  be promoted to store manager in the
12  store in Montgomery that was open.
13    Q.  Ms. Epps, I'm trying to be as
14  clear as I can.  Did you ask him to
15  promote you to the Atlanta Highway
16  store?
17    A.  Yes.  I asked him could I get
18  promoted to the -- because I wasn't sure
19  what store would be the opening store
20  and I said when the store manager
21  position comes open, I feel like I'm
22  more than qualified to be promoted to
23  the store manager position in

Page 46

1  Montgomery.
2    Q.  You didn't mention any specific
3  store?  You said whatever store comes
4  open, I want to be promoted to the
5  next --
6    A.  I wasn't sure which one,
7  Atlanta Highway or Perry Hill.  I just
8  wanted him to --
9    Q.  You did not mention a specific
10  store; right?
11    A.  I said Montgomery store because
12  he was saying she was working at that --
13  going to work at that store.  And I said
14  I think I'm more than qualified to take
15  the Atlanta Highway store.
16    Q.  You said you were qualified to
17  take the Atlanta Highway store?
18    A.  I'm more than qualified to take
19  over as store manager.
20    Q.  No, no.  Did you say the
21  Atlanta Highway store?
22    A.  Well, I said the Montgomery --
23  you know, I'm saying the Montgomery

Page 47

1  store.  When I talked -- when we say the
2  new Montgomery store.  When we say the
3  new Montgomery store, everything -- the
4  Montgomery store, we don't really
5  specify.
6    Q.  So you never said you wanted to
7  work at Atlanta Highway and you never
8  said you wanted to work at Perry Hill.
9  You just said you wanted to be manager
10  of a store in Montgomery?
11    A.  When he discussed with me
12  Ms. Jones was going to that store --
13    MR. LEWIS:  You need to say yes
14  or no.
15    THE WITNESS:  Yes.
16    MR. LEWIS:  I want to get off
17  of this eventually.
18    Q.  (BY MR. CARRIGAN) You said a
19  store in Montgomery, okay.  Terry
20  Criswell still doesn't have a store in
21  Montgomery, does he?
22    A.  (Witness shakes head.)
23    Q.  Is he white?

Page 48

1    A.  Yes.
2    Q.  Do you think race is the reason
3  he doesn't have a store?
4    A.  I don't know what's his
5  reason.  I just know what I've been
6  through.
7    Q.  And what you've been through is
8  you told Mr. Shepard that you felt you
9  were ready in May and June of 2004 and
10  you were not promoted until February of
11  2005; right?
12    A.  Yes.
13    Q.  Mr. Criswell has not been
14  promoted at all; right?
15    A.  Right.
16    Q.  He passed the pharmacy exam the
17  same time you did; right?
18    A.  Right.
19    Q.  You don't know what
20  Mr. Wallace's experience was before he
21  was selected as manager of the Perry
22  Hill Road store; right?
23    A.  We talked about him being with

12 (Pages 45 to 48)

Page 49

1 Walgreens and that's it.
2     **Q.**   I'm sorry?
3     **A.**   We discussed his employment
4 with Walgreens and that's pretty much
5 it, when he came here.
6     **Q.**   And do you know whether he had
7 the same experience with Walgreens you
8 did or different experience?
9     **A.**   I just was told by him when he
10 came to Birmingham that he worked for
11 one store manager that was very hard to
12 work for.
13     **Q.**   I'm sorry.  Who told you what?
14     **A.**   Mr. Wallace told me he worked
15 for one store manager when he got here.
16     **Q.**   Did he tell you he had only
17 worked for one store manager?
18     **A.**   In the Birmingham area.
19     **Q.**   Okay.  One store manager in the
20 Birmingham area?
21     **A.**   (Witness nods head.)
22     **Q.**   Do you know whether he worked
23 in Florida?

Page 50

1     **A.**   Yes, he told me he came from
2 Florida.
3     **Q.**   Do you know how long he worked
4 in Florida?
5     **A.**   I don't recall.
6     **Q.**   Do you know whether he had any
7 recommendations?
8     **A.**   I don't -- never discussed
9 anything like that.
10     **Q.**   Look at your initial
11 disclosures.  The first witness that's
12 listed is yourself.  What information do
13 you have about this case that you
14 haven't mentioned to us already?
15     **A.**   Make yourself clearer on that.
16 I don't know.
17     **Q.**   Oh, sure, okay.  You indicate
18 that you have knowledge of the
19 circumstances of your employment.  What
20 knowledge of the circumstances of your
21 employment do you think are important to
22 this case?
23     **A.**   Everything I discussed was

Page 51

1 pretty much.
2     **Q.**   Anything else?
3     **A.**   Not that I can think of or
4 recall right about now.
5     **Q.**   Are you taking any medicine
6 that would impair your memory or impair
7 your ability to understand my questions?
8     **A.**   No.
9     **Q.**   Are you taking any medication
10 at all?
11     **A.**   No, I'm not.
12     **Q.**   Do you have any medical problem
13 that would prevent you from
14 understanding my questions or responding
15 fully and accurately to my questions?
16     **A.**   No.
17     **Q.**   Did you have any discussions
18 about promotion with Mr. Rengering?
19     **A.**   About promotions?
20     **Q.**   Uh-huh.
21     **A.**   Not that I can recall.
22     **Q.**   What information does David
23 Shepard have about this case?

Page 52

1     **A.**   Everything I pretty much
2 discussed.
3     **Q.**   What information does Leland
4 Wallace have about this case?
5     **A.**   He was just the one involved in
6 it.
7     **Q.**   Does he have any other
8 information about this case other than
9 what he knows about the circumstances of
10 his own promotion?
11     **A.**   He just stated he didn't
12 understand why he didn't get promoted.
13     **Q.**   When did he tell you that?
14     **A.**   Last year sometime.
15     **Q.**   What were the circumstances of
16 that conversation?
17     **A.**   Just talking about promotions
18 and I didn't get promoted and I didn't
19 quite understand why and we -- just
20 discussing with me as a store manager.
21     **Q.**   You told him you didn't get
22 promoted and you didn't understand why,
23 and he said he didn't understand why

13 (Pages 49 to 52)

CANDACE EPPS
WALGREEN COMPANY, INC.
Case 2:05-cv-00498-MHT-CSC    Document 13-2    Filed 02/14/2006    Page 16 of 56
*** HIGHLY CONFIDENTIAL ***
CANDACE EPPS
November 9, 2005

Page 53

1  either?  Is that what happened?
2      A.  Basically.  And he said that he
3  thought I was more than capable of being
4  in the store manager position.
5      Q.  When did he say that?
6      A.  It was a conversation we had
7  last year.
8      Q.  Okay.  Sometime in 2004?
9      A.  Yes, sir.
10     Q.  Did you make any notes of your
11  conversation with Mr. Wallace about your
12  promotion?
13     A.  No, sir.
14     Q.  Did you ask him to recommend
15  you for promotion?
16     A.  Yes.
17     Q.  Did you tell him anything else
18  about your promotion other than what
19  you've mentioned?
20     A.  Not that I can recall.
21     MR. LEWIS:  It's unplugged,
22  Richard.
23     MR. CARRIGAN:  Well, that's not

Page 54

1  going to do much good.  Thank you.
2     MR. LEWIS:  Sure.
3     Q.  (BY MR. CARRIGAN) Have you ever
4  suffered any mental disorder or mental
5  illness?
6     A.  Like you can just be depressed
7  or something?
8     Q.  Yeah.  I'm sorry, I didn't
9  understand your answer.
10     A.  Be clearer.  What are you
11  actually -- I mean, in what --
12     Q.  Okay.  Have you ever been
13  treated by a psychiatrist?
14     A.  I mean, yeah, I've been before.
15     Q.  When?
16     A.  I'm not sure what year it was.
17     Q.  Before or after you went to
18  work for Walgreens?
19     A.  Before.
20     Q.  What was your diagnosis?
21     A.  Depression.
22     Q.  What treatment, if any, was
23  prescribed for your depression?

Page 55

1      A.  I didn't go through no
2  treatment.
3      Q.  Beg pardon?  No treatment?
4      A.  No.
5      Q.  Were you given any medication?
6      A.  No.
7      Q.  Who was your psychiatrist?
8      A.  I don't even remember her
9  name.  I only went a few times and
10  stopped going.
11     Q.  Where was she located?
12     A.  In Florida.
13     Q.  Where in Florida?
14     A.  Melbourne.
15     Q.  Do you have a physician at the
16  present time?
17     A.  Yes.
18     Q.  Who is your doctor?
19     A.  Dr. Stuart May.
20     Q.  Dr. Stuart -- what's the last
21  name?
22     A.  May.
23     Q.  Where's he located?

Page 56

1      A.  At the Baptist South.
2      Q.  In Montgomery?
3      A.  Yeah.
4      Q.  Other than the psychiatrist
5  that you saw when you were in Melbourne,
6  Florida, have you had any other
7  treatment by a psychiatrist?
8      A.  No.
9      Q.  Any treatment by a
10  psychologist?
11     A.  No.
12     Q.  Any treatment for depression
13  since the treatment in Melbourne,
14  Florida?
15     A.  No.
16     Q.  Do you have any family members
17  that work for Walgreens?
18     A.  No, sir.
19     Q.  Do you have any family members
20  that are in Alabama?
21     A.  Yes, sir.
22     Q.  Who?
23     A.  My sister and my mom.

CONTAINS CONFIDENTIAL PORTION THAT IS FOR ATTORNEYS' EYES ONLY
Tyler Eaton Morgan Nichols & Pritchett Inc.

Page 57

1    Q.   What are their names?
2    A.   Ramona Epps.
3    Q.   Are they both named Ramona
4  Epps?
5    A.   Huh-uh.  Ramona Epps is my
6  sister and Brenda Epps is my mother.
7  And my daughter, Demila Epps.
8    Q.   What is your educational
9  background?
10   A.   I attended AUM University.
11   Q.   I'm sorry?
12   A.   Southern University and AUM
13  University.
14   Q.   Southern University?
15   A.   Yes, sir.
16   Q.   That's in Louisiana?
17   A.   No, it's a southern technical
18  college that was in Orlando.
19   Q.   Okay.  Southern Technical
20  College?
21   A.   Uh-huh, yes.
22   Q.   And then AUM?
23   A.   Yes, sir.

Page 58

1    Q.   When did you go to AUM?
2    A.   '90, '91, I'm not quite sure,
3  '90, '91.
4    Q.   Did you get any degree from any
5  college?
6    A.   No.  No, sir.
7    Q.   What was your course of study
8  at AUM?
9    A.   Pre-Med.
10   Q.   Where did you work before you
11  came to Walgreens other than Factory To
12  You?
13   A.   Wal-Mart.
14   Q.   When were you at Wal-Mart?
15   A.   '90 -- I'm not sure.  I'm not
16  sure.  I'm not quite sure, '93, '94,
17  three years.
18   Q.   How long were you at Wal-Mart?
19   A.   Three years.
20   Q.   What was your position at
21  Wal-Mart?
22   A.   When I left, I was a sales
23  associate.

Page 59

1    Q.   Okay.  Sales associate?
2    A.   Yeah.
3    Q.   Did you have an employee
4  handbook at Walgreens?  Do you have an
5  employee handbook?
6    A.   No, sir.
7    Q.   What do you know about
8  Walgreens' employment policies?
9    A.   Could you be more specific?
10   Q.   Okay.  Have you seen any
11  written statement regarding employment
12  policies at Walgreens?
13   A.   There is, yeah, through the
14  store net.
15   Q.   What is that?
16   A.   Online on our computer.
17   Q.   What's on the store net?
18   A.   If you go into policies and
19  procedures, you can pull up policies and
20  procedures through that.
21   Q.   Do you know whether Walgreens
22  has a policy against harassment and
23  discrimination?

Page 60

1    A.   Yes.
2    Q.   Do you know how you can report
3  a problem of what you feel is
4  discrimination or harassment?
5    A.   Yes.
6    Q.   How?
7    A.   Talk to your supervisor.
8    Q.   Okay.  Is that all?
9    A.   Chain of command.
10   Q.   What does that mean?
11   A.   Your supervisor and then their
12  boss.
13   Q.   Did you ever complain to James
14  Freeman about what you considered to be
15  race discrimination?
16   A.   Yes, sir.
17   Q.   When?
18   A.   By me not getting the position.
19   Q.   When?
20   A.   In June that was --
21   Q.   In June of 2004?
22   A.   June, I discussed -- no, June,
23  July.  I believe it was July.

15 (Pages 57 to 60)

CANDACE EPPS                          *** HIGHLY CONFIDENTIAL ***                          CANDACE EPPS
WALGREEN COMPANY, INC.                                                                    November 9, 2005

Page 61

1    Q.   July?
2    A.   I'm not quite sure exactly what
3  date, but it was around --
4    Q.   What did you tell him?
5    A.   Basically told him that I felt
6  like it was discrimination.
7    Q.   Uh-huh.  Is that a different
8  discussion than you've mentioned before?
9    A.   Yes.
10    Q.   Okay.  When did that discussion
11  take place?
12    A.   If I'm right, I think it was
13  around July.  I think it was July.
14    Q.   Where did it take place?
15    A.   That was on the phone.
16    Q.   At the time, did you work in
17  his store?
18    A.   I didn't work at the store.  I
19  started opening Perry Hill Road.
20    Q.   At the time you called in July
21  of 2004 to complain to James Freeman of
22  what you thought was discrimination, was
23  he your supervisor?

Page 62

1    A.   No.
2    Q.   Okay.  Who was your supervisor?
3    A.   Ms. JoAnn Jones.
4    Q.   Did you complain to JoAnn Jones
5  that you felt there was discrimination?
6    A.   No, I did not.
7    Q.   At the time that you complained
8  in July of 2004, had Mr. Wallace been
9  selected as store manager?
10    A.   July, yes.
11    Q.   Okay.  So at the time you
12  complained, your supervisor was Leland
13  Wallace?
14    A.   No.
15    Q.   Okay.  You complained after he
16  had been picked but before he actually
17  took over?
18    A.   Yes, sir.
19    Q.   You complained to James
20  Freeman --
21    A.   Yes, sir.
22    Q.   -- who was not your
23  supervisor.  And tell me what you said

Page 63

1  to Mr. Freeman.
2    A.   I just felt it wasn't right
3  that, you know -- I asked him was he
4  sure that he did -- he thought I was
5  getting promoted, he thought I would,
6  but that's all he can do and pretty much
7  just deal with it.
8    Q.   Tell me what you remember
9  telling him in your -- your words as
10  best you recall them.
11    A.   That I felt it was
12  discrimination, that I had -- should
13  have had the opportunity to be in that
14  position.
15    Q.   You told Mr. Freeman in July of
16  2004 that you felt it was discrimination
17  that Mr. Wallace had been selected; is
18  that right?
19    A.   Yeah, around that time.  Yeah,
20  I believe it was around that time.
21    Q.   Did you make any note of that?
22    A.   No.
23    Q.   What did he say?

Page 64

1    A.   Pretty much that he did all --
2  he said all he can say to get me to that
3  next level and just pretty much deal
4  with it.
5    Q.   So did you go to his
6  supervisor?
7    A.   That's not what -- this was in
8  June.
9    Q.   I'm sorry?
10    A.   No, not in July, no.
11    Q.   Did you go to his supervisor at
12  any time with a complaint that you felt
13  it was discrimination that you were not
14  selected as the store manager for the
15  Perry Hill store?
16    A.   No.  We never talked anymore.
17    Q.   Why not?
18    A.   Because even though we didn't
19  talk, we discussed it in June that I
20  wasn't going to get the position and he
21  told me I was working for Ms. Jones.  I
22  had already been told by other managers
23  who actually was going to get the

16 (Pages 61 to 64)

Page 65

1  position, so it was just -- never went.
2  My throat is dry.
3      MR. LEWIS:  Do you need
4  something to drink?  A bottle of water?
5      THE WITNESS:  Yes.
6      (Break was taken from
7      2:28 p.m. to 2:29 p.m.)
8      Q.  (BY MR. CARRIGAN) Other than
9  your recollection that you used the word
10 "discrimination" in your discussion with
11 James Freeman in July of 2004, did you
12 ever tell anyone else in your chain of
13 command that you felt that the failure
14 to select you was discrimination?
15     A.  Mr. Wallace.
16     Q.  When did you tell him that?
17     A.  In that discussion we had.
18     Q.  You used --
19     A.  But I didn't get promoted.
20     Q.  You used the word
21 "discrimination"?
22     A.  Yes.
23     Q.  What did he say?

Page 66

1      A.  He said he felt -- he didn't
2  understand why I didn't, that he felt I
3  was more than capable of getting
4  promoted but he didn't have an answer as
5  to why.
6      Q.  Did you take that to anyone
7  else?
8      A.  No --
9      Q.  Why not?
10     A.  -- I didn't.  Repeat what
11 you -- I didn't -- what did you say?  I
12 didn't.
13     Q.  I said, Why not?
14     A.  Oh, I felt like I knew.  I just
15 didn't get anywhere with it with the
16 last conversation and he was already in
17 the store manager position.  He was my
18 store manager.
19     (Whereupon, Defendant's
20     Exhibit 3 was marked for
21     identification.)
22     Q.  Do you know what that is,
23 Ms. Epps, Defendant's Exhibit 3?

Page 67

1      A.  Yes.
2      Q.  What is that?
3      A.  A thing about when we have
4  complaints to repeat it or go to your
5  store manager or district manager.
6      Q.  Is that all it says?
7      A.  About retaliation?
8      Q.  Uh-huh.
9      A.  Yeah.
10     Q.  Did you sign that?
11     A.  Yes, I did.
12     Q.  When did you sign that?
13     A.  4/21/03.
14     Q.  Okay.  Did you understand that
15 employees who believe they've
16 experienced or observed discrimination
17 should report to their choice of store
18 manager, district manager, store
19 operations vice-president, loss
20 prevention supervisor, loss prevention
21 hotline or employee relations
22 department?
23     A.  Yes.

Page 68

1      Q.  Okay.  Did you ever contact the
2  employee relations department at
3  corporate headquarters about your
4  feeling that your failure to be promoted
5  in the summer of 2004 was
6  discrimination?
7      A.  No.
8      Q.  Did you ever go to the loss
9  prevention supervisor about that?
10     A.  Merkeson, yes.
11     Q.  I'm sorry?
12     A.  Merkeson.
13     Q.  Okay.  When did you go to
14 Mr. Merkeson?
15     A.  I just told him that I didn't
16 feel -- basically it was just discussing
17 about Wallace and I felt I was more
18 qualified than he was.
19     Q.  You told Merkeson that you felt
20 you were more qualified than Wallace?
21     A.  Yeah.
22     Q.  When was that?
23     A.  It was awhile ago, a long time

17 (Pages 65 to 68)

Page 69

1  ago, when it actually -- after it all
2  happened.
3      Q.  After?
4      A.  After, yeah.  After the
5  movement of him coming to our store.
6  Mr. Wallace was at the Perry Hill Road
7  store when that happened.
8      Q.  What was Mr. Merkeson's
9  position at that time?
10     A.  Loss prevention.
11     Q.  Did you make any notes of your
12 conversations with Mr. Merkeson?
13     A.  No.
14     Q.  What did you tell him, if you
15 recall your exact words?
16     A.  I can't tell you exactly, but I
17 just expressed that I felt I should have
18 been promoted, and he let me know that
19 he recommended me.  I guess when they
20 discussed it, he put my name out there.
21 That's what he said.
22     Q.  I'm sorry?
23     A.  He said he --

Page 70

1      Q.  Who discussed what?
2      A.  When -- the phrase he made when
3  it was in discussion of who gets the
4  store, he recommended me.  He said my
5  name.  That's what he said.
6      Q.  Mr. Merkeson said he
7  recommended you?
8      A.  Yes.
9      Q.  Okay.  Is that all he said?
10     A.  Yeah, after I discussed it,
11 yeah, that's what he said.
12     Q.  Okay.  Did you communicate at
13 any time to the store operations vice-
14 president your concern that not
15 promoting you was an act of
16 discrimination?
17     A.  Nope.
18     Q.  Did you communicate to
19 Mr. Rengering at any time that you felt
20 that the failure to not promote you in
21 2004 was discrimination?
22     A.  No.
23     Q.  Why not?

Page 71

1      A.  I discussed it with my district
2  manager at the time and I just felt from
3  him and Mr. Freeman it was going to be
4  no resolution from them too.
5      Q.  When you say you discussed it,
6  you did not use the word
7  "discrimination" in your discussion with
8  Mr. Shepard, did you?
9      A.  We were in a discussion about
10 why I didn't get promoted.
11     Q.  Yeah.
12     A.  The June incident.
13     Q.  But you never used the word
14 "discrimination" talking to Mr. Shepard?
15     A.  No.  That's the time he stated
16 to me the open position.  Ms. Jones was
17 going to the other store.
18     Q.  I'm sorry, I'm trying to ask a
19 question that has a yes or no answer.
20     A.  No.
21     Q.  Okay.  No, you did not use the
22 word "discrimination" in your discussion
23 with Mr. Shepard?

Page 72

1      A.  In June, no.
2      Q.  Or anytime?
3      A.  No.
4      Q.  Ever?
5      A.  No.
6      Q.  You used the word
7  "discrimination," you say, in your
8  discussion with Mr. Merkeson and you
9  used the word "discrimination," you say,
10 in your discussion with Mr. Wallace and
11 you used the word "discrimination," you
12 say, in your discussion with
13 Mr. Freeman; is that right?
14     A.  Yes.
15     Q.  Is there anyone else that you
16 used the word "discrimination" with?
17     A.  No one else in the district or
18 anything like that.  No one else that I
19 can recall.
20     Q.  No one else that worked for
21 Walgreens?
22     A.  As far as I talked to no other
23 superiors at all about it.

CONTAINS CONFIDENTIAL PORTION THAT IS FOR ATTORNEYS' EYES ONLY
Tyler Eaton Morgan Nichols & Pritchett Inc.

CANDACE EPPS                    *** HIGHLY CONFIDENTIAL ***                    CANDACE EPPS
WALGREEN COMPANY, INC.                                                          November 9, 2005

Page 73

1    Q.   Okay.  You talked to other
2  employees about it, though; right?
3    A.   Yeah, other employees.
4    Q.   Who else did you talk to?
5  Which employees did you talk to about
6  it?
7    A.   Kim Freeman, she was one
8  that -- Jason Gremillion and Barbara and
9  Gary Barron.  That's all I can recall at
10  this time.
11    Q.   What was Gary Barron's position
12  at the time you talked to him about your
13  feelings of discrimination?
14    A.   Executive assistant.
15    Q.   When was that?
16    A.   Last year.
17    Q.   2004?
18    A.   Yes.
19    Q.   When in 2004?
20    A.   I'm not sure what date.  I'm
21  not sure.
22    Q.   Was it after July of 2004?
23    A.   Yes.

Page 74

1    Q.   What store did he work in?
2    A.   6843 Boulevard store.
3    Q.   I'm sorry?
4    A.   Boulevard.
5    Q.   Okay.  Does he still work for
6  Walgreens?
7    A.   No, he does not.
8    Q.   Was he ever promoted to store
9  manager?
10    A.   No, he was not.
11    Q.   Why did he leave Walgreens?
12    A.   He stated because of the
13  unequal treatment that Walgreens give to
14  employees.
15    Q.   Who did he state that to?
16    A.   Me.
17    Q.   When did he tell you that?
18    A.   I'm not sure what date.
19    Q.   Before or after you became
20  store manager?
21    A.   Before.
22    Q.   Before or after Leland Wallace
23  was selected as store manager?

Page 75

1    A.   I believe it was after.
2    Q.   When Mr. Barron left Walgreens,
3  what did he do?
4    A.   What do you mean?
5    Q.   Did he take another job?
6    A.   He did work somewhere else.
7    Q.   Do you know where he worked?
8    A.   He was assistant manager at --
9  a guy that owned Hilton's and Burger
10  King or something.
11    Q.   I'm sorry?
12    A.   He was assistant manager of a
13  guy that owned a few places like
14  Hilton's, Burger King.
15    Q.   I'm sorry, Hilton's and Burger
16  King?
17    A.   Yes.
18    Q.   Hilton as in the hotels, and
19  Burger Kings are restaurants?
20    A.   Yeah, the hotel and the
21  restaurant, yeah, he was.
22    Q.   Did you ask Mr. Barron what he
23  meant by unequal treatment?

Page 76

1    A.   He just pretty much stated all
2  of the things that was going on.
3    Q.   What --
4    A.   The racial comments that
5  Mr. Freeman has made that he's been
6  around and heard, just overall,
7  everything.
8    Q.   What racial comments did
9  Mr. Barron say Mr. Freeman had made?
10    A.   Frying chicken and eating
11  watermelon.
12    Q.   I'm sorry.  How is frying
13  chicken and eating watermelon --
14    A.   Us frying chicken and eating
15  watermelon to another Afro-American
16  employee.
17    Q.   To whom was that comment made?
18    A.   My understanding, it was made
19  just one time.  It was made a few times.
20    Q.   Who do you think that comment
21  was made to?
22    A.   Mr. Hand was one.
23    Q.   Did you overhear the comment

CONTAINS CONFIDENTIAL PORTION THAT IS FOR ATTORNEYS' EYES ONLY
Tyler Eaton Morgan Nichols & Pritchett Inc.

Page 77

1  yourself?
2      A.  No, I did not.
3      Q.  Is Mr. Hand African-American?
4      A.  Yes, he is.
5      Q.  Did you ever talk to him about
6  it?
7      A.  He told me the statement, yes,
8  sir.
9      Q.  Okay.  Who told you the
10  statement?
11      A.  Mr. Hand.
12      Q.  Okay.  So when I asked you what
13  Mr. Barron meant by unequal treatment,
14  you said all the things that were going
15  on and then you mentioned racial
16  comments.  Is that something Mr. Barron
17  had ever discussed with you?
18      A.  Yeah, he brought up all
19  different type of things.
20      Q.  What did he bring up?
21      A.  Just in general, you know, just
22  the unequal treatment that was going on
23  within the store.

Page 78

1      Q.  When you referred to unequal
2  treatment within the store, will you
3  tell me what that is?
4      A.  Pretty much the things that
5  Mr. Freeman has done in the store when
6  he was a store manager over Mr. Barron,
7  the comments he's made.
8      Q.  I need you to tell me what
9  those are.
10      A.  There was just different
11  comments.  I just remember that
12  statement that was made.
13      Q.  Okay.  When you say you
14  remember that statement was made, you
15  remember that Mr. Barron said he had
16  heard that statement or that Mr. Hand
17  said he had heard that statement?
18      A.  Mr. Barron spoke of the
19  statement and Mr. Hand told me about the
20  statement.
21      Q.  Okay.
22      A.  Both of them did.
23      Q.  Okay.  Did Mr. Barron say he

Page 79

1  had overheard it or that Mr. Hand had
2  relayed it to him?
3      A.  I'm not quite sure.  That's not
4  the first time he said it.  I mean, it's
5  been made, different statements, so I
6  can't recall if he was there.  I just
7  recall Hand was -- it was said to Hand.
8      Q.  Okay.  Other than the frying
9  chicken and eating watermelon, what did
10  you mean by unequal treatment?
11      A.  I just didn't feel like that
12  they were treating people equally.
13      Q.  Okay.  You are saying that
14  Mr. Barron did not feel that they were
15  treating people --
16      A.  He didn't like the things that
17  was going around in the store, how they
18  were treated.
19      Q.  By "they," who do you mean?
20  Mr. Freeman?
21      A.  Yeah, Mr. Freeman, how he was
22  treating.
23      Q.  Who did Mr. Barron tell you he

Page 80

1  thought had been mistreated?
2      A.  Pretty much just by comments
3  being made and saying like Hand, how he
4  treats Hand and --
5      Q.  What was Mr. Hand's job?
6      A.  Assistant manager.
7      Q.  When was he an assistant
8  manager?
9      A.  Last year.
10      Q.  In what way, other than the
11  frying chicken and eating watermelon
12  comment, was Mr. Hand mistreated
13  according to Mr. Barron?
14      A.  I'm not sure about all of the
15  other statements and comments.  I just
16  remember that one.
17      Q.  Okay.
18      A.  And that part.
19      Q.  Ms. Epps, I want to be as clear
20  as I can.  I'm trying to get evidence
21  about a claim of race discrimination.
22      A.  Yes, sir.
23      Q.  I've tried to be specific in my

CONTAINS CONFIDENTIAL PORTION THAT IS FOR ATTORNEYS' EYES ONLY
Tyler Eaton Morgan Nichols & Pritchett Inc.

*** HIGHLY CONFIDENTIAL ***

CANDACE EPPS
WALGREEN COMPANY, INC.

CANDACE EPPS
November 9, 2005

Page 81

1  questions and I will be more specific in
2  the future.
3       Do you have any examples of
4  unequal treatment that were mentioned to
5  you by Mr. Barron other than Mr. Hand
6  hearing a comment about eating
7  watermelon and frying chicken?
8    A.  That's all I can recall.
9    Q.  Okay.  The unequal treatment
10  that you remember Mr. Barron being
11  concerned about was the statement to
12  Mr. Hand about eating fried chicken and
13  watermelon?
14    A.  Just general statements and
15  "son" and "boy" and telling him to get
16  him a Mountain Dew, just general
17  statements.
18    Q.  I'm trying to get evidence for
19  a case and you're saying "just general
20  statements." I think you need to tell
21  me --
22    A.  I'm not sure.
23    Q.  If you don't know, say, I don't

Page 82

1  know what he meant.
2    A.  I don't know the whole entire
3  thing of what actually happened.  All I
4  know is the statement he made about
5  being treated -- people being treated
6  not equally.  I know of him stating that
7  but we never went into depth on
8  everything that he felt.
9    Q.  Did you go into depth on
10  anything that he felt?
11    A.  Just discussed why he quit and
12  he was just tired of it all.
13    Q.  Did he want to be a store
14  manager?
15    A.  Yes.
16    Q.  Had someone told him he
17  wouldn't be a store manager?
18    A.  Not that I am aware of.
19    Q.  Okay.  What were his
20  qualifications to be a store manager?
21    A.  He was an EXA.
22    Q.  Had he passed the pharmacy
23  test?

Page 83

1    A.  No.  He was just promoted to an
2  EXA.
3    Q.  Had he taken -- what is ADSM
4  training?
5    A.  That's ADSM classes on --
6  executive classes you have to take, ADSM
7  classes.
8    Q.  Did you have ADSM classes,
9  A-D-S-M?
10    A.  Yes, sir.
11    Q.  Did he have ADSM classes?
12    A.  Yes, sir.
13    Q.  How long was Mr. Barron an EXA?
14    A.  A few months.
15    Q.  Is Mr. Barron African-American?
16    A.  No, he's not.
17    Q.  He had been an EXA for a few
18  months and then quit --
19    A.  Yes, sir.
20    Q.  -- because he said he couldn't
21  stand the unequal treatment?  Did he say
22  in what way he felt he had been treated
23  unequally?

Page 84

1    A.  He stated that the things he
2  does -- he did because he is the type to
3  speak out about things that's not right,
4  so --
5    Q.  To whom did he speak out about
6  things that are not right?
7    A.  To Mr. Freeman.
8    Q.  Okay.  So you understood that
9  he felt that his comments to Mr. Freeman
10  had caused Mr. Freeman to be
11  dissatisfied with him?
12    A.  No.
13    Q.  Okay.  Did you ever discuss
14  Mr. Barron's job performance with
15  anyone?
16    A.  Yes.  Other than his illness
17  that -- no.
18    Q.  What was his illness?
19    A.  That, you know, his problem
20  with his kidneys where he --
21    Q.  What was his problem with his
22  kidneys?
23    A.  My understanding, he would need

21 (Pages 81 to 84)

CANDACE EPPS
WALGREEN COMPANY, INC.

*** HIGHLY CONFIDENTIAL ***

CANDACE EPPS
November 9, 2005

Page 85

1  a kidney.
2      Q.  What does Mr. Barron know about
3  your qualifications and your employment
4  history?
5      A.  We worked together at the
6  Boulevard.
7      Q.  How long?
8      A.  Two years, almost two years, a
9  year and a half, something like that,
10  year and a half, around that time.  I'm
11  not quite sure.
12      Q.  Do you know whether, other than
13  comments by Mr. Barron to Mr. Freeman,
14  Mr. Barron made any internal complaint
15  of what he perceived to be
16  discrimination or harassment?
17      A.  I'm not aware of it.
18      Q.  Did Mr. Barron leave the
19  company voluntarily?
20      A.  Yes, sir.
21      Q.  Do you have any kind of
22  business or financial arrangements with
23  Mr. Barron?

Page 86

1      A.  No, sir.
2      Q.  Do you have any plans to go
3  into business with him?
4      A.  In the past we talked about it.
5      Q.  Talked about what?
6      A.  Business ideas, but nothing
7  concrete, things that we would like to
8  do together.
9      Q.  What business ideas did you
10  talk about with Mr. Barron?
11      A.  Just in general, just
12  discussing ideas we had of different
13  retail things to do.
14      Q.  What different retail things to
15  do did you discuss with him?
16      A.  Just like both of us are
17  creative and we just come up with
18  different things but not -- nothing
19  concrete to do.  We just talked about
20  things that we would like -- we used to
21  talk about things that we would like to
22  actually do.
23      Q.  What did you tell him you would

Page 87

1  like to actually do?
2      A.  I would like to have a business
3  with kids.
4      Q.  Okay.  What did he tell you he
5  would like to do?
6      A.  Internet -- working through the
7  Internet selling stuff.
8      Q.  What documents do you have that
9  support your claims in this case?
10      A.  What kind of documents?  I'm
11  not sure.  Be more --
12      Q.  If you could look at your
13  initial disclosures, on the second page,
14  list B, compensation plan sheets.  And
15  it says, All documents that may be used
16  by plaintiff other than solely for
17  impeachment to support her contentions
18  will be made available at a mutually
19  satisfactory time and place.
20          What are compensation plan
21  sheets?
22      A.  Just my -- what I -- from the
23  time period of me not getting promoted.

Page 88

1          MR. LEWIS:  He just asked you
2  what they are.
3          THE WITNESS:  They are the
4  compensation for it.  The compensation
5  for the --
6          MR. CARRIGAN:  Would you read
7  back the question, please, and the
8  witness's answer?
9          (The desired portion of
10          the proceedings was read
11          back.)
12          MR. LEWIS:  Did you understand
13  the question?
14          THE WITNESS:  No, I didn't.
15          MR. LEWIS:  He's just asking
16  what are compensation plan sheets.
17  Describe them.  Tell him what they are.
18          THE WITNESS:  For --
19  compensation for --
20          MR. LEWIS:  Tell him what they
21  are.
22          THE WITNESS:  For our
23  compensation for the circumstances.

22 (Pages 85 to 88)

CONTAINS CONFIDENTIAL PORTION THAT IS FOR ATTORNEYS' EYES ONLY
Tyler Eaton Morgan Nichols & Pritchett Inc.

CANDACE EPPS
WALGREEN COMPANY, INC.
*** HIGHLY CONFIDENTIAL ***
CANDACE EPPS
November 9, 2005

Page 89

1    Q.   (BY MR. CARRIGAN) Does this
2    refer to something that exists or is
3    that something that you plan to create?
4    A.   No, plan to create.
5    Q.   Okay.  When do you plan to
6    create it?
7    A.   I was doing it because we have
8    the letter from y'all to give all of the
9    information so that's what I've been
10   working on.  We received a letter to
11   fill out all of that information.
12   Q.   Would you agree that item one
13   in part B of your initial disclosures
14   documents that the first compensation
15   plan sheets refers to some documents
16   that you plan to create but have not yet
17   created?
18   A.   No, I'm not -- I see that
19   there.
20   Q.   Do you know what that means?
21   A.   I'm not sure.  I'm assuming
22   that it was the -- oh, the information
23   back here, the only thing that we have

Page 90

1    is the hourly, the wage and the employee
2    status.
3    Q.   Okay.  Are the only
4    compensation plan sheets that you meant
5    in your initial disclosures the
6    documents that are attached showing rate
7    and status for hourly workers, that's
8    the first page, and then -- okay.  Let's
9    go to the page numbered one of five
10   that's actually the fourth page in that
11   exhibit.  What is that?
12   A.   Our hourly wage, rate and
13   status sheet.
14   Q.   Okay.  On this page here, did
15   you ever hold any of these jobs?
16   A.   No.
17   Q.   The second page says salary
18   grade one/HPS/PST/SIMC/SBA/PHC, rates
19   reviewed 8/2/03.  Maximum rate is
20   24-month rate.  Annual review based on
21   budget guideline of three percent, any
22   exception documented.
23   Do you know what that means?

Page 91

1    A.   That's what -- our hourly
2    employees, the salary rate, for 24
3    months.
4    Q.   Page three of five says hourly
5    management.  It lists drug assistant,
6    AMN; drug trainee, BMI and MGT.  Did you
7    hold the job of MGT at one time?
8    A.   Yes.
9    Q.   Is that a management trainee
10   position?
11   A.   Yes.
12   Q.   Then page four of five
13   indicates salaried management/pharmacy
14   and it has several designations.  Did
15   you hold the EXA designation --
16   A.   Yes, sir.
17   Q.   -- that is in the middle of
18   this page?
19   A.   Yes, sir.
20   Q.   And did you hold any of the
21   other jobs on this page?
22   A.   No, sir.
23   Q.   On page five of five it has

Page 92

1    some comments that refers to EXA and
2    then the following page is from the
3    personnel policy regarding employee
4    status (promotions) page one of one.
5    What is this?  Do you know what this
6    is?
7    A.   Yes.
8    Q.   What is this?
9    A.   Policy from Walgreens.
10   Q.   Do any of these documents show
11   the salary that you received as a store
12   manager?
13   A.   No, sir, I didn't see that in
14   here.
15   Q.   What other documents do you
16   have that you feel support your
17   contentions?
18   A.   Nothing else.  No, nothing.
19   MR. CARRIGAN:  Could we take a
20   short break?
21   (Break was taken from
22   3:03 p.m. to 3:19 p.m.}
23   Q.   (BY MR. CARRIGAN) Ms. Epps,

CONTAINS CONFIDENTIAL PORTION THAT IS FOR ATTORNEYS' EYES ONLY
Tyler Eaton Morgan Nichols & Pritchett Inc.

Page 93

1  have you made any calculation of the
2  back pay that you feel you're due in
3  this case?
4      A.   No, sir.
5      Q.   How much are you paid as a
6  store manager?
7      A.   It's $4,520 a month.
8      Q.   How much were you paid as an
9  EXA?
10     A.   My take-home was like $1,100.
11  I'm not sure.  The take-home is --
12     Q.   Is $4,520 your take-home?
13     A.   No, that's my gross.  Y'all
14  excuse me.  I'm just cramping and I'm
15  tired today and my throat is hurting,
16  so --
17     Q.   Do you know the difference in
18  the day rate between EXA and store
19  manager?
20     A.   I'm not sure of the actual, but
21  I just got a raise.  I'm not sure of the
22  actual.
23     Q.   Have you made any effort to

Page 94

1  calculate your back pay claim in this
2  case?
3      A.   That's what I'm working on now
4  doing.
5      Q.   When did you start working on
6  that?
7      A.   I started on it some Sunday,
8  but I've been working so --
9      Q.   This past Sunday?
10     A.   I worked this past Sunday.
11     Q.   What is the basis for your
12  claim of $300,000 in damages in this
13  case?
14     A.   I thought I was discriminated
15  against.
16     Q.   Well, how did you reach the
17  figure of $300,000?
18     A.   What I feel, $300,000 was
19  pretty much a figure we came up with,
20  but we can't put an actual dollar figure
21  on everything that has happened.
22     Q.   When you say everything that
23  has happened, the everything that's

Page 95

1  happened, as far as I can tell, is that
2  you didn't get promoted to store manager
3  as quickly as you wanted; is that right?
4      A.   No.
5      Q.   Okay.  What's the -- what else
6  happened?
7      A.   I was discriminated against
8  because he knew I was more than
9  qualified to get in that position, and I
10  just didn't get it.  In plain, he wanted
11  me to work for another store manager,
12  which he knew that I was not going to
13  work for because he knew she was going
14  back to the other store, so it wasn't a
15  point of me working for an experienced
16  store manager.
17     Q.   Other than that you didn't get
18  promoted to the Perry Hill store manager
19  job as soon as you wanted to, what other
20  discrimination do you feel that you
21  suffered?
22     A.   Repeat that.
23     Q.   Other than not getting promoted

Page 96

1  to the store manager of the Perry Hill
2  store as soon as you wanted to, what
3  other discrimination do you feel that
4  you suffered?
5      A.   Me being discriminated against
6  because I should have been promoted in
7  that position and I was not.
8      Q.   Do you know what the words
9  "other than" mean?
10     A.   Any other before?
11     Q.   Yeah.
12     A.   There was the issue before with
13  another store manager.
14     Q.   What was the issue before with
15  another store manager?
16     A.   Wasn't allowing me to train and
17  putting me on overnight shifts and not
18  the others.
19     Q.   When were you put on overnight
20  shifts?
21     A.   2003.
22     Q.   Was that when you were an EXA?
23     A.   No, I wasn't.

24 (Pages 93 to 96)

Page 97

1    Q.   Was that when you were an MGT?
2    A.   Yes, sir.
3    Q.   Okay.  Were any other MGTs
4  required to work overnight shifts?
5    A.   When it was Mr. Micheals, it
6  was me and two -- the two white female
7  assistant managers didn't have to work
8  it.
9    Q.   Who were they?
10   A.   Natalie Masood, Missy
11 Alexander.
12   Q.   How do you spell Natalie's last
13 name?
14   A.   M-A-S-O-O-D.
15   Q.   Natalie Masood and the other
16 was Missy Alexander?
17   A.   Yes.
18   Q.   They were MGTs also?
19   A.   Yes.
20   Q.   And they didn't have to work
21 overnight shifts, you say?
22   A.   No.
23   Q.   How many overnight shifts did

Page 98

1  you have to work?
2    A.   I'm not sure how many it was.
3  It was an overnight person work five
4  days and I had to work the two
5  overnights.
6    Q.   Who is the overnight person?
7    A.   I think at the time it was
8  Mr. Barron.  Mr. Barron.
9    Q.   Okay.  Mr. Barron was the
10 overnight person?
11   A.   Yes, at the time.  I believe it
12 was -- at the time was Mr. Barron.
13   Q.   So Mr. Barron worked overnights
14 and he is, I think you said, white and
15 he was also -- was he an MGT or EXA?
16   A.   He was an MGT.
17   Q.   So the two people that had to
18 work overnights were you and
19 Mr. Barron.  And you say Ms. Alexander
20 and Ms. Masood never worked overnights?
21   A.   No.
22   Q.   Did you complain about that?
23   A.   Yes.

Page 99

1    Q.   To whom?
2    A.   Mr. Micheals.
3    Q.   When did you complain to
4  Mr. Micheals?
5    A.   When he scheduled me.
6    Q.   When was that?
7    A.   When I -- the first time he
8  scheduled me on that shift.  I'm not
9  sure what date it was.
10   Q.   When was the first time he
11 scheduled you on that shift?
12   A.   I'm not sure what day.
13   Q.   Was it the first day you
14 worked?
15   A.   No.
16   Q.   Okay.  Was it the first month
17 you worked?
18   A.   No.
19   Q.   Was it the first year?
20   A.   It was 2003.
21   Q.   It was in 2003.  Well, then
22 someone must have worked the overnight
23 shifts before you did; right?

Page 100

1    A.   There was two when we started.
2  I worked it when I started.
3    Q.   Okay.  And so did someone else;
4  right?
5    A.   Yes.
6    Q.   Who else worked it when you
7  started?
8    A.   Mr. -- what was his last name?
9  His first name was Keith.
10   Q.   Keith?
11   A.   Yes.  Montgomery.
12   Q.   Was he white or African-
13 American?
14   A.   White.
15   Q.   And when he left, who replaced
16 him?
17   A.   I just remember Barron --
18 Mr. Barron asked to work the overnight
19 position.
20   Q.   Barron asked to work the
21 overnight?
22   A.   Yes.
23   Q.   And at some point, you were

25 (Pages 97 to 100)

CANDACE EPPS
WALGREEN COMPANY, INC.

*** HIGHLY CONFIDENTIAL ***

CANDACE EPPS
November 9, 2005

---

Page 101

1  scheduled to work overnight and you
2  complained to Mr. Micheals that you felt
3  that was discrimination?
4     **A.**  Yes.
5     **Q.**  Why?
6     **A.**  I explained to him that -- why
7  he didn't -- why they couldn't work
8  overnights and we rotate.
9     **Q.**  And what did he say?
10    **A.**  That they weren't going to work
11 overnights, that he was training them to
12 do books and everything else.
13    **Q.**  Because he was training them to
14 do books?
15    **A.**  They are going to do his books,
16 his paperwork he had that he wanted them
17 to do.
18    **Q.**  How long did you work
19 overnights?
20    **A.**  That time, it wasn't long after
21 that because he got -- it wasn't that
22 long after that.  I'm not sure.  Maybe a
23 month or -- I'm not quite sure.

---

Page 103

1     **A.**  Palm Bay.
2     **Q.**  You sued the Palm Bay Police
3  Department?
4     **A.**  (Witness nods head.)
5     **Q.**  What did you sue them for?
6     **A.**  Sexual assault.
7     **Q.**  What was the outcome of that
8  suit?
9     **A.**  Settled.
10       (The following page of
11       testimony is sealed.)
12
13
14
15
16
17
18
19
20
21
22
23

---

Page 102

1     **Q.**  After that month, who worked
2  overnights?
3     **A.**  I think Mr. -- I'm not sure.
4  Mr. Navidad worked some, I think it was.
5     **Q.**  Okay.  So in addition to your
6  not getting promoted to Perry Hill store
7  manager as soon as you wanted, you also
8  had to work a night shift for about a
9  month.  What else are you complaining
10 about?
11    **A.**  That was the only two areas
12 that it was.
13    **Q.**  Have you ever been involved in
14 litigation before?
15    **A.**  In a deposition?  Like what do
16 you --
17    **Q.**  I think I asked about a
18 deposition.  Have you ever been sued or
19 have you sued anybody before?
20    **A.**  Yes.
21    **Q.**  Who have you sued?
22    **A.**  Police department.
23    **Q.**  Which police department?

---

Page 104

1        (Begin sealed testimony.)

Redacted

21
22
23       (End sealed testimony.)

---

26 (Pages 101 to 104)

CONTAINS CONFIDENTIAL PORTION THAT IS FOR ATTORNEYS' EYES ONLY
Tyler Eaton Morgan Nichols & Pritchett Inc.

CANDACE EPPS
WALGREEN COMPANY, INC.

*** HIGHLY CONFIDENTIAL ***

CANDACE EPPS
November 9, 2005

---

Page 105

1　　　　REEXAMINATION
2　BY MR. CARRIGAN:
3　　Q.　Who was your lawyer in that
4　case?
5　　A.　I have his last name.
6　　Q.　Well, do you know his first
7　name?
8　　A.　It was a weird last name.  I
9　can't recall.
10　　Q.　Where was his office?
11　　A.　In Palm Bay.
12　　Q.　Was the case brought in your
13　name?
14　　A.　Yes.
15　　Q.　Was it in Brevard County court?
16　　A.　Yes.
17　　Q.　Other than that, have you had
18　any other lawsuits that you've been a
19　party to?
20　　A.　No.  No, sir.
21　　Q.　When was that lawsuit?
22　　A.　Last year.  It was settled last
23　year.

---

Page 106

1　　Q.　Okay.  When was it filed?
2　　A.　I'm not sure.  Either '99 or
3　2000 -- '99.
4　　Q.　Other than the people
5　identified in your initial disclosures,
6　are there any other persons that you
7　think have evidence about your claims of
8　discrimination regarding promotion or
9　regarding your assignment to work
10　nights?
11　　A.　All of these so far and the
12　ones that I just discussed.
13　　Q.　I'm sorry, you said the ones
14　you just discussed?
15　　A.　Yes.
16　　Q.　Mr. Hand?
17　　A.　No.  Natalie Masood and Missy
18　Alexander and those.
19　　Q.　Did you work for Albertsons in
20　Melbourne, Florida?
21　　A.　Yes.
22　　Q.　What was your job there?
23　　A.　Third assistant manager, drug

---

Page 107

1　manager.
2　　Q.　What does that mean?
3　　A.　Assistant manager of the drug
4　side.
5　　Q.　What is the drug side?
6　　A.　There is a drug department and
7　a grocery side.
8　　Q.　Who was your supervisor?
9　　A.　Cindy Taylor.
10　　Q.　Why did you leave Albertsons?
11　　A.　Come live where my mom is.
12　　Q.　Did you quit?
13　　A.　Yes.
14　　Q.　Are you eligible for rehire by
15　Albertsons?
16　　A.　Yes.
17　　　(Whereupon, Defendant's
18　　　Exhibit 4 was marked for
19　　　identification.)
20　　Q.　Do you know what Defendant's
21　Exhibit 4 is, Ms. Epps?
22　　A.　Yes.
23　　Q.　What is that?

---

Page 108

1　　A.　Employment record.
2　　Q.　That does not show your
3　promotion to store manager, but is it
4　accurate for the positions you held
5　through the end of 2004?
6　　A.　Yes, sir.  Yes, sir.
7　　　(Whereupon, Defendant's
8　　　Exhibit 5 was marked for
9　　　identification.)
10　　Q.　Do you recognize Defendant's
11　Exhibit Number 5, Ms. Epps?
12　　A.　Yes.
13　　Q.　What is that?
14　　A.　Evaluation.
15　　Q.　Whose evaluation?
16　　A.　Mine.
17　　Q.　Who gave it to you?
18　　A.　Mr. Freeman.
19　　Q.　When did he give it to you?
20　　A.　March 2003.
21　　Q.　When were you enrolled in ADSM
22　class?
23　　A.　June -- I think those classes

---

27 (Pages 105 to 108)

CONTAINS CONFIDENTIAL PORTION THAT IS FOR ATTORNEYS' EYES ONLY
Tyler Eaton Morgan Nichols & Pritchett Inc.

CANDACE EPPS
WALGREEN COMPANY, INC.
*** HIGHLY CONFIDENTIAL ***
CANDACE EPPS
November 9, 2005

Page 109

1  started in June.
2      Q.   How often is the ADSM class?
3      A.   Once a year now.
4      Q.   So the first ADSM class after
5  that evaluation would have been in June
6  of '03?
7      A.   Yes.
8           (Whereupon, Defendant's
9           Exhibit 6 was marked for
10          identification.)
11     Q.   Do you know how to interpret an
12 employment record, Ms. Epps?
13     A.   Yes, sir.
14     Q.   Okay.  According to Defendant's
15 Exhibit 6, when did Leland Wallace start
16 with Walgreens?
17     A.   October.
18     Q.   Of what year?
19     A.   2001.
20     Q.   Was that earlier than your
21 start with Walgreens?
22     A.   Yes.
23     Q.   Did he start in the same

Page 110

1  position that you started in?
2      A.   Yes.
3      Q.   That was MGT or management
4  training?
5      A.   Yes.
6      Q.   Did he work at more than one
7  location as a management trainee?
8      A.   Yes.
9      Q.   How long had he been working
10 before he became an EXA?
11     A.   Repeat that.
12     Q.   How long had he worked for
13 Walgreens before he became an EXA?
14     A.   Before he became one or me?
15     Q.   Right, he.
16     A.   A year.
17     Q.   When did he become an EXA?
18     A.   Oh, no, he didn't, yeah.
19     Q.   If he started in October of '01
20 and became an EXA --
21     A.   Ten months.
22     Q.   -- no.
23     A.   How long he's been working

Page 111

1  at -- oh, before he got -- oh, so two
2  years.
3      Q.   Okay.  How long was it before
4  you got promoted to -- from MGT to EXA?
5      A.   I started that May of 2003,
6  effective.
7      Q.   Okay.  So, I'm sorry, did you
8  say you worked since May of 2003?
9      A.   No, I said the effective date
10 was the end of May or something like
11 that.  We didn't start classes until
12 July or something.
13     Q.   Would you look at your
14 employment record and see when it shows
15 you became an EXA?
16     A.   Oh, well, July.  July.
17     Q.   Okay.
18     A.   We were announcing.  Yeah,
19 July.
20     Q.   Would you agree that
21 Mr. Wallace started in 2001 and you
22 started in 2002?
23     A.   Yeah.

Page 112

1      Q.   Would you agree that he became
2  an EXA in May of 2003 and you didn't
3  become an EXA until July of 2003?
4      A.   Yes.
5      Q.   And would you agree that he had
6  been an EXA in Brandon, Florida, as well
7  as at Montclair Road in Birmingham,
8  Alabama, before he became the manager at
9  the Perry Hill store?
10     A.   Yes.
11     Q.   Which of you, Mr. Wallace or
12 you, had longer service with Walgreens
13 at the time that he was selected for --
14 as manager of the Perry Hill Road store?
15     A.   Mr. Wallace.
16     Q.   Let me show you the final page
17 of Defendant's Exhibit 1, which is your
18 initial disclosures.  Do you agree that
19 it provides that all employees are to be
20 given equal opportunity for
21 advancement.  If all other
22 considerations are equal, length of
23 service with the company should be

CONTAINS CONFIDENTIAL PORTION THAT IS FOR ATTORNEYS' EYES ONLY
Tyler Eaton Morgan Nichols & Pritchett Inc.

CANDACE EPPS
WALGREEN COMPANY, INC.

*** HIGHLY CONFIDENTIAL ***

CANDACE EPPS
November 9, 2005

Page 113

1  considered in making a promotional
2  decision?
3      A.  Yes, entry-level positions,
4  yes.
5      Q.  No, that provision isn't about
6  entry-level positions.  That's the
7  second -- I'm referring to the second
8  sentence, the, If all other
9  considerations are equal, length of
10 service with the company should be
11 considered in making a promotional
12 decision.  Does it say that?
13     A.  Yes, it does.
14     Q.  That's a document that you
15 furnished as part of your initial
16 disclosures?
17     A.  Yes.
18     Q.  Now, if you and Mr. Wallace
19 were otherwise equal and length of
20 service were considered, he would get
21 the promotion; right?
22     A.  That's whatever -- that's what
23 it says.

Page 114

1      Q.  Did you ever apply for any job
2  with Walgreens in Birmingham?
3      A.  No.
4      Q.  Who promoted you to the EXA
5  job?
6      A.  Mr. Freeman.
7      Q.  Do you know whether he had
8  Mr. Shepard's approval to do that?
9      A.  I'm not sure.
10     Q.  Who is Jeff Bennett?
11     A.  He's an EXA.
12     Q.  Where?
13     A.  Prattville.
14     Q.  Do you know whether he's passed
15 the PTCB?
16     A.  Yeah, a couple months ago,
17 something like that.  Yeah.
18     Q.  Is it necessary to pass the
19 PTCB to be a store manager?
20     A.  Yes, sir.
21     Q.  Do you know if everyone who
22 passes the PTCB automatically becomes a
23 store manager?

Page 115

1      A.  Do I know of anybody who
2  automatically -- repeat that.
3      Q.  Okay.  I'll rephrase it.  Are
4  you aware that there are people who have
5  passed the PTCB but have not been
6  promoted to store manager?
7      A.  Yes.
8      Q.  That would include Terry
9  Criswell and Jeff Bennett?
10     A.  Yes.
11     Q.  Okay.  Do you know whether Gary
12 Barron ever passed the PTCB?
13     A.  Never took it.
14     A.  Never took it.  Other than
15 Leland Wallace who was selected as store
16 manager for the Perry Hill store around
17 July of 2004, since you had your
18 conversation with Mr. Shepard about your
19 interest in store manager, has anyone
20 else been selected in the Montgomery
21 area as a store manager?
22     A.  No.  In Montgomery?
23     Q.  Yeah.

Page 116

1      A.  No, other than me, no.
2      Q.  Who is Kendrick Turner?
3      A.  Oh, you are speaking of --
4  yeah, yeah, he did.
5      Q.  Okay.
6      A.  I'm sorry.
7      Q.  Well, all right.  Mr. Turner is
8  a store manager.  Did he replace
9  Mr. Freeman at the South Boulevard
10 store?
11     A.  Yes, he did.
12     Q.  Is he African-American?
13     A.  Yes, he is.
14     Q.  Do you know who made that
15 decision?
16     A.  He told me Grayson.
17     Q.  I'm sorry?
18     A.  He told me Mr. Grayson
19 interviewed him.
20     Q.  Okay.  Who is Mr. Grayson?
21     A.  Our regional.
22     Q.  Mr. Turner told you that
23 Mr. Grayson had interviewed him?

29 (Pages 113 to 116)

CANDACE EPPS
WALGREEN COMPANY, INC.
*** HIGHLY CONFIDENTIAL ***
CANDACE EPPS
November 9, 2005

Page 117

1      A.   Yes.
2      Q.   Do you have any
3   responsibilities as store manager to
4   carry out personnel policies of
5   Walgreens?
6      A.   As in -- as in -- I mean, be
7   more specific.  What are you --
8      Q.   Do you have any personnel
9   policy responsibility?
10     A.   Of our employees?
11     Q.   Yes.  Okay.  Do you make
12  promotions within your store?
13     A.   Yeah.
14     Q.   Do you make assignments within
15  your store?
16     A.   Yes.
17     Q.   Do you decide who works
18  overnights in your store?
19     A.   We are not a 24-hour store.
20     Q.   Do you decide what shift people
21  work?
22     A.   Yes.
23     Q.   Do you have a problem with high

Page 118

1   turnover in your store?
2      A.   Yes.
3      Q.   How many people have you hired
4   in the past year?  I'm sorry.  How many
5   people have you hired in the period
6   since you've become store manager?
7      A.   Me personally making the
8   decision?
9      Q.   Yeah.
10     A.   Maybe like three.
11     Q.   Who did you hire?
12     A.   It was Ann, Jennifer and -- I'm
13  not sure of the other names, but I think
14  it's like three.
15     Q.   Ann.  What's Ann's last name?
16     A.   She is new.  She has like a
17  Japanese last name.  I can't -- it's
18  like Pios.
19     Q.   I'm sorry?
20     A.   Pios.
21     Q.   Piles?
22     A.   Pios or something.
23     Q.   And Jennifer's last name?

Page 119

1      A.   Cooper.
2      Q.   Cooper.  What is Jennifer's
3   job?
4      A.   She is a photo tech now.
5      Q.   What is Ann's job?
6      A.   She no longer works there.
7      Q.   Did you fire her?
8      A.   No.
9      Q.   What was her job?
10     A.   Photo tech.
11     Q.   You said there is a third
12  person but you don't remember that
13  person's name?
14     A.   It's probably been like three.
15  I'm not sure.
16     Q.   Who else in your store has
17  authority to hire people?
18     A.   Mr. Escobar.
19     Q.   What is his title?
20     A.   Executive assistant.
21     Q.   How many people has he hired?
22     A.   Basically I let him do the
23  hiring.

Page 120

1      Q.   Why did you hire Ann and
2   Jennifer if he does the hiring?
3      A.   Usually when that happens is if
4   we are looking for people, I did like
5   the -- maybe the second interview or
6   whatever he's out.
7      Q.   Do you post jobs?
8      A.   Yes, we do.
9      Q.   How do you --
10     A.   Head positions.
11     Q.   How do you post jobs?
12     A.   Mr. Escobar sends it through
13  e-mail in that store.
14     Q.   Mr. Escobar sends it through
15  e-mail?
16     A.   Yeah, for head positions.
17     Q.   What are head positions?
18     A.   Like our head cosmetician
19  position we had available.
20     Q.   Head cosmetician?
21     A.   Head photo specialist.
22     Q.   Is that the head of the
23  pharmacy as well?

CONTAINS CONFIDENTIAL PORTION THAT IS FOR ATTORNEYS' EYES ONLY
Tyler Eaton Morgan Nichols & Pritchett Inc.

Page 121

1    **A.** Pharmacy does their own. They
2 have someone to hire for pharmacy.
3    **Q.** Okay. So the head positions
4 are head cosmetician and head photo
5 specialist?
6    **A.** And head cashier.
7    **Q.** Who is your head cashier at
8 present?
9    **A.** We don't have one now.
10   **Q.** Who is your head photo
11 specialist at present?
12   **A.** Jason Gremillion.
13   **Q.** Who is your head cosmetician at
14 present?
15   **A.** Liz Turner.
16   **Q.** When was Liz Turner hired?
17   **A.** I'm not quite sure. I think
18 the date was in July.
19   **Q.** Of 2005?
20   **A.** Yes.
21   **Q.** Were you involved in her hiring
22 in any way?
23   **A.** Yes.

Page 122

1    **Q.** Did you have approval on hiring
2 her?
3    **A.** Yeah, yeah, that was --
4    MR. LEWIS: Could you -- I'm
5 not sure I understood what you asked.
6 Are you asking if she gave the approval
7 or got approval from somebody else?
8    MR. CARRIGAN: Okay. I'll
9 clarify that.
10   **Q.** Did you give the approval for
11 that hire?
12   **A.** Yes, I think, yes.
13   **Q.** Who hired Jason Gremillion as
14 head photo specialist?
15   **A.** Mr. Wallace.
16   **Q.** Did you recommend him for that
17 job?
18   **A.** Yes.
19   **Q.** Has Gremillion previously
20 worked for Walgreens as a photo
21 specialist?
22   **A.** Yes.
23   **Q.** Had he quit?

Page 123

1    **A.** Yes.
2    **Q.** Did he quit to take other
3 employment?
4    **A.** Yes.
5    **Q.** Did he ask to come back?
6    **A.** I'm not sure how it actually
7 went on that part.
8    **Q.** Do you know whether he made an
9 application to come back?
10   **A.** I'm not aware if he did or not.
11   **Q.** Okay. And are you making any
12 efforts to fill your head cashier
13 position?
14   **A.** We haven't -- we are going
15 to -- we talked about looking and doing
16 it this week, Mr. Escobar.
17   **Q.** How long has the head cashier
18 position been vacant?
19   **A.** I'm not sure. Three weeks or
20 so, maybe a month.
21   **Q.** Who was your head cashier
22 before the position became vacant?
23   **A.** Reba Wilson.

Page 124

1    **Q.** Why did she leave?
2    **A.** I'm not sure, just --
3    **Q.** Liz Turner, who is your head
4 cosmetician, what was the first job she
5 had in the Perry Hill store?
6    **A.** Photo.
7    **Q.** Did she apply for the head
8 cosmetician job when it came open?
9    **A.** Yes.
10   **Q.** Who did she replace?
11   **A.** Sharonda Felder.
12   **Q.** How long has Sharonda Felder
13 been there?
14   **A.** Maybe four months.
15   **Q.** Who selected Sharonda Felder as
16 head cosmetician?
17   **A.** I did.
18   **Q.** How did you know of her
19 interest in the position?
20   **A.** I posted for the position.
21   **Q.** Do you know Barbara Wilson?
22   **A.** Yes.
23   **Q.** How do you know Barbara Wilson?

31 (Pages 121 to 124)

CANDACE EPPS
WALGREEN COMPANY, INC.

Case 2:05-cv-00498-MHT-CSC    Document 13-2    Filed 02/14/2006    Page 34 of 56

*** HIGHLY CONFIDENTIAL ***

CANDACE EPPS
November 9, 2005

Page 125

1    A.  I've been knowing her from
2  Walgreens.
3    Q.  When did you first meet Barbara
4  Wilson at Walgreens?
5    A.  Last year.
6    Q.  2004?
7    A.  Yes.
8    Q.  What job did she hold?
9    A.  Cosmetician.
10    Q.  Where was she a cosmetician?
11    A.  Atlanta Highway.
12    Q.  Did you ever work in Atlanta
13  Highway?
14    A.  No.
15    Q.  Did Barbara Wilson apply for a
16  cosmetician job at Perry Hill?
17    A.  Yes.
18    Q.  When?
19    A.  In June, July when we posted
20  it.  No, not June, I'm sorry.  In
21  February, Mr. Wallace posted it.
22    Q.  When she applied for the head
23  cosmetician job, did you interview her?

Page 126

1    A.  No, I did not.
2    Q.  Do you know whether anyone
3  interviewed her?
4    A.  Mr. Wallace did.
5    Q.  Who made the decision of who to
6  select for that job?
7    A.  I did.
8    Q.  Why you instead of Mr. Wallace?
9    A.  I was told by Mr. Wallace that
10  he was instructed to leave it to me to
11  decide.
12    Q.  Okay.  Why didn't you pick
13  Ms. Wilson?
14    A.  She backed out.
15    Q.  How do you know that?
16    A.  She said she wasn't interested
17  in a position.
18    Q.  Did she tell you that?
19    A.  Yes.
20    Q.  When did she tell you that?
21    A.  Maybe a day or so.  I'm not
22  quite sure what date it was.  Soon after
23  the interview with Mr. Wallace.

Page 127

1    Q.  When Ms. Wilson backed out,
2  then you selected that Wanda Felder?
3    A.  Yes.
4    Q.  Is Ms. Felder white?
5    A.  No.
6    Q.  Is she African-American?
7    A.  Yes.
8    Q.  Is Liz Turner white?
9    A.  No.
10    Q.  No?
11    A.  No, sir.
12    Q.  Is she African-American?
13    A.  Yes.
14    Q.  Do you know whether Barbara
15  Wilson left Walgreens?
16    A.  Yes.
17    Q.  What do you know about that?
18    A.  I just know that she quit.
19    Q.  Did you have any discussions
20  with her about her discharge or her
21  quitting?
22    A.  Yes.
23    Q.  What were your discussions with

Page 128

1  her about her quitting?
2    A.  She just said she was stressed
3  out.
4    Q.  Did she say that she told
5  Mr. Escobar he was the devil?
6    A.  I don't recall that.
7    Q.  You don't remember any
8  discussion of her problems with
9  Mr. Escobar?
10    A.  I don't remember that
11  discussion, no.
12    Q.  Did you ask her what she meant
13  by being stressed out?
14    A.  I don't recall me asking her.
15    Q.  Have you discussed her lawsuit
16  against Walgreens with her?
17    A.  Just talked about what
18  happened.
19    Q.  What did she tell you happened?
20    A.  How she had to train someone
21  else without -- for the position that
22  was Caucasian.
23    Q.  Who was that?

CONTAINS CONFIDENTIAL PORTION THAT IS FOR ATTORNEYS' EYES ONLY
Tyler Eaton Morgan Nichols & Pritchett Inc.

Page 129

1     A.   Angela.
2     Q.   Where did she train Angela?
3     A.   At the Atlanta Highway store.
4     Q.   Who is the head cosmetician at
5   Atlanta Highway?
6     A.   Tantonika.
7     Q.   Tantonika Morris?
8     A.   (Shrugs shoulders.)
9     Q.   Is Tantonika white?
10    A.   No.
11    Q.   Is she African-American?
12    A.   Yes.
13    Q.   Did you ever work with Angela?
14    A.   Yes.
15    Q.   Is Angela white?
16    A.   Yes.
17    Q.   Did Angela work at Perry Hill?
18    A.   Yes, sir.
19    Q.   How long?
20    A.   Seven months probably.  I'm not
21  sure exactly when.  An estimate of seven
22  months.
23    Q.   Who replaced Angela?

Page 130

1     A.   Sharonda.
2     Q.   What job has Sharonda held
3   before she became head cosmetician?
4     A.   Cosmetics.
5     Q.   Was she in the Perry Hill
6   store?
7     A.   No, sir.
8     Q.   What store was she in?
9     A.   South Boulevard.
10    Q.   How did she know of the opening
11  at Perry Hill that she applied for?
12    A.   We sent an e-mail.
13    Q.   Do you know Kim Freeman?
14    A.   Yes.
15    Q.   Have you talked to her about
16  her lawsuit?
17    A.   We discussed it before.
18    Q.   How many times?
19    A.   I'm not sure.
20    Q.   Within the last two weeks?
21    A.   We talked a few weeks ago.
22    Q.   What did you talk to her about
23  a few weeks ago?

Page 131

1     A.   She just asked about my -- did
2   I get a letter for a deposition.
3     Q.   Did you call her or did she
4   call you?
5     A.   I'm not sure if she called and
6   I called her back or I'm not quite sure.
7     Q.   What did you say in your
8   discussion about the letter for
9   deposition?
10    A.   She wanted to know when mine
11  was and what time.
12    Q.   Okay.  Is that all you said?
13    A.   Basically.
14    Q.   Did you talk about the facts of
15  her case or the facts of your case at
16  all?
17    A.   I don't recall.  Just -- I just
18  recall talking a short amount of time,
19  when I had my deposition, what time and
20  what date it fell on.  I don't remember
21  anything else on that.
22    Q.   Did you and she ever discuss --
23  what was her job?

Page 132

1     A.   Cosmetician.
2     Q.   Okay.  Did she ever tell you
3   she wanted to be considered for the head
4   cosmetician job at Perry Hill?
5     A.   No.
6     Q.   The person who got head
7   cosmetician at Perry Hill when you
8   awarded that job in February of '05 was
9   also from the South Boulevard?
10    A.   Yes.
11    Q.   And that was Sharonda Felder?
12    A.   Yes.
13    Q.   Has Ms. Freeman ever asked you
14  for a job at the Perry Hill store?
15    A.   No.
16    Q.   Is she unemployed at present?
17    A.   I believe so.  I'm not sure.
18    Q.   Did you discuss two weeks ago
19  when you talked to her the fact that she
20  was still unemployed?
21    A.   Then.  But I'm not sure.  I
22  know she had an interview, so I don't
23  know.

33 (Pages 129 to 132)

CANDACE EPPS
WALGREEN COMPANY, INC.

Case 2:05-cv-00498-MHT-CSC    Document 13-2    Filed 02/14/2006    Page 36 of 56
*** HIGHLY CONFIDENTIAL ***

CANDACE EPPS
November 9, 2005

---

Page 133

1　　Q.　Why did Kim Freeman leave
2　Walgreens?
3　　A.　She told me she had another job
4　opportunity but she didn't leave.
5　　Q.　I'm sorry?
6　　A.　She didn't leave.
7　　Q.　She took a full-time job
8　somewhere else?
9　　A.　Yes, she took a full-time job.
10　　Q.　But you don't think she left?
11　　A.　She was still supposed to work
12　there when they needed her.
13　　Q.　Did she actually work there at
14　all after she left for the other job?
15　　A.　I'm not -- I don't believe so.
16　I'm not sure.
17　　Q.　Your complaint says at least
18　two other black cosmeticians have been
19　denied promotions in favor of a less
20　qualified, newly hired, white
21　applicant.  Who were you referring to?
22　　A.　Angela.
23　　Q.　Angela is the white applicant?

Page 134

1　　A.　Yeah.
2　　Q.　And you said two other black
3　cosmeticians have been denied promotions
4　in favor of Angela.  Who were the two
5　black cosmeticians that you felt were
6　denied promotion in favor of Angela?
7　　A.　Kim Freeman and Barbara.
8　　Q.　Do you know whether Kim Freeman
9　or Barbara ever applied for the job that
10　Angela got?
11　　A.　I'm not aware of that part.
12　　Q.　Okay.  So you don't know
13　whether they applied for the job that
14　Angela got?
15　　A.　I'm not sure about that.
16　　Q.　But do you know that Kim
17　Freeman did not apply for the job that
18　Sharonda Felder got and Barbara Wilson
19　did apply but withdrew her name and said
20　she didn't want the job that Sharonda
21　Felder got; is that correct?
22　　A.　Yes.
23　　Q.　Your complaint says:  Another

Page 135

1　fully qualified and trained black photo
2　technician has been denied a promotion
3　to senior photo technician in favor of a
4　lesser qualified, white applicant.  Who
5　are you referring to there?
6　　A.　Renee.
7　　Q.　Renee Hand?
8　　A.　Yes.
9　　Q.　She is the person you consider
10　to be the lesser qualified white
11　applicant.  Who is the -- what you
12　consider to be fully qualified and
13　trained black photo technician?
14　　A.　Jason Gremillion.
15　　Q.　Do you know what a Fuji machine
16　is?
17　　A.　Yes.
18　　Q.　What is a Fuji machine?
19　　A.　That's a photo machine.
20　　Q.　What type of machine does the
21　Perry Hill store have?
22　　A.　Fuji.
23　　Q.　Has it ever had any other kind?

Page 136

1　　A.　No.
2　　Q.　When did Jason Gremillion first
3　work on the Fuji machine?
4　　A.　When he started at that store.
5　　Q.　When he started?
6　　A.　At Perry Hill Road.
7　　Q.　Had he world on a Fuji machine
8　before he came to Perry Hill or had he
9　worked on a Kodak machine?
10　　A.　Kodak.
11　　Q.　Had Renee Hand worked on a Fuji
12　machine before she came to Perry Hill?
13　　A.　From my understanding, yes, it
14　was a Fuji.
15　　Q.　Okay.  What made you think that
16　Jason Gremillion was denied promotion to
17　senior photo technician?
18　　A.　He asked to apply for the
19　position.
20　　Q.　Who did he ask?
21　　A.　Ms. Jones.
22　　Q.　When did that happen?
23　　A.　In May or June, I'm not sure.

34 (Pages 133 to 136)

CONTAINS CONFIDENTIAL PORTION THAT IS FOR ATTORNEYS' EYES ONLY

CANDACE EPPS
WALGREEN COMPANY, INC.
*** HIGHLY CONFIDENTIAL ***
CANDACE EPPS
November 9, 2005

Page 137

1    **Q.** Were you present when that
2    happened?
3    **A.** Yes, I was.
4    **Q.** What did he say?
5    **A.** He told her that he was
6    interested in the photo technician
7    position at the new store -- senior
8    photo technician position at the new
9    store and applying for it.
10   **Q.** Where did that conversation
11   take place?
12   **A.** In the stockroom at the
13   Boulevard store.
14   **Q.** Boulevard means South
15   Boulevard?
16   **A.** It's at the South Boulevard
17   store, yeah.
18   **Q.** In the stockroom at South
19   Boulevard, JoAnn Jones --
20   **A.** She was at her store. She was
21   at the Boulevard store.
22   **Q.** Uh-huh. And you were at the
23   Boulevard store because that's where you

Page 138

1    worked at that time?
2    **A.** Yes, sir.
3    **Q.** And this was before the Perry
4    Hill store opened?
5    **A.** Yes, sir.
6    **Q.** And you heard Jason Gremillion
7    say he was interested in the senior
8    photo technician position at Perry Hill?
9    **A.** Yes, sir.
10   **Q.** Okay. What did Ms. Jones say?
11   **A.** Told him she would -- pretty
12   much would get back with him.
13   **Q.** Is senior photo technician a
14   full-time position?
15   **A.** Yes.
16   **Q.** Was he a student at that time?
17   **A.** Yes.
18   **Q.** Was he working a part-time
19   schedule?
20   **A.** Yes.
21   **Q.** When did he finish school?
22   **A.** Still in school. He's still in
23   school.

Page 139

1    **Q.** Okay. Does he work a full-time
2    schedule for you?
3    **A.** Yes.
4    **Q.** What is his schedule?
5    **A.** Forty hours a week.
6    **Q.** What is his schedule? What
7    days does he work?
8    **A.** He's off on Tuesdays and
9    Thursdays.
10   **Q.** Does he work Monday, Wednesday,
11   Friday, Saturday, Sunday?
12   **A.** Yeah.
13   **Q.** Did he quit Walgreens at one
14   point?
15   **A.** Yes.
16   **Q.** When did he quit?
17   **A.** Last year sometime.
18   **Q.** Why did he quit?
19   **A.** Full-time position, more money.
20   **Q.** Where did he go to work?
21   **A.** Kay Jewelers, I think.
22   **Q.** Why did he leave Kay Jewelers?
23   **A.** To work back at Walgreens.

Page 140

1    **Q.** Okay. Did he make more money
2    at Kay Jewelers than at Walgreens or
3    more money at Walgreens than at Kay
4    Jewelers?
5    **A.** As a head photo specialist,
6    more.
7    **Q.** How did he learn of the vacancy
8    or head photo specialist?
9    **A.** It was me, MSDS.
10   **Q.** You told him of the vacancy
11   head photo specialist and asked him to
12   apply for it?
13   **A.** I told him the position was
14   open.
15   **Q.** Did you ask him or suggest to
16   him that he apply for it?
17   **A.** Yes, I did.
18   **Q.** When did you select him as head
19   photo specialist?
20   **A.** I didn't.
21   **Q.** Okay. Who did select him?
22   **A.** Mr. Wallace.
23   **Q.** Okay. How long was he at Kay

35 (Pages 137 to 140)

CONTAINS CONFIDENTIAL PORTION THAT IS FOR ATTORNEYS' EYES ONLY
Tyler Eaton Morgan Nichols & Pritchett Inc.

CANDACE EPPS
WALGREEN COMPANY, INC.

*** HIGHLY CONFIDENTIAL ***

CANDACE EPPS
November 9, 2005

---

Page 141

1    Jewelers?
2        A.   I'm not sure.
3        Q.   At the time that Renee Hand was
4    selected, did she have experience on the
5    Fuji machine that Mr. Gremillion did not
6    have at that time?
7        A.   My understanding, her previous
8    employment, they had a Fuji machine.
9        Q.   What was her previous
10   employment?
11       A.   She told me Wal-Mart.
12       Q.   When you recommended
13   Mr. Gremillion for the senior photo
14   position, did you mention his school
15   status or his school schedule at all?
16       A.   I don't recall that being
17   mentioned.
18       Q.   How often have you talked to
19   Kim Freeman about her case?
20       A.   Last time I talked to her was a
21   few weeks ago.
22       Q.   How often have you talked to
23   her?

---

Page 142

1        A.   I can't -- I'm not sure.  Not
2    hardly -- don't talk to her that much
3    now.
4        Q.   Okay.  Did you talk to her more
5    before?
6        A.   When we worked together, we
7    did.
8        Q.   What did you tell her about the
9    head cosmetician position in Prattville?
10       A.   It was a position open at one
11   time for head cosmetician.
12       Q.   How did you know there was a
13   position open at one time?
14       A.   The cosmetician had left, said
15   she was leaving.
16       Q.   Who was that?
17       A.   Ashley.
18       Q.   When was that?
19       A.   Last year sometime.  I don't
20   remember.  I'm not quite sure what date.
21       Q.   Do you know whether Ms. Freeman
22   applied for the job that Ashley had
23   held?

---

Page 143

1        A.   I'm not sure.
2        Q.   Other than the vacancy that
3    existed when Ashley left, did you have
4    any discussions with Ms. Freeman about
5    cosmetician jobs at Prattville?
6        A.   Just who received the position.
7        Q.   Who received the position?
8        A.   Amber.
9        Q.   I'm sorry?
10       A.   Amber.
11       Q.   Amber.  Do you know Amber's
12   last name?
13       A.   I'm not sure of her last name.
14       Q.   Had Amber already worked in the
15   Prattville store?
16       A.   Yes.
17       Q.   Do you know whether Kim Freeman
18   ever applied for the job that Amber got?
19       A.   I'm not sure.
20       Q.   How did you learn that Amber
21   had been selected for that job?
22       A.   I don't remember exactly how.
23   I cannot recall.

---

Page 144

1        Q.   Were you in any way involved in
2    the process that led to the selection of
3    Amber for that job?
4        A.   No, I was not.
5        Q.   At that time, was your job EXA
6    at South Boulevard?
7        A.   Yes.
8        Q.   At the time that Amber was
9    selected as ESA at South Boulevard,
10   who -- I'm sorry, let me back up.  I got
11   that wrong.
12            At the time Amber was selected,
13   she wasn't selected as an EXA.  She
14   wasn't selected at South Boulevard.  I
15   must be getting tired.
16            At the time she was selected as
17   head cosmetician at Prattville, what, if
18   any, policy was there about posting
19   jobs?
20       A.   I don't recall.
21       Q.   Subsequently, was there a
22   policy about posting lead jobs?
23       A.   I don't recall any.

---

CONTAINS CONFIDENTIAL PORTION THAT IS FOR ATTORNEYS' EYES ONLY
Tyler Eaton Morgan Nichols & Pritchett Inc.

Page 145

1     Q.   Okay.  Did you ever participate
2  in any posting of lead jobs other than
3  what you've described at the Perry Hill
4  store?
5     A.   I don't recall any.
6     Q.   Okay.  You don't remember
7  posting any lead jobs at South
8  Boulevard?
9     A.   I do not recall.
10    Q.   Do you believe there was any
11 requirement that lead jobs be posted at
12 South Boulevard while you were there?
13    A.   (No response.)
14    Q.   I'm sorry, I don't think I
15 heard your answer.
16    A.   I'm not sure how that process
17 went as far as --
18        (Whereupon, Defendant's
19        Exhibit 7 was marked for
20        identification.)
21    Q.   Have you read your complaint,
22 Ms. Epps?
23    A.   Yes, sir.

Page 146

1     Q.   Paragraph 15 of your complaint
2  says that you filed a complaint with the
3  Equal Employment Opportunity Commission
4  during February 2003 claiming that the
5  employer was favoring white in according
6  opportunities for training.  What
7  opportunities for training did you mean?
8     A.   Learning different operations
9  of the store.
10    Q.   Okay.  Which white employee did
11 you feel was being favored?
12    A.   Natalie Masood and Missy
13 Alexander.
14    Q.   What opportunities did they get
15 that you felt you should have gotten?
16    A.   Learn how to do store
17 operations and operational stuff.
18    Q.   Did either of them become a
19 store manager?
20    A.   No.
21    Q.   Are they still with Walgreens?
22    A.   No, they're not.
23    Q.   When did you go to ADSM

Page 147

1  training?
2     A.   July of 2003.
3     Q.   Did you get the first class for
4  ADSM training after your performance
5  evaluation in early 2003?
6     A.   Yes.
7     Q.   Had you been recommended for
8  training after your performance
9  evaluation of early 2003?
10    A.   No.
11    Q.   You hadn't been recommended for
12 training?  You hadn't been recommended
13 for the next ADSM class?
14    A.   Yeah.  Yes.
15    Q.   What store operations did they
16 learn that you didn't learn?  Natalie
17 Masood and Missy Alexander, what did
18 they learn that you didn't learn?
19    A.   As far as bookkeeping and
20 scheduling and --
21    Q.   Do you know how to do
22 bookkeeping and scheduling?
23    A.   Yes.

Page 148

1     Q.   How did you learn that?
2     A.   Pulled it up on the computer,
3  printed out the papers.
4     Q.   What training did they receive
5  that you didn't receive?
6     A.   Mr. Micheals showed them.
7     Q.   What did he show them?
8     A.   Going over how to do the
9  bookkeeping and different operational
10 stuff.
11    Q.   What operational stuff?
12    A.   Any of the ordering, anything
13 that -- scheduling, making a schedule
14 for employees.
15    Q.   Do you know how to schedule
16 employees?
17    A.   Yes.
18    Q.   How did you learn that?
19    A.   On the computer.
20    Q.   Did you have the same access to
21 the computer that they had?
22    A.   Yes.
23    Q.   Other than your feeling that

37 (Pages 145 to 148)

CANDACE EPPS
WALGREEN COMPANY, INC.

*** HIGHLY CONFIDENTIAL ***

CANDACE EPPS
November 9, 2005

Page 149

1 Mr. Micheals was favoring Natalie and
2 Missy in training for bookkeeping and
3 scheduling, did your EEOC charge cover
4 anything else?
5    A.  I'm not -- that was it.
6 Scheduling, training.
7    Q.  Was your EEOC charge dismissed?
8    A.  I told them I got promoted.
9    Q.  Okay.  Did Missy or Natalie get
10 promoted?
11    A.  No, they did not.
12    Q.  Was your charge dismissed?
13    A.  I pretty much let it go.
14    Q.  Was it dismissed?
15    A.  I didn't pursue it anymore.
16    MR. LEWIS:  I don't think she
17 knows what you are asking.
18    A.  Yeah, I'm not --
19    Q.  Did you withdraw your charge?
20    A.  Yes, I did.
21    Q.  Paragraph 19 of your complaint
22 says, Prior to March 2004, Epps was
23 informed by her store manager, James

Page 150

1 Freeman, a white male, that when she
2 passed the examination for store
3 manager, he would recommend her for
4 promotion to store manager as she had
5 already met all of the other
6 qualifications for that position.
7    Is that what James Freeman told
8 you?
9    A.  Yes.
10    Q.  Do you think James Freeman was
11 discriminating against you on the basis
12 of your race?
13    A.  On that statement or -- I mean,
14 is there --
15    Q.  Well, okay, on that statement.
16    A.  He said I was qualified.
17    Q.  Do you know whether he
18 recommended you for promotion to store
19 manager?
20    A.  No, I don't know.
21    Q.  Do you know of anything he did
22 that was discrimination against you on
23 the basis of your race?

Page 151

1    A.  In this promotion, is that what
2 you're stating or just --
3    Q.  Anything.
4    A.  There has been comments with
5 him on occasions and --
6    Q.  Okay.  What do you think he did
7 that was racial discrimination against
8 you?
9    A.  I just felt racially motivated
10 comments.  Any comments like as far as
11 me, nothing.  Me, I was an EXA, and he
12 said he was going to recommend me.  I'm
13 not sure if he did, so --
14    Q.  Okay.  Did he make any comments
15 to you that you considered to be an
16 indication that he was discriminating
17 against you because of your race?
18    A.  Not me, no, no.
19    Q.  Okay.  Did he make any comments
20 to you that indicated that he was
21 discriminating against anybody else on
22 the basis of race?
23    A.  I don't recall personally any.

Page 152

1    Q.  Now, you just said that you
2 don't know whether he recommended you,
3 but paragraph 20 of your complaint says
4 he did recommend you.
5    A.  He told me he did recommend me.
6    Q.  Well, no, this says, Following
7 her passing the examination, Epps was
8 recommended by promotion from Freeman.
9    A.  He told me he was going to
10 recommend me.
11    Q.  Okay.
12    A.  He told me he was going to
13 recommend me --
14    Q.  Okay.
15    A.  -- in that conversation.
16    Q.  You don't know whether he did
17 or not, but your complaint says that he
18 did; right?
19    A.  Yeah, I mean, he did.  He said
20 he was going to recommend me.  And in
21 the conversation we had, he did.
22    Q.  Paragraph 21 says that you met
23 on more than one occasion with the

CONTAINS CONFIDENTIAL PORTION THAT IS FOR ATTORNEYS' EYES ONLY
Tyler Eaton Morgan Nichols & Pritchett Inc.

CANDACE EPPS
WALGREEN COMPANY, INC.

*** HIGHLY CONFIDENTIAL ***

CANDACE EPPS
November 9, 2005

---

Page 153

1  employers district manager, David
2  Shepard, to pursue the goal of promotion
3  to store manager.
4      That means your goal of
5  promotion to store manager; right?
6      A.  Yes.
7      Q.  Other than the two
8  conversations you've already discussed,
9  did you have any other meetings with
10  Mr. Shepard about your goal of promotion
11  to store manager?
12      A.  No, sir.
13      Q.  Okay.  Paragraph 22 says,
14  Shepard told Epps that he wanted her to
15  work as EXA with more than one store
16  manager in his district before being
17  promoted.
18      Is that what he told you?
19      A.  Yes, sir.
20      Q.  23 says, Epps had already
21  worked for a different store manager
22  prior to Freeman and told Shepard so.
23      Is that correct?

Page 154

1      A.  Yes, sir.
2      Q.  24 says, Shepard told Epps her
3  experience with her first store manager
4  did not count because he was not a good
5  manager.
6      Is that what you remember
7  Mr. Shepard saying?
8      A.  Yes, sir.
9      Q.  Paragraph 25 says, Shepard
10  assigned Epps to work as EXA at the
11  employer's new Perry Hill Road store
12  under the supervision of JoAnn Jones,
13  white female, who was at that store only
14  to supervise its opening and the
15  shakedown.
16      Is that correct?
17      A.  Yes, sir.
18      Q.  Paragraph 26 says, Epps worked
19  under Jones for a couple of months until
20  the store was fully operational, at
21  which times Jones went back to her
22  regular post as store manager for the
23  employer's Atlanta Highway store to be

Page 155

1  replaced at the Perry Hill Road location
2  by Leland Wallace, white male.
3      Is that correct?
4      A.  Yes.
5      Q.  27 says, Wallace was promoted
6  by Shepard to store manager of one of
7  the employer's stores in Montgomery
8  despite having worked for only one store
9  manager in Shepard's district.
10      Is that correct?
11      A.  Yes.
12      Q.  At the time Wallace was
13  promoted, he had worked for Walgreens
14  longer than you had and had been an EXA
15  longer than you had; is that correct?
16      A.  Yes, sir.
17      Q.  Paragraph 28 says, Wallace has
18  no qualifications superior to those of
19  Epps.
20      Do you agree now that he had
21  worked longer for Walgreens than you had
22  and had been an EXA longer than you had?
23      A.  Yes.

Page 156

1      Q.  Paragraph 30 says, At
2  approximately the same time, in or about
3  June 2004, a store manager's position
4  became open in Birmingham in Shepard's
5  district.
6      Do you know what store that
7  was?
8      A.  I don't remember.
9      Q.  I'm sorry, I didn't hear your
10  answer.
11      A.  I think it's Valleydale.
12      Q.  Paragraph 31 says, Epps was
13  qualified and available for promotion
14  into that position.
15      What do you mean available for
16  promotion?
17      A.  Was qualified and I was ready
18  to get promoted.
19      Q.  Okay.  Did you ever apply for a
20  job in Birmingham?
21      A.  I discussed with Shepard that I
22  was ready to be promoted.
23      Q.  Right.  Did you ever say, I'm

---

39 (Pages 153 to 156)

CONTAINS CONFIDENTIAL PORTION THAT IS FOR ATTORNEYS' EYES ONLY
Tyler Eaton Morgan Nichols & Pritchett Inc.

CANDACE EPPS
WALGREEN COMPANY, INC.

*** HIGHLY CONFIDENTIAL ***

CANDACE EPPS
November 9, 2005

Page 157

1   willing to move to Birmingham?
2       A.   I just told him I was ready to
3   be a store manager and I was ready for
4   that position.
5       Q.   The position in Birmingham, you
6   said you wanted to go to Birmingham?
7       A.   Yes, when I discussed
8   Montgomery.
9       Q.   Okay.  You never talked to him
10  about Birmingham, did you?
11      A.   No.
12      Q.   Who got the job in Birmingham?
13      A.   Ms. Martin.
14      Q.   Jackie Martin.  Jacqueline
15  Martin?
16      A.   Yes.
17      Q.   Did she apply for that job?
18      A.   I'm not sure.
19      Q.   Okay.  But you know you didn't
20  apply for that job; right?
21      A.   Yeah.  Yes, I mean.
22      Q.   I'm sorry, okay.  You never
23  filled out an application for that job,

Page 158

1   did you?
2       A.   No application.
3       Q.   Okay.  Never said you wanted to
4   work in Birmingham; right?
5       A.   No, I never talked to Shepard.
6       Q.   I'm sorry.  What did you just
7   say?
8       A.   I never spoke with him after
9   that last time, no.
10      Q.   But you never said you wanted
11  to work in Birmingham?
12      A.   No, I never talked to him
13  again.
14      Q.   Now, during the time that --
15  this is paragraph 35.  During the time
16  she should have been a store manager but
17  had been denied a promotion, Epps lost
18  income, status and prestige.
19          At the time that you were
20  denied promotion, which is to the Perry
21  Hill store in Montgomery in the summer
22  of 2004, were there white male EXAs who
23  had already passed the PTCB but were not

Page 159

1   promoted?
2       A.   Yes.
3       Q.   Okay.  Did they also suffer the
4   same loss of income, status and prestige
5   that you did?
6       A.   I'm not sure.
7       Q.   In what way was the loss of
8   income, status and prestige different
9   for Terry Criswell than for you?
10      A.   I was told by Mr. Criswell that
11  he still had -- he still felt like he
12  had a lot to learn.
13      Q.   And you had actually in your
14  performance evaluation indicated that
15  you had things to learn as well?
16      A.   Yeah.
17      Q.   Paragraph 36 says you suffered
18  emotional distress, mental anguish and
19  loss of enjoyment of life.
20          What do you mean by that?
21      A.   Through it all.  I mean, I
22  worked hard and I just wanted equal
23  treatment.  That's all I've ever wanted

Page 160

1   was equal treatment through it all.  And
2   I just wanted the truth -- to be
3   truthful to me and to be equally
4   treated, and that just didn't happen.
5   It did not happen.
6       Q.   Which EXA in Montgomery got
7   promoted quicker than you to store
8   manager?
9       A.   No one else.
10      Q.   Okay.  When you say equal
11  treatment, who did you want to be
12  treated equally to?
13      A.   I did the job and all I asked
14  for was to be treated equal on that.
15      Q.   Equal to whom?
16      A.   In getting that promotion.  I
17  was more than qualified.  My store
18  manager said I was qualified, and it was
19  the truth.  And Shepard knew that he
20  already chose someone else for that
21  position that was a white male, and he
22  knew that I was not going to be working
23  for Ms. Jones and that was not stated,

40 (Pages 157 to 160)

CONTAINS CONFIDENTIAL PORTION THAT IS FOR ATTORNEYS' EYES ONLY

Page 161

1 but he told me I will and that was the
2 last manager that I was going to work
3 for.
4    Q.   Which person -- when you say
5 equal, equal to whom?  You've already
6 agreed that Mr. Wallace had worked for
7 Walgreens longer than you had and been
8 an EXA longer than you had.  Is that the
9 person that you wanted to be treated
10 equal to?  Is he the person you wanted
11 to be treated equal to?
12    A.   Give me a minute.
13       MR. CARRIGAN:  Do we need to
14 take a break?  We can take a short break
15 if you want.
16       (Break was taken from
17        4:49 p.m. to 5:01 p.m.)
18       (The desired portion of
19        the proceedings was read
20        back.)
21    A.   I wanted to be treated equal in
22 the position and considered for the
23 position as far as how Shepard stated

Page 162

1 it.
2    Q.   Was there a job in Dothan in
3 late 2004 as a store manager?
4    A.   I don't recall.
5    Q.   Okay.  Did you ever express any
6 interest in being a store manager in
7 Dothan in December of 2004?
8    A.   I don't recall that position.
9    Q.   Is there a Liz Turner?  Have we
10 talked about her?  Is she -- am I right
11 about that last name?  Was she head
12 cosmetician at your store?
13    A.   Yes.
14    Q.   When she was selected, do you
15 know who the other candidates were?
16    A.   No one else.
17    Q.   Was she selected from within
18 your store?
19    A.   Yes.
20    Q.   What documents did you give Kim
21 Freeman to help her with her case
22 against Walgreens?
23    A.   I don't recall.

Page 163

1    Q.   How many times did you give her
2 documents to help her with her case
3 against Walgreens?
4    A.   I don't recall.
5    Q.   She testified that you had
6 given her an e-mail from James Freeman
7 that was complimentary of her as a
8 beauty advisor and suggested that she be
9 considered for senior beauty advisor
10 job.  She said that you had given that
11 to her.  Where did you get that?
12    A.   I think I gave him, my
13 attorney, that e-mail.  I'm not -- I
14 don't remember.
15    Q.   Where did you get that e-mail?
16    A.   I've got a few e-mails.
17 Through my e-mail.
18    Q.   This was a copy of an e-mail to
19 you and you had received a copy of it?
20    A.   Yeah.
21    Q.   How many e-mails like that do
22 you have that you think have some
23 bearing on either your case or

Page 164

1 Mr. Gremillion's case or Ms. Wilson's
2 case or Ms. Freeman's case?
3    A.   I have a few e-mails of my own.
4    Q.   Where are those?
5    A.   At home.
6    Q.   Why haven't you turned them
7 over?
8    A.   I am, with the paperwork.
9       MR. LEWIS:  What?
10       THE WITNESS:  With the
11 paperwork, with the paperwork.
12    Q.   Were you planning to keep them
13 until after your deposition so I can't
14 ask you about them?
15    A.   No.  I just was working on it
16 and I was going to turn it in.
17    Q.   Now, in your initial
18 disclosures, that's Defendant's Exhibit
19 1 --
20       MR. LEWIS:  Here it is.
21    Q.   -- you say, All documents may
22 be used by plaintiff other than solely
23 for impeachment purposes to support her

CONTAINS CONFIDENTIAL PORTION THAT IS FOR ATTORNEYS' EYES ONLY
Tyler Eaton Morgan Nichols & Pritchett Inc.

CANDACE EPPS
WALGREEN COMPANY, INC.
*** HIGHLY CONFIDENTIAL ***
CANDACE EPPS
November 9, 2005

Page 165

1 contentions will be made available at a
2 mutually satisfactory time and place.
3      When do you plan to make those
4 available?
5    A.   You sent me a -- I got a --
6    Q.   Interrogatories and production
7 requests?
8    A.   Right.  On those.
9    Q.   But you had the e-mails at the
10 time you filed your initial disclosures?
11    A.   No, no.  These are other
12 e-mails for -- just not too long ago.
13    Q.   Where did you get these other
14 e-mails from not too long ago?
15    A.   Out of my e-mail.
16    Q.   Your e-mail at work?
17    A.   Yes.
18    Q.   What's your e-mail address at
19 work?
20    A.   M-G-R.
21    Q.   Okay.
22    A.   S-D-R at Walgreens, mgrsdr@
23 walgreens.com.

Page 166

1    Q.   Mgrsdr@walgreens.com?
2    A.   Mgr02203@walgreens.com.
3    Q.   Have you erased any of the
4 e-mails that pertain to your case or
5 Mr. Gremillion's case or Ms. Wilson's
6 case or Ms. Freeman's case?
7    A.   No.
8    Q.   How did you identify which
9 e-mails you were going to use?
10    A.   Just have for me, mine, I have
11 e-mails that I received.
12    Q.   Have you printed them out?
13    A.   Yes.
14    Q.   Where are they now?
15    A.   They are at home.
16    Q.   Okay.  Why didn't you bring
17 them?
18    A.   (Shrugs shoulders.)
19    Q.   Did you review them to prepare
20 for this deposition?
21    A.   No.
22      MR. CARRIGAN:  I'm about
23 finished, but I have to keep the

Page 167

1 deposition open to determine whether I
2 need to ask about those e-mails.
3      MR. LEWIS:  Okay.
4      MR. CARRIGAN:  I'm particularly
5 concerned about the e-mail that Kim
6 Freeman had in the car and couldn't
7 bring in and that she got from
8 Ms. Epps.  I mean, as described, it
9 seems almost helpful to me, but I would
10 love to see it.
11      MR. LEWIS:  I think it probably
12 is, Richard, but understand -- and let
13 me put this on the record since we've
14 discussed this in two depositions
15 today -- that I only have certain
16 obligations under Rule 26.  And with the
17 changes in Rule 26 in the last couple of
18 years, that obligation has narrowed just
19 a little bit.  I've -- I need to produce
20 things to you I plan to produce in my
21 case in chief and, if I've got anything
22 like that, then certainly, I'll look
23 through the file and get it to you.

Page 168

1      MR. CARRIGAN:  Okay.
2      MR. LEWIS:  I don't know that
3 I've got it.  I don't recall whether I
4 do or not.  If she says she gave it to
5 me, then she may have given it to me,
6 but it may be something that I didn't
7 consider to be relevant.
8      MR. CARRIGAN:  Okay.  At this
9 point, I'm finished, but I would like
10 the right to reopen the deposition if
11 those documents that weren't produced
12 reflect on the subjects that we've
13 covered.
14      MR. LEWIS:  Okay.
15      (A discussion was held
16 off the record.)
17      MR. CARRIGAN:  It turns out my
18 conscious here is bothering me.
19      One other thing.  When a lawyer
20 says one other thing --
21      MR. LEWIS:  They are lying to
22 you.
23    Q.   (BY MR. CARRIGAN) I'm regaining

CONTAINS CONFIDENTIAL PORTION THAT IS FOR ATTORNEYS' EYES ONLY
Tyler Eaton Morgan Nichols & Pritchett Inc.

Page 169

1 momentum, but this is actually one other
2 thing.
3       Why did Ms. Wilson withdraw her
4 name from consideration from the senior
5 beauty advisor position at Perry Hill?
6       A.   From what she said, she was
7 disgusted at how Mr. Wallace approached
8 her about it all.  His attitude about it
9 all like he really didn't want her to
10 have the position anyway.
11      Q.   Did you tell her that the
12 decision was up to you?
13      A.   I wasn't told the decision was
14 up to me.
15      Q.   Well, I thought you said it
16 was?
17      A.   Mr. Wallace was the store
18 manager at the time of the interview.
19      Q.   Uh-huh.
20      A.   We weren't told that he was
21 going to Birmingham, weren't told
22 anything.  He was the store manager when
23 he did the interview.

Page 170

1       Q.   What job was it you were told
2 it was up to you?
3       A.   After he got sent to
4 Birmingham.
5       Q.   But it was the same position,
6 the one that you picked Sharonda Felder?
7       A.   Yes.
8       Q.   Did you call Ms. Wilson to say,
9 Good news, I've got the responsibility
10 and it's up to me.  You don't have to
11 worry?
12      A.   No, because she already told me
13 that she was not interested in the
14 position.
15      Q.   Not interested in the position?
16      A.   Yes.
17           MR. CARRIGAN:  Okay.  Nothing
18 further.
19           EXAMINATION
20 BY MR. LEWIS:
21      Q.   I have one other question just
22 to clarify something.
23           When you're considering

Page 171

1 internal promotions at Walgreens, is
2 there a formal application process
3 required, or do you simply express your
4 interest?
5       A.   Express your interest for a
6 store manager, that's what I was told.
7       Q.   Well, how about for other
8 promotions like to head cosmetician or
9 senior beauty advisor or senior photo
10 tech?  Do you have to fill out an
11 application for that if you're already
12 working there?
13      A.   I found the application on line
14 that you -- as far as cosmetics, but I
15 haven't seen one as far as photo.
16      Q.   But I mean, if you are already
17 working there and you are looking for a
18 promotion --
19      A.   Right.
20      Q.   -- do you have to fill out an
21 application?
22      A.   Yes, that's right.
23      Q.   You do?

Page 172

1       A.   That's what now?
2       Q.   Do you know?
3       A.   I'm not sure on that.
4       Q.   Okay.  Because I'm just trying
5 to clarify.
6       A.   Before, no, no one has before.
7       Q.   Okay.
8       A.   It has just been on interest.
9       Q.   Well, did you fill out an
10 application while you were EXA to be
11 promoted to store manager?
12      A.   No, there is no application
13 process.
14           MR. LEWIS:  Okay.  All right.
15 That's all I have.  Just curious.
16           MR. CARRIGAN:  Nothing further.
17
18      FURTHER THE DEPONENT SAITH NOT
19 (Said deposition was concluded at
20  5:11 p.m. on November 9, 2005.)
21
22
23

43 (Pages 169 to 172)

CANDACE EPPS
WALGREEN COMPANY, INC.                    *** HIGHLY CONFIDENTIAL ***                    CANDACE EPPS
November 9, 2005



Page 173

```
 1              CERTIFICATE
 2
 3    STATE OF ALABAMA
 4    AT LARGE
 5         I hereby certify that the above
 6    and foregoing deposition was taken down
 7    by me in stenotype and the questions and
 8    answers thereto were transcribed by
 9    means of computer-aided transcription
10    and that the foregoing represents a true
11    and correct transcript of the testimony
12    given by said witness upon said
13    deposition.
14         I further certify that I am
15    neither of counsel nor of kin to the
16    parties to the action, nor am I in
17    anywise interested in the result of said
18    cause.
19
20
21
22    KIMBERLY T. HOFF, CSR, RPR, RMR, CLR
23    Commissioner and Notary Public
```

CONTAINS CONFIDENTIAL PORTION THAT IS FOR ATTORNEYS' EYES ONLY
Tyler Eaton Morgan Nichols & Pritchett Inc.

CANDACE EPPS
WALGREEN COMPANY, INC.

*** HIGHLY CONFIDENTIAL ***

CANDACE EPPS
November 9, 2005

A

ability 51:7
able 18:15  19:4  36:11
about 12:20  15:9  17:5,8
  20:13,15  21:6  22:20  23:3
  25:8,14  27:9  29:6  32:11
  32:21  34:1,4  37:12  38:15
  38:17  39:7,14  40:2,3
  48:23  50:13  51:4,18,19
  51:23  52:4,8,9,17  53:11
  53:18  59:7  60:14  67:3,7
  68:3,9,17  71:9  72:23
  73:2,5,12  77:5  78:19
  80:14,21  81:6,11,12  82:4
  84:3,5  85:2  86:4,5,10,19
  86:21  98:22  102:8,10,17
  106:7  113:5  115:18  123:15
  127:17,20  128:1,17  130:15
  130:22  131:1,8,14  134:15
  141:19  142:8  143:4
  144:18,22  153:10  156:2
  157:10  162:10,11  164:14
  166:22  167:2,5  169:8,8
  171:7
above 6:13  173:5
access 148:20
according 80:13  109:14  146:5
accurate 11:13  108:4
accurately 51:15
across 37:21
act 70:15
acting 6:4
action 1:6  173:16
actual 93:20,22  94:20
actually 10:13  27:11  33:14
  38:6  54:11  62:16  64:23
  69:1  82:3  86:22  87:1
  90:10  123:6  133:13
  159:13  169:1
addition 102:5
address 7:21  165:18
ADSM 83:3,5,6,8,11  108:21
  109:2,4  146:23  147:4,13
advancement 112:21
advisor 163:8,9  169:5  171:9
African 100:12
African–American 77:3  83:15
  116:12  127:6,12  129:11
Afro–American 76:15
after 20:18  33:14,15,17  34:1
  34:19  35:1  41:2  54:17
  62:15  69:1,3,4,4  70:10
  73:22  74:19,22  75:1
  101:20,22  102:1  109:4
  126:22  133:14  147:4,8
  158:8  164:13  170:3
again 158:13
against 16:11  59:22  94:15
  95:7  96:5  128:16  150:11

ago 68:23  69:1  114:16
  130:21,23  132:18  141:21
  165:12,14
agree 89:12  111:20  112:1,5
  112:18  155:20
agreed 2:2  161:6
ahead 11:21
Alabama 1:2  3:10,21  6:3,4
  6:10  56:20  112:8  173:3
Albertsons 106:19  107:10,15
Alexander 97:11,16  98:19
  106:18  146:13  147:17
allowing 96:16
almost 85:8  167:9
already 24:14  50:14  64:22
  66:16  143:14  150:5  153:8
  153:20  158:23  160:20
  161:5  170:12  171:11,16
Amber 143:8,10,11,14,18,20
  144:3,8,12
Amber's 143:11
American 100:13
AMN 91:6
amount 131:18
Angela 129:1,2,13,15,17,23
  133:22,23  134:4,6,10,14
anguish 59:18
Ann 118:12,15  120:1
announcing 111:18
Annual 90:20
Ann's 118:15  119:5
another 24:8  25:18  30:8
  37:14,17  38:5,8  41:9
  42:12  44:7  75:5  76:15
  95:11  96:13,15  133:3
  134:23
answer 11:21  12:3  54:9  66:4
  71:19  88:8  145:15  150:16
answers 11:12  22:23  173:8
anybody 39:1  102:19  115:1
  151:21
anymore 64:16  149:15
anyone 65:12  66:6  72:15
  84:15  115:19  126:2
anything 24:4,21  25:12  35:21
  39:1  50:9  51:2  53:17
  72:18  82:10  131:21
  148:12  149:4  150:21
  151:3  167:21  169:22
anytime 72:2
anyway 169:10
anywhere 66:15
anywise 173:17
apparently 22:10
applicant 133:21,23  135:4,11
application 1:7  129:3  157:23
  158:2  171:2,11,13,21
  172:10,12

applied 125:22  130:11  134:9
  134:13  142:22  143:18
apply 14:9  16:16  20:10
  39:23  114:1  124:7  125:15
  134:17,19  136:18  140:12
  140:16  156:19  157:17,20
applying 40:5  137:9
approached 169:7
approval 114:8  122:1,6,7,10
approximately 156:2
area 49:18,20  156:1
areas 102:11
around 14:2,2  28:16  34:8
  61:3,13  63:19,20  76:6
  79:17  85:10  115:16
arrangements 85:22
Ashley 142:17,22  143:3
asked 10:12,14  11:15  25:22
  42:9  43:14  45:17  63:3
  77:12  88:1  100:18,20
  102:17  122:5  131:1  132:13
  149:17
assault 103:6
assign 2:21
assigned 154:10
assignment 106:9
assignments 117:14
assistant 5:13  8:12,13,15,19
  9:2,4  14:11  17:14  73:14
  75:8,12  80:6,7  91:5  97:7
  106:23  107:3  119:20
associate 58:23  59:1
assume 11:23
assuming 45:6  89:21
Atlanta 45:6,9,15  46:7,15,17
  129:3,5  154:23
attached 90:6
attended 57:10
attitude 169:8
attorney 163:13
AUM 57:10,12,22  58:1,8
authority 119:17
automatically 114:22  115:2
available 44:18  87:18  120:19
  156:13,15  165:1,14
Avenue 3:20
awarded 132:8
aware 82:18  85:17  115:4
  123:10  134:11
awhile 68:23
A–D–S–M 83:9

B

B 87:14  89:13
back 10:6  20:22  40:23  88:7
  88:11  89:23  93:2  94:1
  95:14  123:5,9  131:6

138:12  139:23  144:10
  154:21  161:20
backed 126:14  127:1
background 57:9
Baptist 56:1
Barbara 73:8  124:21,23
  125:3,15  127:14  134:7,9
  134:18
Barron 73:9  75:2,22  76:9
  77:13,16  78:6,15,18,23
  79:14,23  80:13  81:5,10
  83:13,15  85:2,13,14,18,23
  86:10  98:8,8,9,12,13,19
  100:17,18,20  115:12
Barron's 73:11  84:14
based 41:4,5  90:20
basically 37:20  38:1  39:4
  41:12  44:5  53:2  61:5
  68:16  119:22  131:13
basis 16:12  94:11  150:11,23
  151:22
Bay 7:17  103:1,2  105:11
bearing 163:23
beauty 163:8,9  169:5  171:9
became 74:19  110:10,13,14
  110:20  111:15  112:1,8
  123:22  130:3  156:4
become 19:13  110:17  112:3
  118:6  146:18
becomes 114:22
before 1:21  2:5  6:8  7:13,14
  12:6  13:13  13:23  15:23
  18:5,15,16,19  19:3,7
  20:10  25:6  27:6  43:6
  48:20  54:14,17,19  58:10
  61:8  62:16  74:19,21,22
  96:10,12,14  99:23  102:14
  102:19  110:10,13,14  111:1
  111:3  112:8  123:22  130:3
  130:17  136:8,12  138:3
  142:5  153:16  172:6,6
Beg 18:17  55:3
Begin 104:1
behalf 15:21
being 6:18  10:22  18:5  29:6
  48:23  53:3  80:3  81:10
  82:5,5  96:5  128:13
  141:16  146:11  153:16
  162:6
believe 10:10  19:21  20:8,20
  21:13  31:21  60:23  63:20
  67:15  75:1  98:11  132:17
  133:15  145:10
Bennett 114:10  115:9
beside 25:2  30:5
best 11:13  63:10
Betty 11:5
between 2:3  37:23  93:18
Biggett 13:12,17
Bignick 13:17

Birmingham 3:21  10:7,12
  38:7,9  49:10,18,20  112:7
  114:2  156:4,20  157:1,5,6
  157:10,12  158:4,11  169:21
  170:4
bit 167:19
black 133:18  134:2,5  135:1
  135:13
BMI 91:6
Booker 11:5
bookkeeping 35:20  147:19,22
  148:9  149:2
books 37:4  101:12,14,15
boss 27:9,10  60:12
both 57:3  78:22  86:16
bothering 168:18
bottle 65:4
Boulevard 14:16,17,21  25:5
  26:3  74:2,4  85:6  116:9
  130:9  132:9  137:13,14,15
  137:16,19,21,23  144:6,9
  144:14  145:8,12
Box 3:9
boy 81:15
Brandon 112:6
break 16:4  65:6  92:20,21
  161:14,14,16
Brenda 57:6
Brevard 7:19  105:15
bring 77:20  166:16  167:7
bringing 32:18
brought 16:19  37:2,20  77:18
  105:12
budget 90:21
Burger 75:9,14,15,19
business 21:22  22:3,6  85:22
  86:3,6,9  87:2

C

C 3:1
calculate 94:1
calculation 93:1
call 131:3,4  170:8
called 12:15  33:7  61:20
  131:5,6
came 6:8  12:14  13:23  20:22
  26:7,14,17  31:5,10  33:15
  34:6,10  41:1  44:22  49:5
  49:10  50:1  58:11  94:19
  124:8  136:8,12
Candace 1:8,17  5:4,7  6:12
  6:17  7:4
candidates 162:15
capable 27:22  40:11  53:3
  66:3
car 167:6
career 18:3
careful 34:4
Carrigan 1:15  5:5,8  7:2  12:7
  16:6  34:3,5  47:18  53:23

CONTAINS CONFIDENTIAL PORTION THAT IS FOR ATTORNEYS' EYES ONLY
Tyler Eaton Morgan Nichols & Pritchett Inc.

54:3  65:8  88:6  89:1
92:19,23  104:16  105:2
122:8  161:13  166:22
167:4  168:1,8,17,23
170:17  172:16
carry 117:4
case 15:22  41:21  50:13,22
51:23  52:4,8  81:19  87:9
93:3  94:2,13  105:4,12
131:15,15  141:19  162:21
163:2,23  164:1,2,2  166:4
166:5,6,6  167:21
cashier 121:6,7  123:12,17,21
Caucasian 128:22
cause 6:13  173:18
caused 84:10
certain 167:15
certainly 167:22
CERTIFICATE 173:1
Certified 2:6,8
certify 6:5  173:5,14
chain 60:9  65:12
chair 18:10
changes 167:17
charge 149:3,7,12,19
chicken 76:10,13,14  79:9
80:11  81:7,12
chief 167:21
choice 67:17
chose 160:20
Cindy 107:9
circumstances 10:22  50:19,20
52:9,15  88:23
Civil 1:6  6:6
claim 80:21  94:1,12
claimed 30:10
claiming 146:4
claims 87:9  106:7
clarify 11:19  122:9  170:22
172:5
class 108:22  109:2,4  147:3
147:13
classes 83:5,6,7,8,11  108:23
111:11
clear 44:5  45:14  80:19
clearer 27:6  50:15  54:10
clothing 13:4
CLR 1:22  173:22
code 17:13
college 57:18,20  58:5
come 16:3  26:4  31:14  34:11
36:21  44:18  86:17  107:11
123:5,9
comes 45:21  46:3
coming 26:20  44:1  69:5
command 60:9  65:13
commencing 6:12
comment 76:17,20,23  80:12
81:6
comments 76:4,8  77:16  78:7

78:11  80:2,15  84:9  85:13
92:1  151:4,10,10,14,19
Commission 146:3
Commissioner 6:5  173:23
communicate 70:12,18
company 1:10  85:19  112:23
113:10
compensation 87:14,20  88:4
88:4,16,19,23  89:14  90:4
complain 60:13  61:21  62:4
98:22  99:3
complained 62:7,12,15,19
101:2
complaining 102:9
complaint 5:21  64:12  85:14
133:17  134:23  145:21
146:1,2  149:21  152:3,17
complaints 67:4
complete 17:10
compliance 2:13
complimentary 163:7
computer 17:23  59:16  148:2
148:19,21
computer-aided 173:9
concern 70:14
concerned 81:11  167:5
concluded 172:19
concrete 86:7,19
confidential 104:13
conscious 168:18
consider 135:9,12  168:7
consideration 169:4
considerations 112:22  113:9
considered 13:9  18:6  60:14
113:1,11,20  132:3  151:15
161:22  163:9
considering 170:23
contact 68:1
contentions 87:17  92:17
165:1
CONTINUED 5:7
conversation 35:5  38:12
39:17,20  44:3  52:16
53:6,11  66:16  115:18
137:10  152:15,21
conversations 31:18  69:12
153:8
Cooper 119:1,2
copy 163:18,19
corporate 68:3
correct 12:5  17:15  35:8
134:21  153:23  154:16
155:3,10,15  173:11
cosmetician 120:18,20  121:4
121:13  124:4,8,16  125:9
125:10,16,23  129:4  133:0
132:1,4,7  142:9,11,14
143:5  144:17  162:12
171:8
cosmeticians 133:18  134:3,5

cosmetics 130:4  171:14
counsel 2:4,17,19  6:8  173:15
count 24:19  154:4
county 7:18  105:15
couple 114:16  154:19  167:17
course 12:2  58:7
court 1:1  2:14  6:21  105:15
cover 149:3
covered 168:13
cramping 93:14
create 89:3,4,6,16
created 89:17
creative 86:17
credentials 39:8
Criswell 19:23  20:1,4  47:20
48:13  115:9  159:9,10
critical 37:18
CSR 1:21  173:22
curious 172:15

D

D 5:1
damages 94:12
date 6:5  18:19  23:6  28:16
32:12,14  61:3  73:20
74:18  99:9  111:9  121:18
126:22  131:20  142:20
dated 5:13
daughter 57:7
David 14:6  23:9  51:22  153:1
day 25:13  93:18  99:12,13
126:21
days 98:4  139:7
DEAKINS 3:17
deal 63:7  64:3
Decatur 6:2
December 162:7
decide 117:17,20  126:11
decided 27:12
decision 41:4  113:2,12  116:15
118:8  126:5  169:12,13
decor 13:8
Defendant 1:11  3:13
Defendant's 5:11  15:13,18
17:1,4  66:19,23  107:17,20
108:7,10  109:8,14  112:17
145:18  164:18
definitely 30:2,3,6,14  31:2
degree 58:4
Demila 57:7
denied 133:19  134:3,6  135:2
136:16  158:17,20
Denying 16:13
department 67:22  68:2
102:22,23  103:3  107:6
DEPONENT 5:1
deposition 1:15  2:4,10,11,22
10:16,22  11:19  15:19
102:15,18  104:17  131:2,9
131:19  164:13  166:20

167:1  168:10  172:19
173:6,13
depositions 2:15  167:14
depressed 54:6
depression 54:21,23  56:12
depth 82:7,9
Derrick 13:13
Describe 88:17
described 145:3  167:8
designation 91:15
designations 91:14
desired 88:9  161:18
despite 55:8
detail 35:15
determine 167:1
devil 128:5
Dew 81:16
diagnosis 54:20
difference 93:17
different 31:22  49:8  61:7
77:19  78:10  79:5  86:12
86:14,18  146:8  148:9
153:21  159:8
dire 5:6  104:9,11
discharge 127:2:0
disclosures 5:12  15:20  50:11
87:13  89:13  90:5  106:5
112:18  113:16  164:18
165:10
discriminated 16:11  94:14
95:7  96:5
discriminating 150:11  151:16,21
discrimination 5:15  16:9
59:23  60:4,15  61:6,22
62:5  63:12,16  64:13
65:10,14,21  67:16  68:6
70:16,21  71:7,14,22  72:7
72:9,11,16  73:13  80:21
85:16  95:20  96:3  101:3
106:8  150:22  151:7
discuss 23:2  32:15  42:5
84:13  86:15  131:22
132:18
discussed 22:10,19  23:3
27:5  38:22  40:5,6  47:11
49:3  50:8,23  52:2  60:22
64:19  69:20  70:1,10  71:1
71:5  77:17  82:11  106:12
106:14  128:15  130:17
153:8  156:21  157:7
167:14
discussing 52:20  68:16  86:12
discussion 21:4,6  22:8,13,15
22:17  23:11  33:5  37:23
39:2,4,7  61:8,10  65:10,17
70:3  71:7,9,22  72:8,10
72:12  128:8,11  131:8
168:15
discussions 29:5  32:17,20,22
38:14,16  51:17  127:19,23

143:4
disgusted 169:7
dismissed 149:7,12,14
disorder 54:4
dissatisfied 84:11
distress 159:18
district 1:1,2  32:1,4,5  67:5,18
71:1  72:17  153:1,16  155:9
156:5
DIVISION 1:3
doctor 55:18
document 15:17  113:14
documented 90:22
documents 87:8,10,15  89:14
89:15  90:6  92:10,15
162:20  163:2  164:21
168:11
doing 16:2  89:7  94:4  123:15
dollar 94:20
dollars 104:4
done 78:5
Dothan 162:2,7
down 173:6
Dr 55:19,20
drink 65:4
drug 91:5,6  106:23  107:3,5
107:6
dry 65:2
due 93:2
duly 6:18
during 8:14  9:15  20:12  146:4
158:14,15

E

E 3:1,1  5:1
eager 18:13
earlier 23:6  109:20
early 8:23  147:5,9
eating 76:10,13,14  79:9
80:11  81:6,12
educational 57:8
EEOC 149:3,7
effect 2:12
effective 111:6,9
effort 93:23
efforts 123:12
eight 15:10
either 12:4  53:1  106:2
146:18  163:23
eligible 107:14
emotional 159:18
employee 59:3,5  67:21  68:2
76:16  90:1  92:3  146:10
employees 67:15  73:2,3,5
74:14  91:2  112:19  117:10
148:14,16
employer 146:5
employers 153:1
employer's 154:11,23  155:7
employment 5:17,20  49:3

CONTAINS CONFIDENTIAL PORTION THAT IS FOR ATTORNEYS' EYES ONLY
Tyler Eaton Morgan Nichols & Pritchett Inc.

CANDACE EPPS                    *** HIGHLY CONFIDENTIAL ***                    CANDACE EPPS
WALGREEN COMPANY, INC.                                                        November 9, 2005

50:19,21 59:8,11 85:3
108:1 109:12 111:14 123:3
141:8,10 146:3
end 7:12 8:7 28:14 104:21
108:5 111:10
ending 5:19
enjoyment 159:19
enrolled 108:21
entire 82:2
entirely 23:2
entitled 104:19
entry-level 113:3,6
Epps 1:8,17 5:4,7 6:12,17
7:4 15:16 42:16 45:13
57:2,4,5,6,7 66:23 80:19
92:23 107:21 108:11
109:12 145:22 149:22
152:7 153:14,20 154:2,10
154:18 155:19 156:12
158:17 167:8
equal 112:20,22 113:9,19
146:3 159:22 160:1,10,14
160:15 161:5,5,10,11,21
equally 79:12 82:6 160:3,12
erased 166:3
Eric 13:11,14,15
ESA 144:9
Escobar 119:18 120:12,14
123:16 128:5,9
estimate 14:2 15:9 20:21
129:21
evaluation 16:18,20,21 17:5,7
18:21 20:19,20 21:7 22:9
22:20 108:14,15 109:5
147:5,9 159:14
even 55:8 64:18
eventually 47:17
ever 10:15 32:15 34:14 37:8
39:13,23 54:3,12 60:13
65:12 68:1,8 72:4 74:8
77:5,17 84:13 90:15
102:13,18 114:1 115:12
125:12 129:13 131:22
132:2,13 134:9 135:23
143:18 145:1 156:19,23
159:23 162:5
everyone 114:21
everything 27:5 47:3 50:23
52:1 76:7 82:8 94:21,22
94:23 101:12
evidence 2:23 80:20 81:18
106:7
EXA 17:11,13 31:15,17 82:21
83:2,13,17 91:15 92:1
93:9,18 96:22 98:15
110:10,13,17,20 111:4,15
112:2,3,6 114:4,11 144:5
144:13 151:11 153:15
154:10 155:14,22 160:6
161:8 172:10

exact 69:15
exactly 33:6 37:1 38:3 45:3
61:2 69:16 129:21 143:22
exam 48:16
examination 5:3,4,7 6:14 7:1
104:11 150:2 152:7
170:19
examined 6:19
examples 81:3
EXAs 19:19 43:7 158:22
except 2:18
exception 90:22
excuse 93:14
executive 5:13 8:12 9:2,4
17:14 73:14 83:6 119:14
exhibit 5:10 15:14,18 17:2,4
66:20,23 90:11 107:18,21
108:8,11 109:9,15 112:17
145:19 164:18
existed 143:3
exists 89:2
experience 18:5 31:7,11 41:6
41:9 48:20 49:7,8 141:4
154:3
experienced 23:15,22 24:1,8
27:23 40:13,16,18 41:6,19
43:9 44:10 67:16 95:15
explain 13:7
explained 24:14 101:6
express 162:5 171:3,5
expressed 35:10 69:17
e-mail 120:13,15 130:12
163:6,13,15,17,18 165:15
165:16,18 167:5
e-mails 163:16,21 164:3
165:9,12,14 166:4,9,11
167:2

F

fact 22:10 37:3 132:19
Factory 12:16 13:19 58:11
facts 131:14,15
failure 65:13 68:4 70:20
fair 11:22
fall 9:18,20
family 56:16,19
far 26:20 35:20 72:22 95:1
106:11 145:17 147:19
151:10 161:23 171:14,15
favor 133:19 134:4,6 135:3
favored 146:11
favoring 146:5 149:1
February 8:3 9:22,23 29:18
29:19 40:20 48:10
125:21 132:8 146:4
Federal 3:19 6:6
feel 16:10 19:6 23:10 27:18
29:23 30:3 45:21 60:3
68:16 79:11,14 92:16
93:2 94:18 95:20 96:3

146:11
feeling 68:4 148:23
feelings 73:13
Felder 124:11,12,15 127:2,4
132:11 134:18,21 170:6
fell 131:20
felt 23:7 27:2,15 30:17 44:6
48:8 61:5 62:5 63:2,11
63:16 64:12 65:13 66:1,2
66:14 68:17,19 69:17
70:19 71:2 82:8,10 83:22
84:9 101:2 134:5 146:15
151:9 159:11
female 97:6 154:13
few 25:4,5 31:9 34:19 35:1
55:9 75:13 76:19 83:14
83:17 130:21,23 141:21
163:16 164:3
Fifth 3:20
figure 94:17,19,20
file 14:7 167:23
filed 15:21 106:1 146:2
165:10
fill 89:11 123:12 171:10,20
172:9
filled 157:23
final 112:16
financial 85:22
finish 138:21
finished 166:23 168:9
fire 119:7
first 6:18 16:16 24:19 28:15
29:11 50:11 79:4 89:14
90:8 99:7,10,13,16,19
100:9 105:6 109:4 124:4
125:3 136:2 147:3 154:3
five 90:9 91:4,12,23,23 98:3
floor 13:1 37:7
Florida 7:15,16 31:13,15
49:23 50:2,4 55:12,13
56:6,14 106:20 112:6
following 6:14 40:21 92:2
103:10 152:6
follows 6:19
force 2:12
foregoing 6:7 173:6,10
form 2:18
formal 171:2
Forty 139:5
found 171:13
four 18:2 91:12 124:14
fourth 90:10
frame 29:1
Freeman 9:9,11 14:23 15:12
17:9 18:4 21:1 23:5
24:17 25:6 26:21 27:8,13
27:15 32:15 33:3,4,9,21
34:15,18 35:6,8,10 36:5
36:13,15 37:8,16 39:18
43:5 60:14 61:21 62:20

63:1,15 65:11 71:3 72:13
73:7 76:5,9 78:5 79:20
79:21 84:7,9,10 85:13
108:18 114:16 116:9
130:13 132:13 133:1
134:7,8,17 141:19 142:21
143:4,17 150:1,7,10 152:8
153:22 162:21 163:6
167:6
Freeman's 27:10 36:2 37:12
164:2 166:6
Friday 139:11
fried 81:12
from 8:20 9:17,20 16:4 25:1
25:3 26:20 31:10,13,18
37:14,15 40:15 41:20
42:9 43:5,6 50:1 51:13
58:4 65:6 71:2,4 87:22
89:8 92:2,9,21 111:4
122:7 125:1 132:9 136:13
152:8 161:16 162:17
163:6 165:14 167:7 169:4
169:4,6
frying 76:10,12,14 79:8 80:11
81:7
Fuji 135:15,18,22 136:3,7,11
136:14 141:5,8
full 2:12 7:3
fully 5:15 135:1,12 154:20
full-time 133:7,9 138:14
139:1,19
furnished 113:15
further 170:18 172:16,18
173:14
future 81:2

G

Gary 73:9,11 115:11
gave 108:17 122:6 163:12
168:4
general 27:5 77:21 81:14,16
81:19 86:11
gentleman 8:7
gets 70:3
getting 20:16 23:4 40:2
60:18 63:5 66:3 87:23
95:23 102:6 144:15
160:16
give 74:13 89:8 108:19
122:10 161:12 162:20
163:1
given 12:4 15:16 55:5
112:20 163:6,10 168:5
173:12
giving 20:21
Glenn 4:3
go 11:21 14:15 23:7 26:23
27:1 30:18,19,21 42:13
43:15,22 44:15 55:1 58:7
59:18 64:5,11 67:4 68:8

63:1,15 65:11 71:3 72:13
68:13 82:9 86:2 90:9
139:20 146:23 149:13
157:6
goal 153:2,4,10
going 14:18 18:9 19:10 21:14
23:19 24:23 41:14,18,20
45:6 46:13 47:12 54:1
55:10 64:20,23 71:3,17
76:2 77:14,22 79:17
95:12,13 101:10,15 104:10
123:14 148:8 151:12
152:9,12,20 160:22 161:2
164:16 166:9 169:21
good 24:20 30:10,10 54:1
154:4 170:9
gotten 146:15
grade 90:18
Grayson 116:16,18,20,23
green 33:7,10 34:18 35:12
36:19 39:19
Gremillion 73:8 121:12 122:13
122:19 135:14 136:2,16
138:6 141:5,13
Gremillion's 164:1 166:5
grocery 107:7
gross 93:13
grounds 2:21
growth 18:4
guess 33:6 69:19
guideline 90:21
guy 75:9,13

H

half 85:9,10
Hand 76:22 77:3,11 78:16,19
79:1,7,7 80:3,4,12 81:5
81:12 106:16 135:7 136:11
141:3
handbook 59:4,5
Hand's 80:5
happen 136:22 160:4,5
happened 22:19 39:5 53:1
69:2,7 82:3 94:21,23
95:1,6 128:18,19 137:2
happens 120:3
harassment 5:15 59:22 60:4
85:16
hard 13:4,9 49:11 159:22
hardly 142:2
having 155:8
head 29:22 47:22 49:21
103:4 120:10,16,17,18,20
120:21,22 121:3,4,4,6,7
121:10,13 122:14 123:12
123:17,21 124:3,7,16
125:22 129:4 133:10
132:3,6 140:5,8,11,18
142:9,11 144:17 162:11
171:8
headquarters 68:3

CONTAINS CONFIDENTIAL PORTION THAT IS FOR ATTORNEYS' EYES ONLY
Tyler Eaton Morgan Nichols & Pritchett Inc.

hear 14:19 156:9
heard 43:6 76:6 78:16,17
138:6 145:15
hearing 81:6
held 108:4 130:2 142:23
168:15
help 162:21 163:2
helpful 167:9
her 23:20,21 25:3 28:8
29:6 30:5 40:23 41:18,21
55:8 87:17 104:10 119:7
119:9 121:21 122:2 124:18
125:1,23 126:3 127:20,20
127:20 128:1,1,8,12,14,15
128:16 130:15,16,22 131:3
131:6,15,23 132:19 133:12
134:19 137:5,20 141:7,9
141:19,20,23 142:2,4,8
143:13 149:23 150:3
152:7 153:14 154:2,3,21
162:10,21,21 163:1,2,2,6,7
163:11 164:23 169:3,8,9
169:11
high 36:16 37:6 117:23
Highway 45:7,9,15 46:7,15
46:17,21 47:7 125:11,13
129:3,5 154:23
high-paid 35:23 36:6
Hill 21:23 22:1,12 23:19
28:4,5,12 34:9 40:1 42:3
42:18,21 43:12 44:8,13
44:23 45:4 46:7 47:8
48:22 61:19 64:15 69:6
95:18 96:1 102:6 112:9
112:14 115:16 124:5
125:16 129:17 130:5,11
132:4,7,14 135:21 136:6,8
136:12 138:4,8 145:3
154:11 155:1 158:21 169:5
Hilton 75:18
Hilton's 75:9,14,15
him 10:3 15:11 20:15 24:14
26:1,8,11 38:17,22 39:19
40:2,6 42:5,12,17 43:14
44:12 45:8,14,17 46:8
48:23 49:9 52:21 53:14
53:17 61:4,5 63:3,9
65:16 68:15 69:5,14 71:3
73:12 77:5 79:2 81:15,16
82:6,16 84:11 86:3,15,23
88:17,20 100:16 101:6
116:19,23 119:22 122:16
138:11,12 140:10,11,13,15
140:16,18,21 151:5 157:2
157:9 158:8,12 163:12
hire 118:11 119:17 120:1
121:2 122:11
hired 8:16 14:6 118:3,5
119:21 121:16 122:13
133:20

hiring 119:23 120:2 121:21
122:1
history 85:4
Hoff 1:21 2:5 6:1 173:22
hold 8:11 12:21 90:15 91:7
91:15,20 125:8
home 10:8,10 13:8 164:5
166:15
hotel 75:20
hotels 75:18
hotline 67:21
hourly 90:1,7,12 91:1,4
hours 139:5
Huh-uh 57:5
hurting 93:15

I
ideas 86:6,9,12
identification 15:15 17:3 66:21
107:19 108:9 109:10
145:20
identified 15:19 106:5
identify 166:8
illness 54:5 84:16,18
impair 51:6,6
impeachment 87:17 164:23
important 50:21
improvement 17:18,22
inaccurate 12:5
INC 1:10
incident 71:12
include 115:8
income 158:18 159:4,8
incomplete 12:4
INDEX 5:3,10
indicate 18:4,13 50:17
indicated 19:2 151:20 159:14
indicates 91:13
indication 151:16
inexperienced 35:13
information 37:12 50:12
51:22 52:3,8 89:9,11,22
104:19
informed 149:23
initial 5:11 15:20 50:10 87:13
89:13 90:5 106:5 112:18
113:15 164:17 165:10
instead 126:8
instructed 126:10
interest 115:19 124:19 162:6
171:4,5 172:8
interested 116:14 137:6 138:7
170:13,15 173:17
internal 85:14 171:1
Internet 87:6,7
interpret 109:11
interpreted 36:23
Interrogatories 165:6
interrupt 33:22
interview 120:5 125:23

126:23 132:22 169:18,23
interviewed 116:19,23 136:12
involved 52:5 102:13 121:21
144:1
issue 16:7 30:1,3,4,6,15
96:12,14
item 89:12

J
Jackie 157:14
Jacqueline 157:14
James 9:9,11 14:23 15:12
17:9 21:1 23:5 60:13
61:21 62:19 65:11 149:23
150:7,10 163:6
January 18:22 19:1
Japanese 118:17
Jason 73:8 121:12 122:13
131:23 136:2,16 138:6
Jay 3:5,7 6:9
Jeff 114:10 115:9
Jennifer 118:12 120:2
Jennifer's 118:23 119:2
Jewelers 139:21,22 140:2,4
141:1
JoAnn 41:22 62:3,4 137:19
154:12
job 7:22 14:4 16:17 21:9,12
33:18 37:13 40:11 75:5
80:5 84:14 91:7 95:19
106:22 114:1,5 119:3,5,9
122:17 124:4,8 125:8,16
125:23 126:6 130:2
131:23 132:4,8,14 133:3,7
133:9,14 134:9,13,17,20
142:22 143:18,21 144:3,5
156:20 157:12,17,20,23
160:13 162:2 163:10
170:1
jobs 90:15 91:21 120:7,11
143:5 144:19,22 145:2,7
145:11
Jones 23:18 25:2,2 28:6,17
28:22 29:9 37:5,18,22
38:4,5 41:22 47:12 62:3
62:4 64:21 71:16 136:21
137:19 138:10 154:12,19
154:21 160:23
July 8:16 9:17 22:16 28:14,15
60:23,23 61:1,13,13,20
62:8,10 63:15 64:10
65:11 73:22 111:2,16,16
111:19 112:3 115:17 121:18
125:19 147:2
June 9:17 20:22 21:5 22:8
22:17,18 25:19 26:1
28:14 38:23 39:1 40:3
48:9 60:20,21,22,22
64:8,19 71:12 72:1
108:23 109:1,5 125:19,20

136:23 156:3
just 16:3 24:23 26:19,21
27:4,21,22 28:19 31:12
35:22 37:6 38:21 41:15
46:7 47:9 48:5 49:9
52:5,11,17,19 54:6 63:2,7
64:3 65:1 66:14 68:15,16
69:17 71:2 76:1,6,19
77:21,21 78:10,11 79:6,11
80:2,15 81:14,16,19 82:11
82:12 83:1 86:11,11,16,17
86:19 87:22 88:1,15
93:14,21 95:10 100:17
104:20 106:12,14 124:2
127:18 128:2,17 131:1,17
131:17 143:6 151:2,9
152:1 157:2 158:6 159:22
160:2,4 164:15 165:12
166:10 167:18 170:21
172:4,8,15
j-lewis@jaylewislaw.com 3:6

K
Kaun 4:3
Kay 139:21,22 140:2,3,23
keep 164:12 166:23
Keith 100:9,10
Kendrick 116:2
kick 18:9
kidney 85:1
kidneys 84:20,22
kids 87:3
Kim 73:7 130:13 133:1 134:7
134:8,16 141:19 143:17
162:20 167:5
Kimberly 1:21 2:5 6:1 173:22
kin 173:15
kind 13:3 23:22 85:21 87:10
135:23
King 75:10,14,16
Kings 75:19
knew 23:10 27:15,17 35:17
41:20 42:10 43:23 45:1
66:14 95:8,12,13 160:19
160:22
know 10:11 21:16,19 23:14
26:10,14,17 27:3,21 30:12
30:23 31:4,6 32:12,19,23
33:1,4,8,10 35:16 37:1,3
38:3,4,6,19 39:3,21,22
44:4 45:3 46:23 48:4,5
48:19 49:6,22 50:3,6,16
59:7,21 60:2 63:3 66:22
67:5 74:7 81:3 82:13
82:1,2,4,6 84:19 85:2,12
89:20 90:23 92:5 93:17
96:8 105:6 107:20 109:11
147:7,14,21 115:1,11
116:14 123:8 124:18,21,23
125:14 127:14,17,18

130:10,13 131:10 132:22
132:23 134:8,12,16
135:15 142:12,21 143:11
143:17 147:21 148:15
150:17,20,21 152:2,16
156:6 157:19 162:15
168:2 172:2
knowing 38:18 125:1
knowledge 11:14 17:22 50:18
50:20
known 7:5
knows 52:9 149:17
Kodak 136:9,10

L
L 2:1
LARGE 173:4
last 9:19 13:12,16 28:13
52:14 53:7 55:20 66:16
69:3 80:9 97:12 100:8
105:5,8,22,22 118:15,17
118:23 125:3 150:20
139:17 141:20 142:19
143:12,13 158:9 161:2
162:11 167:17
late 162:3
later 25:15
laterally 18:7
law 3:7 6:9
laws 2:13
lawsuit 11:2,4,7 16:8 105:21
128:15 130:16
lawsuits 105:18
lawyer 12:8 15:21 104:7
105:3 168:19
lead 144:22 145:2,7,11
leading 2:19
learn 23:14,22 25:1,3 26:22
27:3 35:22 36:11 41:20
140:7 143:20 146:16
147:16,16,18,18 148:1,18
159:12,15
learned 37:5
learning 23:23 146:8
least 24:9 133:17
leave 10:1,5 13:19 41:16
74:11 85:18 107:12 124:1
126:10 133:1,4,6 139:22
leaving 142:15
led 144:2
ledgers 35:20
left 13:22 29:18,19 40:23
41:2 58:22 75:2 100:15
127:15 133:10,14 142:14
143:3
Leland 5:20 9:14,16 29:12
52:3 62:12 74:22 109:15
115:15 155:2
length 112:22 113:9,19
less 133:19

CONTAINS CONFIDENTIAL PORTION THAT IS FOR ATTORNEYS' EYES ONLY
Tyler Eaton Morgan Nichols & Pritchett Inc.

CANDACE EPPS
WALGREEN COMPANY, INC.

*** HIGHLY CONFIDENTIAL ***

CANDACE EPPS
November 9, 2005

lesser 135:4,10
let 69:18 104:6,8 112:16
  119:22 144:10 149:13
  167:12
letter 89:8,10 131:2,8
Let's 90:8 104:18
level 64:3
Lewis 3:5,7 5:6,8 6:9,23
  14:18 16:2 18:9 33:22
  47:13,16 53:21 54:2 65:3
  88:1,12,15,20 104:6,8,12
  104:18 122:4 149:16
  164:9,20 167:3,11 168:2
  168:14,21 170:20 172:14
life 159:19
like 11:9 17:6 18:22,23 19:6
  23:21 24:2,7 26:15,17
  28:23 30:17 37:22 45:2
  45:21 50:9 54:6 61:6
  66:14 72:18 73:7 79:1
  79:16 80:3 85:9 86:7,16
  86:20,21 87:1,2,5 93:10
  102:15 104:3 111:10
  114:17 118:10,14,16,18
  119:14 120:4,18 151:10
  159:11 163:21 167:22
  168:9 169:9 171:8
line 171:13
lines 13:4,9
list 87:14
listed 50:12
lists 91:5
litigation 102:14
little 28:1 104:8 167:19
live 7:8,13
lived 7:10,14
Livenote 2:8
Liz 121:15,16 124:3 127:8
  162:9
LLC 3:7
located 55:11,23
location 10:9 110:7 155:1
long 7:10 8:1 12:19 13:22
  15:7 28:11,17,22 29:16
  31:17,20 50:3 58:18
  68:23 83:13 85:7 101:18
  101:20,22 110:9,12,23
  111:3 123:17 124:12
  129:19 140:23 165:12,14
longer 28:1 112:12 119:6
  155:14,15,21,22 161:7,8
look 17:6 50:10 87:12 111:13
  167:22
looking 120:4 123:15 171:17
loss 67:19,20 68:8 69:10
  159:4,7,19
lost 23:1 158:17
lot 25:1,3,10 32:12 31:4 32:19
  32:23 33:1,8,11 35:17
  41:20 159:12

Louisiana 57:16
love 167:10
lying 168:21

M

machine 135:15,18,19,20
  136:3,7,9,12 141:5,8
made 2:17 26:5 36:19 41:10
  41:11 70:2 76:5,9,17,18
  76:19,21 78:7,12,14 79:5
  80:3 82:4 85:14 87:18
  93:1,23 116:14 123:8
  136:13 136:15 165:1
main 19:9
make 2:20 25:14 39:20
  42:2 43:12 44:12 50:15
  53:10 63:21 69:11 104:9
  117:11,14 140:1 151:14,19
  165:3
making 113:1,11 118:7 123:11
  148:13
male 150:1 155:2 158:22
  160:21
management 5:18 91:5,9
  110:3,7
management/pharmacy 91:13
manager 7:23 8:2,5,12,13,15
  8:19 9:5,7,11 12:23 13:1
  13:2 14:11,23 15:3,8
  16:15 17:14 19:13 20:2,9
  21:9,12,15 23:4,15,23
  24:1,8,19,20 27:13,17,19
  28:1,7 29:7,13,17,20,21
  30:8,18 33:18 34:13 35:3
  35:14 37:15,17 38:6,8
  40:13,16,18 41:7,10,11,12
  41:13,19 42:2,21,23 43:8
  43:9,12,15 44:7,10,13,16
  44:17 45:2,9,11,20,23
  46:19 47:9 48:21 49:11
  49:15,17,19 52:20 53:4
  62:9 64:14 66:17,18 67:5
  67:5,18,18 71:2 74:9,20
  74:23 75:8,12 78:6 80:6
  80:8 82:14,17,20 92:12
  93:6,19 95:2,11,16,18
  96:1,13,15 102:7 106:23
  107:1,3 108:3 112:8,14
  114:19,23 115:6,16,19,21
  116:8 117:3 118:6 146:19
  149:23 150:3,4,19 153:1,3
  153:5,11,16,21 154:3,5,22
  155:6,9 157:3 158:16
  160:8,18 161:2 162:3,6
  169:18,22 171:6 172:11
managers 14:13 27:4 30:8
  30:9 31:23 32:2,6,8
  37:21,23 64:22 97:7
  manager's 16:17 156:3
  many 19:19 20:9 31:22 32:2

32:8 97:23 98:2 118:3,4
  119:21 130:18 163:1,21
March 5:19 19:16 108:20
  149:22
marked 15:14,17 17:2 66:20
  107:18 108:8 109:9
  145:19
Martin 157:13,14,15
Masood 97:10,15 98:20
  106:17 146:12 147:17
matter 12:9,10
Maximum 90:19
may 2:5,20 20:21 22:20
  23:2,3,12,12 25:17 39:5
  40:3 48:9 55:19,22
  87:15 111:5,8,10 112:2
  136:23 164:21 168:5,6
  maybe 14:8 28:23 101:22
  118:10 120:5 123:20
McDonough 3:8 6:10
mean 21:18 34:21 36:23
  38:2 54:11,14 60:10 75:4
  79:4,10,19 96:9 107:2
  117:6 146:7 150:13
  152:19 156:15 157:21
  159:20,21 167:8 171:16
meaning 26:12 36:2
means 36:22 89:20 90:23
  137:14 153:4 173:9
meant 26:10 35:12 75:23
  77:13 82:1 90:4 128:12
medical 51:12
medication 51:9 55:5
medicine 51:5
meet 26:1 125:3
meeting 25:11,17,18,21
meetings 153:9
Melbourne 55:14 56:5,13
  106:20
members 56:16,19
memory 51:6
mental 54:4,4 159:18
mention 44:22 46:2,9 141:14
mentioned 50:14 53:19 61:8
  77:15 81:4 141:17
Merit 2:7 6:2
Merkeson 68:10,12,14,19
  69:12 70:6 72:8
Merkeson's 69:8
met 150:5 152:22
MGR 18:6,14
mgrsdr 165:22
Mgrsdr@walgreens.com 166:1
Mgr02203@walgreens.com
  166:2
MGT 91:6,7 97:1 98:15,16
MGTs 97:3,18
Micheals 15:4,6 24:17 97:5

99:2,4 101:2 148:6 149:1
middle 1:2 91:17
mine 108:16 131:10 166:10
minute 36:20 161:12
Missy 97:10,16 106:17
  146:12 147:17 149:2,9
mistreated 80:1,12
mom 56:23 107:11
momentum 169:1
Monday 139:10
money 139:19 140:1,3
Montclair 112:7
Montgomery 3:10 6:10 12:18
  21:18,21 33:16 34:7,20
  34:23 44:15 45:12 46:1
  46:11,22,23 47:2,3,4,10
  47:19,21 56:2 100:11
  115:20,22 155:7 157:8
  158:21 160:6
month 9:18 93:7 99:16
  101:23 102:1,9 123:20
months 14:3 15:10 18:16,18
  29:2 34:19 35:1 83:14,18
  91:3 110:21 114:16 124:14
  129:20,22 154:19
more 22:16,22 26:11 27:22
  30:17 40:11 41:6 44:2,19
  44:21 45:22 46:14,18
  53:3 59:9 66:3 68:17,20
  81:1 87:11 95:8 110:6
  117:7 139:19 140:1,3,6
  142:4 152:23 153:15
  160:17
Morris 129:7
most 30:3,6,14 31:2
mother 57:6
motivated 151:9
Mountain 81:16
mouth 36:21
move 18:7 157:1
movement 38:23 69:5
moving 39:1
MSDS 140:9
much 22:18,19 24:23 35:23
  36:18,22 38:11 49:4 51:1
  52:1 54:1 63:6 64:1,3
  76:1 78:4 80:2 93:5,8
  94:19 104:2 138:12 142:2
  149:13
must 99:22 144:15
mutually 87:18 165:2
M-A-S-O-O-D 97:14
M-G-R 165:20
M-I-C-H-E-A-L-S 15:6

N

N 2:1 3:1 5:1
name 7:3 12:7 13:12,16 15:5
  29:11 55:9,21 69:20 70:5
  97:13 100:8,9 105:5,7,8

105:13 118:15,17,23
  119:13 134:19 143:12,13
  162:11 169:4
named 57:3
names 7:6 57:1 118:13
narrowed 167:18
NASH 3:17
Natalie 97:10,15 106:17
  146:12 147:16 149:1,9
Natalie's 97:12
nature 11:6
Navidad 102:4
necessary 2:16 114:18
need 18:14 27:4 47:13 65:3
  78:8 81:20 84:23 161:13
  167:2,19
needed 19:3,7 26:11,22
  133:12
needing 17:18,22
needs 18:5
neither 173:15
net 59:14,17
never 25:4 40:4 47:6,7
  50:8 64:16 65:1 71:13
  82:7 98:20 115:1,3,14
  157:9,22 158:3,5,8,10,12
new 42:11 43:2,8,9 47:2,3
  118:16 137:7,8 154:11
newly 133:20
news 170:9
next 46:5 64:3 147:13
night 102:8
nights 106:10
nine 15:10
nods 29:21 49:21 103:4
Nope 70:17
North 3:20
NORTHERN 1:3
Notary 1:23 6:3 173:23
note 63:21
notes 25:10,14 39:20 53:10
  69:11
nothing 86:6,18 92:18,18
  151:11 170:17 172:16
November 1:18 6:11 172:20
Number 108:11
numbered 90:9

O

O 2:1 3:9
oath 11:15
objections 2:17,20
obligation 167:18
obligations 167:16
observed 67:16
occasion 122:23
occasions 151:5
occurred 35:6
October 109:17 110:19
off 47:16 120:6 139:8 168:16

CONTAINS CONFIDENTIAL PORTION THAT IS FOR ATTORNEYS' EYES ONLY
Tyler Eaton Morgan Nichols & Pritchett Inc.

CANDACE EPPS
WALGREEN COMPANY, INC.                    *** HIGHLY CONFIDENTIAL ***                    CANDACE EPPS
November 9, 2005

offered 2:22
office 37:4 105:10
offices 3:7 6:9
often 109:2 141:18,22
OGLETREE 3:17
oh 21:3 50:17 66:14 89:22
  110:18 111:1,1,16 116:3
okay 8:20 9:3,15 10:21
  12:17 18:20 19:1 20:1
  22:21 23:8,11 24:4,10,21
  28:2,17 29:3 31:22
  33:20 34:5,17 38:10,13
  40:14,19 41:3 42:1,15
  43:11,19 44:20 47:19
  49:19 50:17 53:8 54:12
  57:19 59:1,10 60:8 61:10
  62:2,11,15 67:14 68:1,13
  70:9,12 71:21 73:1 74:5
  77:9,12 78:13,21,23 79:8
  79:13 80:17 81:9 82:19
  84:8,13 87:4 89:5 90:3
  90:8,14 95:5 97:3 98:9
  99:16 100:3 102:5 106:1
  109:14 111:3,7,17 115:3,11
  116:5,20 117:11 121:3
  122:8 123:11 126:12
  131:12 132:2 134:12
  136:15 138:10 139:1
  140:1,21,23 142:4 145:1,6
  146:10 149:9 150:15
  151:6,14,19 152:11,14
  153:13 156:19 157:9,19
  157:22 158:3 159:3
  160:10 162:5 165:21
  166:16 167:3 168:1,8,14
  170:17 172:4,7,14
old 40:23
Once 109:3
one 3:19 19:21 22:16 30:9
  46:6 49:11,15,17,19 52:5
  72:17,18,20 73:7 76:19
  76:22 80:16 89:12 90:9
  91:7 92:4,4 110:6,14
  121:9 139:13 142:10,13
  152:23 153:15 155:6,8
  160:9 162:16 168:19,20
  169:1 170:6,21 171:15
  172:6
ones 106:12,13
one/HPS/PST/SIMC/SBA...
  90:18
Online 59:16
only 31:12 37:5 49:16 55:9
  89:23 90:3 102:11 154:13
  155:8 167:15
open 22:2,3 28:20,20 41:15
  41:23 43:17,18 44:22
  45:12,21 46:4 71:6
  124:8 140:14 142:10,13
  156:4 167:1

opened 22:6 30:5 40:22
  44:9,17 138:4
opening 21:14,18,21 22:11
  43:23 45:2,19 61:19
  130:10 154:14
opens 43:9
operational 146:17 148:9,11
  154:20
operations 17:19 67:19 70:13
  146:8,17 147:15
opinion 35:11 39:14
opportunities 146:6,7,14
opportunity 30:13 63:13
  112:20 133:4 146:3
oral 6:13
order 19:12
ordering 148:12
Orlando 57:18
other 7:6 9:10,11 19:19,21
  31:9 36:11 37:21,23 43:6
  43:7 45:5 52:7,8 53:18
  56:4,6 58:11 64:22 65:8
  71:17 72:22 73:1,3 79:8
  80:10,15 81:5 84:16
  85:12 87:16 91:21 92:15
  95:14,17,19,23 96:3,9,10
  97:3,15 105:17,18 106:4,6
  112:21 113:8 115:14 116:1
  118:13 123:2 133:14,18
  134:2 135:23 143:2
  145:2 148:23 150:5
  153:7,9 162:15 164:22
  165:11,13 168:19,20 169:1
  170:21 171:7
others 96:18
otherwise 113:19
out 13:21,23 26:14,17 36:21
  38:7,8 69:20 84:3,5
  89:11 117:4 126:14 127:1
  128:3,13 148:3 157:23
  165:15 166:12 168:17
  171:10,20 172:9
outcome 103:7
over 20:20 22:9 24:23 25:6
  46:19 62:17 78:6 148:8
  164:7
overall 76:6
overhear 76:23
overheard 79:1
overnight 96:17,19 97:4,21,23
  98:3,6,10 99:22 100:18
  100:21 101:1
overnights 98:5,13,18,20
  101:8,11,19 102:2 117:18
own 52:10 121:1 164:3
owned 75:9,13

                P

P 2:1 3:1,1,9
page 18:2 87:13 90:8,9,10

  90:14,17 91:4,12,18,21,23
  92:2,4 103:10 112:16
paid 36:17 93:5,8
Palm 7:17 103:1,2 105:11
papers 148:3
paperwork 101:16 164:8,11,11
paragraph 146:1 149:21 152:3
  152:22 153:13 154:9,18
  155:17 156:1,12 158:15
  159:17
paraphrasing 38:2
pardon 18:17 55:3
part 37:4,6 44:5 80:18
  89:13 113:15 123:7 134:11
participate 145:1
particularly 167:4
parties 2:3,20 173:16
parts 17:10
party 105:19
part-time 138:18
pass 19:15 20:6 26:22
  114:18
passed 19:13 23:5 48:16
  82:22 114:14 115:5,12
  150:2 158:23
passes 114:22
passing 19:10 152:7
past 86:4 94:9,10 118:4
Paul 4:4 8:6
pay 93:2 94:1
people 79:12,15 82:5 98:17
  106:4 115:4 117:20 118:3
  118:5 119:17,21 120:4
perceived 85:15
percent 90:21
performance 5:13,18 31:4
  37:13,19 84:14 147:4,8
  159:14
period 5:19 8:14 9:15 87:23
  118:5
Perry 21:23 22:1,11 23:19
  28:4,5,11 34:9 40:1 42:3
  42:18,21 43:12 44:8,13
  44:23 45:4 46:7 47:8
  48:21 61:19 64:15 69:6
  95:18 96:1 102:6 112:9
  112:14 115:16 124:5
  125:16 129:17 130:5,11
  132:4,7,14 135:21 136:6,8
  136:12 138:3,8 145:3
  154:11 155:1 158:20
  169:5
person 30:11 98:3,6,10
  119:12 132:6 135:9 161:4
  161:9,10
personally 118:7 151:23
personnel 92:3 117:4,8
persons 106:6
person's 119:13
perspective 23:16 40:15

pertain 166:4
pharmacy 17:18 19:9,20
  26:22 48:16 82:22
  120:23 121:1,2
phone 61:15
photo 119:4,10 120:21 121:4
  121:10 122:14,20 124:6
  135:1,3,13,19 136:17
  137:6,8 138:8,13 140:5,8
  140:11,19 141:13 171:9,15
phrase 70:2
physician 55:15
pick 126:12
picked 62:16 170:6
Piles 118:21
Pios 118:18,20,22
place 3:19 12:15 61:11,14
  87:19 137:11 165:2
placed 33:17
places 75:13
plain 95:10
plaintiff 1:9 3:3 11:3,2 12:9
  87:16 164:22
Plaintiff's 5:11 15:20
plan 87:14,20 88:16 89:3,4
  89:5,15,16 90:4 165:3
  167:20
planning 164:12
plans 86:2
please 7:3 88:7
point 95:15 100:23 139:14
  168:9
police 102:22,23 103:2
policies 59:8,12,18,19 117:4
policy 5:15 59:22 92:3,9
  117:9 144:18,22
portion 88:9 104:17 161:18
position 9:1 12:21 14:9,12
  21:15 30:22 31:1 34:10
  38:19 39:11 43:17 44:16
  44:18,22 45:2,21,23 53:4
  58:20 60:18 63:14 64:20
  65:1 66:17 69:9 71:16
  73:11 91:10 95:9 96:7
  100:19 110:1 120:19
  123:13,18,22 124:19,20
  126:17 128:21 136:19
  137:7,8 138:8,14 139:19
  140:13 141:14 142:9,10,13
  143:6,7 150:6 156:3,14
  157:4,5 160:21 161:22,23
  162:8 169:5,10 170:5,14
  170:15
positions 8:10 20:10 108:4
  113:3,6 120:10,16,17
  121:3
post 120:7,11 154:22
posted 124:20 125:19,21
  145:11
posting 144:18,22 145:2,7

Prattville 114:13 142:9 143:5
  143:15 144:17
preferred 10:9
prepare 166:19
prepared 17:7
prescribed 54:23
present 4:1 55:16 121:8,11,14
  132:16 137:1
president 70:14
prestige 158:18 159:4,8
pretty 22:18,19 24:6,23
  35:23 36:18,22 38:11
  49:4 51:1 52:1 63:6 64:1
  64:3 76:1 78:4 80:2
  94:19 138:11 149:13
prevent 51:13
prevention 67:20,20 68:9
  69:10
previous 8:10 31:6 141:7,9
previously 122:19
Pre-Med 58:9
printed 148:3 166:12
prior 2:23 149:22 153:22
probably 119:14 129:20
  167:11
problem 51:12 60:3 84:19,21
  117:23
problems 128:8
Procedure 6:7
procedures 59:19,20
proceedings 6:15 88:10
  161:19
process 40:5 144:2 145:16
  171:2 172:13
produce 167:19,20
produced 168:11
production 165:6
Professional 2:7
promote 42:17 45:8,15 70:20
promoted 8:4 18:15 19:4,8
  20:2,11,13,16 23:4 27:12
  29:6,20 30:14,19 31:14
  34:12 40:3,4,7,20 41:1
  42:6,11,14,17,20,22 43:2
  43:7,16 44:1 45:11,18,22
  46:4 48:10,14 52:12,18
  52:22 63:5 65:19 66:4
  68:4 69:18 71:10 74:8
  83:1 87:23 95:2,18,23
  96:6 102:6 111:4 114:4
  115:6 149:8,10 153:17
  155:5,13 156:18,22 159:1
  160:7 172:11
promoting 70:15
promotion 16:13,14 18:6
  51:18 52:10 53:12,15,18
  106:8 108:3 113:21 134:6
  135:2 136:16 150:4,18
  151:1 152:8 153:2,5,10
  156:13,16 158:17,20

CONTAINS CONFIDENTIAL PORTION THAT IS FOR ATTORNEYS' EYES ONLY
Tyler Eaton Morgan Nichols & Pritchett Inc.

CANDACE EPPS                           *** HIGHLY CONFIDENTIAL ***                           CANDACE EPPS
WALGREEN COMPANY, INC.                                                                       November 9, 2005

160:16 171:18
promotional 113:1,11
promotions 51:19 52:17 92:4
    117:12 133:19 134:3 171:1
    171:8
provides 112:19
provision 113:5
psychiatrist 54:13 55:7 56:4
    56:7
psychologist 56:10
PTCB 114:15,19,22 115:5,12
    158:23
Public 1:23 6:3 173:23
pull 59:19
Pulled 148:2
purposes 164:23
pursuant 6:6
pursue 149:15 153:2
put 69:20 94:20 96:19
    167:13
putting 96:17
P.C 3:18
p.m 6:12 16:5,5 65:7,7
    92:22,22 161:17,17
    172:20

—————————
Q
—————————
qualifications 39:8,15 82:20
    85:3 150:6 155:18
qualified 44:19,21 45:22
    46:14,16,18 68:18,20
    95:9 133:20 135:1,4,10,12
    150:16 156:13,17 160:17
    160:18
question 11:17,18,22,23 42:8
    71:19 88:7,13 170:21
questions 2:18,19 11:12 51:7
    51:14,15 81:1 173:7
quicker 160:7
quickly 95:3
quit 82:11 83:18 107:12
    122:23 123:2 127:18
    139:13,16,18
quite 23:10,13 26:9,19 28:15
    29:1,4 31:8 32:10,14
    39:3 52:19 58:2,16 61:2
    79:3 85:11 101:23 121:17
    126:22 131:6 142:20
quitting 127:21 128:1

—————————
R
—————————
R 3:1
race 16:9,12 30:15,16 41:4
    48:2 60:15 80:21 150:12
    150:23 151:17,22
racial 29:23 30:2,4 76:4,8
    77:15 151:7
racially 151:9
raise 93:21
Ramona 57:2,3,5

rate 17:17,21 90:6,12,19,20
    91:2 93:18
rates 90:18
rather 41:5
reach 94:16
read 88:6,10 145:21 161:19
reading 2:10
ready 20:13,18 23:7 24:7
    26:23 27:1,16,18,21 30:7
    30:18,19,21,21 31:1 32:16
    40:4,6 42:13 43:15,22,23
    44:15 48:9 156:17,22
    157:2,3
realize 12:3
really 47:4 169:9
reason 48:2,5
Reba 123:23
recall 22:7 24:11 25:8 34:6
    37:16 50:5 51:4,21 53:20
    63:10 69:15 72:19 73:9
    79:6,7 81:8 105:9 128:6
    128:14 131:17,18 141:16
    143:23 144:20,23 145:5,9
    151:23 162:4,8,23 163:4
    168:3
receive 104:2 148:4,5
received 89:10 92:11 143:6,7
    163:19 166:11
recognize 108:10
recollection 65:9
recommend 53:14 122:16
    150:3 151:12 152:4,5,10
    152:13,20
recommendations 50:7
recommended 69:19 70:4,7
    141:12 147:7,11,12 150:18
    152:2,8
record 17:2,20 108:1 109:12
    111:14 167:13 168:16
Redale 7:4
REEXAMINATION 105:1
refer 89:2
reference 11:1
referred 78:1
referring 17:7 133:21 135:5
refers 89:15 92:1
reflect 168:12
regaining 168:23
regarding 59:11 92:3 106:8,9
regional 116:21
Registered 6:7 6:2
regular 26:5 154:22
rehire 107:14
relate 17:11
relating 2:14
relations 67:21 68:2
relayed 79:2
relevant 168:7
remember 13:15 39:18 55:8
    63:8 78:11,14,15 80:16

81:10 100:17 119:12
    128:7,10 131:20 142:20
    143:22 145:6 154:6
    156:8 163:14
Renee 135:6,7 136:11 141:3
Rengering 4:4 8:6 51:18
    70:19
reopen 168:10
repeat 66:10 67:4 95:22
    110:11 115:2
rephrase 115:3
replace 10:3 116:8 124:10
replaced 15:11 29:9 100:15
    129:23 155:1
report 33:20 60:2 67:17
Reporter 2:6,7,8,8 6:2,21
representing 12:8
represents 173:10
required 19:12 97:4 171:3
requirement 145:11
residing 28:6
resolution 71:4
respective 2:4
responding 51:14
response 145:13
responsibilities 117:3
responsibility 117:9 170:9
restaurant 75:21
restaurants 75:19
result 173:17
retail 13:4 86:13,14
retaliation 67:7
review 5:13,18 90:20 166:19
reviewed 90:19
Richard 3:15 12:7 53:22
    167:12
richard.carrigan@ogletreede...
    3:16
right 3:1 27:19 40:21 42:14
    44:10,11 46:10 48:11,14
    48:15,17,18,22 51:4 61:12
    63:2,18 72:13 73:2 84:3
    84:6 95:3 99:23 100:4
    110:15 113:21 116:7
    152:18 153:5 156:23
    157:20 158:4 162:10
    165:8 168:10 171:19,22
    172:14
RMR 1:22 173:22
Road 7:9 21:23 22:1 23:19
    28:4,5,12 34:9 40:1 42:3
    42:18,21 44:9,13 45:5
    48:22 61:19 69:6 112:7
    112:14 136:6 154:11 155:1
rotate 101:8
RPR 1:22 173:22
Rule 167:6,17
rules 2:14 6:6
running 40:11

—————————
S
—————————
S 2:1 3:1
SAITH 172:18
salaried 91:13
salary 90:17 91:2 92:11
sales 58:22 59:1
same 2:12 20:6 31:19 48:17
    49:7 109:23 148:20
    156:2 159:4 170:5
satisfactory 87:19 165:2
Saturday 139:11
saw 31:2,3 56:5
saying 26:15 36:5,22 37:17
    39:19 46:12,23 79:13
    80:3 81:19 154:7
says 18:3 67:6 87:15 90:17
    91:4 113:23 133:17
    134:23 146:2 149:22
    152:3,6,17,22 153:13,20
    154:2,9,18 155:5,17 156:1
    156:12 159:17 168:4,20
schedule 138:19 139:2,4,6
    141:15 148:13,15
scheduled 99:5,8,11 101:1
scheduling 147:20,22 148:13
    149:3,6
school 138:21,22,23 141:14
    141:15
seal 104:16,20
sealed 5:6 103:11 104:1,21
second 16:3 22:13,15 87:13
    90:17 113:7,7 120:5
section 18:2
see 2:4,7 26:4,7 40:17
    89:18 92:13 111:14 167:10
seems 167:9
seen 15:23 59:10 171:15
select 65:14 126:6 140:18,21
selected 35:2 48:21 62:9
    63:17 64:14 74:23 113:23
    115:15,20 124:15 127:2
    141:5 143:21 144:9,12,13
    144:14,16 162:14,17
selection 144:2
self 18:20
self-evaluation 18:18 19:2
self-rating 17:11
selling 13:8 87:7
sends 120:12,14
senior 135:3 136:17 137:7
    138:7,13 141:13 163:9
    169:4 171:9,9
sent 130:12 165:5 170:3
sentence 113:8
service 112:12,23 113:10,20
settled 103:9 104:3 105:22
settlement 104:5,14
seven 129:20,21
several 91:14

Sexual 103:6
shakedown 154:15
shakes 47:22
Sharonda 124:11,12,15 130:1
    130:2 132:11 134:18,20
    170:6
sheet 90:13
sheets 87:14,21 88:16 89:15
    90:4
Shepard 14:6 21:2,3,4 22:8
    23:9 27:10,13,14,17,20
    38:15 39:9,14 42:2 43:11
    48:8 51:23 73:8 113:4,23
    115:18 153:2,10,14,22
    154:2,7,9 155:6 156:21
    158:5 160:19 161:23
Shepard's 27:8 32:5 41:4
    114:8 155:9 156:4
shift 99:8,11 102:8 117:20
shoes 96:17,20 97:4,21,23
    99:23
short 92:20 131:18 161:14
Shorthand 2:6
shoulders 12:8 166:18
show 92:10 108:2 112:16
    148:7
showed 148:6
showing 90:6
shows 111:14
Shrugs 129:8 166:18
side 107:4,5,7
sign 67:10,12
signature 2:9
signed 5:15
simply 171:3
since 7:12 8:3 26:16 28:13
    31:21 56:13 111:8 115:17
    118:6 167:1
sir 7:7 8:9 9:6,23 10:2,4,17
    12:1,6,12 14:14,22 15:2
    19:14,18 20:3,5 25:20,23
    29:15 33:12 34:16 35:4
    53:9,13 56:18,21 57:15
    57:23 58:6 59:6 60:16
    62:18,21 77:8 80:22
    83:10,12,19 85:20 86:1
    91:16,19,22 92:1 94:7
    97:2 105:20 108:6,6
    109:13 114:20 127:11
    129:18 130:7 138:2,5,9
    145:23 153:12,19 154:1,8
    154:17 155:16
sister 56:23 57:6
situation 10:18,19
SMOAK 3:18
solely 87:16 164:22
some 12:3 18:5,14 19:3
    22:23 89:15 92:1 94:7
    100:23 102:4 163:22
somebody 122:7

CONTAINS CONFIDENTIAL PORTION THAT IS FOR ATTORNEYS' EYES ONLY
Tyler Eaton Morgan Nichols & Pritchett Inc.

someone 19:13  30:20  82:16
  99:22  100:3  121:2
  128:20  160:20
something 11:9  18:23  54:7
  65:4  75:10  77:16  85:9
  89:2,3  111:10,12  114:17
  118:22  168:6  170:22
sometime 52:14  53:8  139:17
  142:19
somewhere 75:6  133:8
son 81:15
soon 95:19  96:2  102:7
  126:22
sorry 9:20  14:20  18:12
  20:14  22:14  34:3  36:13
  49:2,13  54:8  57:11  64:9
  68:11  69:22  71:18  74:3
  75:11,15  76:12  106:13
  111:7  116:6,17  118:4,19
  125:20  133:5  143:9
  144:10  145:14  156:9
  157:22  158:6
sort 35:21
source 37:11
South 3:8  6:9  14:16,21  26:3
  56:1  116:9  130:9  132:9
  137:14,16,18  144:6,9,14
  145:7,12
southern 57:12,14,17,19
speak 14:19  18:11  84:3,5
speaking 116:3
specialist 120:21  121:5,11
  122:14,21  140:5,8,11,19
specific 26:12  46:2,9  59:9
  80:23  81:1  117:7
specifically 44:23
specify 47:5
spell 15:5  97:12
spoke 20:12,15  78:18  158:8
stand 83:21
start 94:5  109:15,21,23
  111:11
started 28:14  32:12  33:15
  61:19  94:7  100:1,2,7
  109:1  110:1,19  111:5,21,22
  136:4,5
state 6:4  7:3  74:15  173:3
stated 21:20  23:13  28:3
  31:19  32:5  35:16  36:18
  37:2  38:8  39:10  44:14
  52:11  71:15  74:12  76:1
  84:1  160:23  161:23
statement 36:19  59:11  77:7
  77:10  78:12,14,16,17,19
  78:20  81:11  82:4  150:13
  150:15
statements 79:5  80:15  81:14
  81:17,20
STATES 1:1
stating 82:6  151:2

status 90:2,7,13  92:4  141:15
  158:18  159:4,8
stay 41:10
staying 45:4
stenotype 173:7
STEWART 3:18
still 18:4,14  19:3  47:20  74:5
  132:20  133:11  138:22,22
  146:21  159:11,11
STIPULATED 2:2
stipulation 6:7
stipulations 6:22
stocker 36:1,7,17
stocking 37:6,7
stockroom 137:12,18
stopped 55:10
store 7:23  8:1,4,13  9:5,7,11
  10:1,5  12:23  13:2,3,5
  14:15  15:7  16:15,17  17:23
  18:14  19:13  20:2,9  21:8
  21:11,14,15,17,20,22  22:2
  22:11  23:4,15,19,23  24:1
  24:3,8  26:6,16  27:12,16
  27:18,23  28:7,7,20,21
  29:6,13,16,20,21  30:5,18
  31:22  32:2,6,8  33:18
  34:12  35:2,14  37:5,15,17
  37:21,23  38:5,8,23  40:11
  40:13,16,18,22,23  41:7,9
  41:11,12,13,14,16,19,23
  42:3,11,12,18,21,23  43:2
  43:8,8,9,10,13,15  44:7,9
  44:13,16,16,17,23  45:1,5
  45:7,9,11,12,16,19,19,20
  45:23  46:3,3,10,11,13,15
  46:17,19,21  47:1,2,3,4,10
  47:12,19,20  48:3,22
  49:11,15,17,19  52:20  53:4
  59:14,17  61:17,18  62:9
  64:14,15  66:17,18  67:5,17
  67:18  69:5,7  70:4,13
  71:17  74:1,2,8,20,23
  77:23  78:2,5,6  79:17
  82:13,17,20  92:11  93:6,18
  95:2,11,14,16,18  96:1,2,13
  96:15  102:6  108:3  112:9
  112:14  114:19,23  115:6,15
  115:16,19,21  116:8,10
  117:3,12,15,18,19  118:1,9
  119:16  120:13  124:5
  129:3  130:6,8  132:14
  135:21  136:4  137:7,9,13
  137:17,20,21,23  138:4
  143:15  145:4  146:9,16,19
  147:15  149:23  150:2,4,18
  153:3,5,11,15,21  154:3,11
  154:13,20,22,23  155:6,8
  156:3,6  157:3  158:16,21
  160:7,17  162:3,6,12,18
  169:17,22  171:6  172:11

stores 155:7
Street 3:8  6:10
stressed 128:2,13
Stuart 55:19,20
student 138:16
study 58:7
stuff 31:10  35:22  87:7
  146:17  148:10,11
subjects 168:12
Subsequently 144:21
sue 103:5
sued 102:18,19,21  103:2
suffer 159:3
suffered 54:4  95:21  96:4
  159:17
suggest 140:15
suggested 163:8
suing 12:10
suit 103:8
Suite 3:19
summer 68:5  158:21
Sunday 94:7,9,10  139:11
superior 155:18
superiors 72:23
supervise 154:14
supervision 154:12
supervisor 13:10  37:9  60:7,11
  61:23  62:2,12,23  64:6,11
  67:20  68:1  71:5  72:16
support 87:9,17  92:16
  164:23
supposed 11:13  28:20  133:11
sure 9:17  10:13  13:6,11,18
  15:9  28:15  29:1,4  31:8
  32:4,7,10,11,14  33:6
  45:18  46:6  50:17  54:2,16
  58:2,15,16,16  61:2  63:4
  73:20,21  74:18  79:3
  80:14  81:22  85:11  87:11
  88:19,13,11,20,21  98:2
  99:9,12  101:22,23  102:3
  104:9  106:2  114:9  118:13
  119:15  121:17  122:5  123:16
  123:19  124:2  126:22
  129:21  130:19  131:5,6
  132:17,21  133:16  134:15
  136:23  141:2  142:1,20
  143:1,13,19  145:16  151:13
  157:18  159:6  172:3
sworn 6:18
systems 17:23
S-D-R 165:22

_____ T _____

T 1:21  2:1,1,5  6:1  173:22
table 8:8
take 25:10,12  46:14,17,18
  61:11,14  66:6  75:5  83:6
  92:19  132:2  137:11  161:14
  161:14

taken 1:21  2:5  10:16,23  16:4
  65:6  83:3  92:21  161:16
  173:6
take–home 93:10,11,12
taking 2:15  51:5,9
talk 20:22  39:13  60:7  64:19
  73:4,5  77:5  86:10,21
  130:22  131:14  142:2,4
talked 31:9  37:22  38:5,7
  40:2  47:1  48:23  64:16
  72:22  73:1,12  86:4,5,19
  123:15  128:17  130:15,21
  132:19  141:18,20,22
  157:9  158:5,12  162:10
talking 17:5,8  25:13  27:7
  32:21  34:1  52:17  71:14
  131:18
Tantonika 129:6,7,9
Taylor 107:9
tech 119:4,10  171:10
technical 57:17,19
technician 135:2,3,13  136:17
  137:6,8  138:8,13
tell 10:21  22:7  33:9  41:17
  42:12  49:16  52:13  53:17
  61:4  62:23  63:8  65:12,16
  69:14,16  74:17  78:3,8
  79:23  81:20  86:23  87:4
  88:17,20  95:1  126:18,20
  128:19  132:2  142:8
  169:11
telling 30:6  63:9  81:15
ten 104:3,4  110:21
termination 11:8
terms 36:9
Terry 47:19  115:8  159:9
test 19:10,11,12,15,20  23:6
  26:23  82:23
testified 6:19  163:5
testimony 5:6  103:11  104:1,21
  173:11
Thank 54:1
their 2:3  36:9  57:1  60:11
  67:17  121:1
thereto 2:23  173:8
thing 19:9  31:12  67:3  82:3
  89:23  168:19,20  169:2
things 22:23  31:9  35:17
  36:12  44:4  76:2  77:14,19
  78:4  79:16  84:1,3,6  86:7
  86:13,14,18,20,21  159:15
  167:20
think 18:22  40:9  41:3  44:18
  46:14  48:2  50:21  51:3
  61:12,13  76:20  81:20
  98:7,14  102:3,4,17  106:7
  108:23  118:13  121:17
  122:12  133:10  136:15
  139:21  145:14  149:16
  150:10  151:6  156:11

163:12,22  167:11
thinking 29:2
third 106:23  119:11
though 64:18  73:2
thought 40:10  44:20  53:3
  61:22  63:4,5  80:1  94:14
  169:15
thousand 104:4
three 14:3  58:17,19  90:21
  91:4  118:10,14  119:14
  123:19
throat 65:2  93:15
through 2:3  19:10  48:6,7
  55:1  59:13,20  87:6  108:5
  120:12,14  159:21  160:1
  163:17  167:23
Thursdays 139:9
time 2:21,22  8:14  9:16  11:19
  15:1  18:10  20:6,12  21:9
  21:12  23:5  24:12  28:16
  29:1  31:19  34:8  35:6
  36:10,10  39:6,12  47:2,23
  48:17  55:16  61:16,20
  62:7,11  63:19,20  64:12
  68:23  69:9  70:13,19  71:2
  71:15  73:10,12  76:19
  79:4  85:10  87:19,23  91:7
  98:7,11,12  99:7,10  101:20
  112:13  131:11,18,19  138:1
  138:16  141:3,6,20  142:11
  142:13  144:5,5,12,16
  155:12  156:2  158:9,14,15
  158:19  165:2,10  169:18
times 55:9  76:19  130:18
  154:21  163:1
tired 92:13  93:15  144:15
title 119:19
today 93:15  167:15
together 85:5  86:8  142:6
told 23:9,18  24:2,6  26:21
  27:20  31:13  32:22  33:2
  40:8  41:12  43:5  45:4
  48:8  49:9,13,14  50:1
  52:21  61:5  63:15  64:21
  64:22  68:15,19  77:7,9
  78:19  82:16  116:16,18,22
  126:9  128:4  133:3  137:5
  138:11  140:10,13  141:11
  149:8  150:7  152:5,9,12
  153:14,18,22  154:2  157:2
  159:10  161:1  169:13,20,21
  170:1,12  171:6
toys 13:8
train 96:16  128:20  129:2
trained 135:1,13
trainee 5:18  91:6,9  110:7
training 83:4  101:11,13  110:4
  146:6,7  147:1,4,8,12
  148:4  149:2,6
transcribed 173:8

CANDACE EPPS
WALGREEN COMPANY, INC.
*** HIGHLY CONFIDENTIAL ***
CANDACE EPPS
November 9, 2005

transcript 173:11
transcription 173:9
transferability 18:3
transferred 10:6,12 31:13
treated 54:13 79:18 82:5,5
83:22 160:4,12,14 161:9
161:11,21
treating 79:12,15,22
treatment 54:22 55:2,3 56:7
56:9,12,13 74:13 75:23
77:13,22 78:7 79:10 81:4
81:9 83:21 159:23 160:1
160:11
treats 80:4
trial 2:21
tried 80:23
trouble 104:10
true 173:10
truth 160:2,19
truthful 160:3
try 31:14 34:4
trying 44:5 45:13 71:18
80:20 81:18 172:4
Tuesdays 139:8
turn 164:16
turned 164:6
Turner 116:2,7,22 121:15,16
123:4 127:8 162:9
turnover 118:1
turns 168:17
two 18:2 24:3,9,15 27:4
29:2 30:8,9 32:6 37:15
85:8,8 97:6,6 98:4,17
100:1 102:11 111:1 130:20
132:18 133:18 134:2,4
153:7 167:14
type 77:19 84:2 135:20

— U —

U 2:1
Uh-huh 19:5 40:8 51:20
57:21 61:7 67:8 137:22
169:19
under 9:4,10,16 11:14 24:1
30:11 31:23 32:3,9
154:12,19 167:16
understand 11:10,18 12:11
16:7 26:9,19 35:12 38:20
42:7,15 44:2 51:7 52:12
52:19,22,23 54:9 66:2
67:14 88:12 167:12
understanding 27:2,6 41:17
42:10 43:1,4 51:14 76:18
84:23 136:13 141:7
understood 11:23 44:8 84:8
122:5
unemployed 132:16,20
unequal 74:13 75:23 77:13
77:22 78:7 79:10 81:4,9
83:21

unequally 83:23
UNITED 1:1
University 57:10,12,13,14
unplugged 53:21
until 8:21 9:22 28:19 48:10
111:11 112:3 154:19
164:13
use 71:6,21 166:9
used 36:9 65:9,18,20 71:13
72:6,9,11,16 86:20 87:15
164:22
Usual 6:21
Usually 120:3

— V —

vacancy 140:7,10 143:2
vacant 21:8,11 123:18,22
Valleydale 156:11
versus 10:19
very 49:11
vice 70:13
vice-president 67:19
visit 26:5
voir 5:6 104:9,11
voluntarily 85:19
vs 1:9

— W —

wage 90:1,12
wait 36:20
waived 2:11
WALGREEN 1:10
Walgreens 7:21 8:11 10:20
11:1 12:8,10,14 14:1,5
16:11 17:13 32:13 49:1,4
49:7 54:18 56:17 58:11
59:4,8,12,21 72:21 74:6
74:11,13 75:2 92:9
109:16,21 110:13 112:12
114:2 117:5 122:20 125:2
125:4 127:15 128:16
133:2 139:13,23 140:2,3
145:12 155:13,21 161:7
162:22 163:3 165:22
171:1
walgreens.com 165:23
Wallace 5:20 9:14,16 29:10
30:11 32:9,16 33:1,10,20
34:1,2,6,14,18,21,22 35:2
35:7,11,13 36:6,16 38:15
38:17 39:11,19 41:1 49:14
52:3 53:11 62:8,13 63:17
65:15 68:17,20 69:6
70:15,17 74:22 109:15
111:21 112:11,15 113:18
115:15 121:5 125:21
126:4,8,9,23 140:22
155:2,5,12,17 161:6 169:7
169:17
Wallace's 37:9,13,19 39:7,15

48:20
Wal-Mart 58:13,14,18,21
141:11
Wanda 127:2
want 28:13 42:20 46:4
47:16 80:19 82:13
104:20 134:20 160:11
161:15 169:9
wanted 22:22 23:14 26:11
27:3,21,22 28:4 30:7
32:6 40:12 41:8 42:4,5
42:13,16,16,22 43:14,16
43:20 44:1 45:10 46:8
47:6,8,9 95:3,10,19 96:2
101:16 102:7 131:10
132:3 153:14 157:6 158:3
158:10 159:22,23 160:2
161:9,10,21
wanting 41:5
wasn't 24:20 30:9 38:18
39:10 41:21 42:23 45:18
46:6 63:2 64:20 95:14
96:16,23 101:20,21
126:14 144:13,14 169:13
water 65:4
watermelon 76:11,13,15 79:9
80:11 81:7,13
way 16:10 80:10 83:22
121:22 144:1 159:7
Wednesday 6:11 139:10
week 28:15 123:16 139:5
weeks 25:4,5 123:19 130:20
130:21,23 132:18 141:21
weird 105:8
well 25:4 36:20 37:14
46:22 53:23 94:16 99:21
105:6 111:16 112:6 116:7
120:23 150:15 152:6
159:15 169:15 171:7
172:9
went 13:21 20:20 22:9 34:9
35:15 40:23 54:17 55:9
65:1 82:7 123:7 145:17
154:21
were 6:15 8:14,18 9:3 13:22
15:21 19:3 20:11 24:16
25:13 27:16,18 29:14,20
35:19 40:9,20 44:21
46:16 48:9,10 52:15 55:5
56:5 58:14,18 64:13
68:20 71:9 77:14 79:12
82:9 78:14 81:4 82:19 93:8
96:19,22 97:1,3,9,18
98:18 100:23 108:21
111:18 113:19,20 121:21
137:1,22 144:1 145:12
153:21 154:18 155:8,13,21
164:12 166:9 170:1
172:10 173:8

weren't 101:10 168:11 169:20
169:21
we've 167:13 168:12
while 16:2 28:1 29:13 145:12
172:10
white 20:4 30:20 47:23
97:6 98:14 100:12,14
127:4,8 129:9,15 133:20
133:23 135:4,10 146:5,10
150:1 154:13 155:2
158:22 160:21
whole 82:2
willing 157:1
Wilson 123:23 124:21,23
125:4,15 126:13 127:1,15
134:18 169:3 170:8
Wilson's 164:1 166:5
Winbrook 7:9
withdraw 149:19 169:3
withdrew 134:19
witness 2:10 6:13 14:20
18:12 29:21 47:15,22
49:21 50:11 65:5 88:3,14
88:18,22 103:4 164:10
173:12
witness's 88:8
word 65:9,20 71:6,13,22
72:6,9,11,16
words 35:23 36:2,3,4,21
45:5 63:9 69:15 96:8
work 7:20 9:4,10,16 12:13,19
13:23,23 18:14 19:3,6
23:16,21 24:2,9 27:4,23
28:5 30:4,7,11 34:14
40:12 41:11,22 42:12
44:7 46:13 47:7,8 49:12
54:18 56:17 58:10 61:16
61:18 74:1,5 75:6 95:11
95:13 97:4,7,20 98:1,3,4
98:18 100:18,20 101:17
101:10,18 102:18 106:9,19
110:6 117:21 125:12
129:13,17 133:11,13 136:3
139:1,7,10,20,23 153:15
154:10 158:4,11 161:2
166:15,19
worked 9:8 12:15 24:15 25:5
30:9 31:3,23 32:3,9
35:7 40:17 41:18 49:10
49:14,17,22 50:3 72:20
75:7 85:5 94:10 98:13
98:20 99:14,17,22 100:2
100:6 102:1,4 110:12
111:8 122:20 136:9,11
138:1 142:6 143:14
153:21 154:18 155:8,13,21
159:22 161:6
workers 90:7
working 23:20 25:2 28:4,8
46:12 64:21 87:6 89:10

94:3,5,8 95:15 110:9,23
138:18 160:22 164:15
171:12,17
works 23:23 137:17 119:6
world 136:7
worry 170:11
wouldn't 82:17
written 59:11
wrong 144:11
Wrongful 11:8

— X —

X 5:1

— Y —

yeah 9:18,21 18:8 34:22
36:4 54:8,14 56:3 59:2
59:13 63:19,19 67:9
68:21 69:4 70:10,11 71:11
73:3 75:20,21 77:18
79:21 96:11 110:18 111:18
111:23 114:16,17 115:23
116:4,4 117:13 118:9
120:16 122:3,3 134:1
137:17 139:12 147:14
149:18 152:19 157:21
159:16 163:20
year 8:3 9:19 12:20,20
16:22 28:13 40:21 52:14
53:7 54:16 73:16 80:9
85:9,10 99:19 105:22,23
109:3,18 110:16 118:4
125:5 139:17 142:19
yearly 16:21
years 58:17,19 85:8,8 111:2
167:18
y'all 89:8 93:13

— $ —

$1,100 93:10
$300,000 94:12,17,18
$4,520 93:7,12

— 0 —

01 110:19
03 109:6
04 19:17
05 132:8

— 1 —

1 5:11 15:14,18 112:17
164:19
1:20 6:12
1:30 16:5
1:31 16:5
1000 3:19
104 5:6
105 5:8
107 5:17

CONTAINS CONFIDENTIAL PORTION THAT IS FOR ATTORNEYS' EYES ONLY
Tyler Eaton Morgan Nichols & Pritchett Inc.

CANDACE EPPS
WALGREEN COMPANY, INC.                    *** HIGHLY CONFIDENTIAL ***                    CANDACE EPPS
November 9, 2005

108 5:18
109 5:20
145 5:21
15 5:11  146:1
17 5:13
170 5:8
1819 3:20
19 149:21

**2**

2 5:13  17:2,4
2:05-CV-00498-T 1:6
2:28 65:7
2:29 65:7
20 152:3
2000 7:12  106:3
2001 109:19  111:21
2002 8:16,18  26:16  111:22
2003 5:19  8:17,18,20  10:20
    10:23  31:21  96:21  99:20
    99:21  108:20  111:5,8
    112:2,3  146:4  147:2,5,9
2004 9:20  16:23  17:8  19:1
    48:9  53:8  60:21  61:21
    62:8  63:16  65:11  68:5
    70:21  73:17,19,22  108:5
    115:17  125:6  149:22
    156:3  158:22  162:3,7
2005 1:18  6:11  8:22,23  9:18
    9:22  48:11  121:19  172:20
205 3:22
21 152:22
22 153:13
2281 14:16,21
23 153:20
24 91:2  154:2
24-hour 117:19
24-month 90:20
25 154:9
26 154:18  167:16,17
2618 7:9
263-7733 3:11
27 155:5
28 155:17

**3**

3 5:15  66:20,23
3/16/2004 5:14
3:03 92:22
3:19 92:22
30 156:1
31 156:12
31st 22:6
328-1900 3:22
334 3:11
35 158:15
35203 3:21
36 159:17

**4**

4 5:17  9:18,19  107:18,21
4/21/03 5:16  67:13
4:49 161:17

**5**

5 5:18  108:8,11
5:01 161:17
5:11 172:20
5059 3:9

**6**

6 5:20  109:9,15
66 5:15
6843 74:2

**7**

7 5:5,21  145:19

**8**

8/2/03 90:19
847 3:8  6:9

**9**

9 1:18  6:11  172:20
90 58:2,3,15
91 58:2,3
93 58:16
94 58:16
99 7:12  106:2,3

CONTAINS CONFIDENTIAL PORTION THAT IS FOR ATTORNEYS' EYES ONLY
Tyler Eaton Morgan Nichols & Pritchett Inc.