# EVIDENTIARY SUBMISSIONS

# TAB A -1

(Exhibit #1 to Depo. of Candace Epps)

---

Consisting of:

## PLAINTIFF'S INITIAL DISCLOSURES

---



IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CANDACE EPPS,<br>Plaintiff | * * * | |
| v. | * | Civil Case No. 2:05-cv-498-C |
| WALGREEN CO., INC.,<br>Defendant. | * * * * | |

## PLAINTIFF'S INITIAL DISCLOSURES

**COMES NOW** Plaintiff by and through her attorneys of record and would submit the following as initial disclosures pursuant to Rule 26(a)(1), Federal Rules of Civil Procedure:

### (A) WITNESSES

1. Candace Epps, Plaintiff. Address and telephone number known to defendant. This witness has knowledge of the circumstances of her employment.

2. David Shepard. Address and telephone number known to defendant. This witness has knowledge of Plaintiff's qualifications and employment history.

3. Leland Wallace. Address and telephone number known to defendant. This witness has knowledge of his promotion.

4. James Freeman. Address and telephone number known to defendant. This witness has knowledge of Plaintiff's qualifications and employment history.

5. Gary Barron. Address and telephone number known to defendant. This witness has knowledge of Plaintiff's qualifications and employment history.

1

## (B) DOCUMENTS

1. Compensation plan sheets.

2. All documents that may be used by Plaintiff (other than solely for impeachment purposes) to support her contentions will be made available at a mutually satisfactory time and place.

## (C) DAMAGES

Plaintiff claims such legal and equitable relief as may be available at the time of trial under 42 U.S.C. § 2000e and 42 U.S.C. § 1981, including, as applicable, compensatory and punitive damages of $300,000, back pay, front pay, reinstatement, liquidated damages, attorney's fees, and costs of litigation.

## (D) INSURANCE COVERAGE

This is not applicable to Plaintiff herein.

These disclosures are based upon information reasonably available at this time. Supplemental information will be provided as required by Fed. R. Civ. P. 26(e)(1).

/s/ JAY LEWIS (LEW031)
Jay Lewis
Attorney for Plaintiff
P.O. Box 5059
Montgomery, Alabama, 36103
334-263-7733 (voice)
334-263-7733 (fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J

2

## CERTIFICATE OF SERVICE

    I hereby certify that I have served the foregoing document on the following parties or attorneys by hand delivery or by placing a copy of the same in the United States mail, properly addressed and first-class postage prepaid on this __26__ day of July, 2005.

John Richard Carrigan  
Alysonne Hatfield  
Ogletree, Deakins, Nash, Smoak & Stewart  
One Federal Place, Suite 1000  
1819 5th Avenue North  
Birmingham, Alabama 35203

                                                 OF COUNSEL

3

**Hourly**

| Position | Start Rate | 6 Mos. | 12 Mos. | 24 Mos. | Annual % Review | Eff Dat |
|---|---|---|---|---|---|---|
| **Store Clerk** | | | | | | |
| ABA | $6.00 | $6.20 | $6.50 | $6.70 | 3 | |
| BA | $6.25 | $6.50 | $6.75 | $7.00 | 3 | |
| CSC | $6.00 | $6.20 | $6.50 | $6.70 | 3 | |
| LIQ | $6.00 | $6.20 | $6.50 | $6.70 | 3 | |
| PHC | $6.50 | $6.70 | $7.00 | $7.20 | 3 | |
| SBA | $8.00 | $8.15 | $8.30 | $8.70 | 3 | |
| SVC | $6.00 | $6.20 | $6.50 | $6.70 | 3 | |
| **Head Clerk** | | | | | | |
| HDC | $6.25 | $6.50 | $6.75 | $7.00 | 3 | |
| HDL | $6.25 | $6.50 | $6.75 | $7.00 | 3 | |
| PA | $6.25 | $6.50 | $6.75 | $7.00 | 3 | |
| PST | $7.00 | $7.15 | $7.30 | $7.70 | 3 | |
| SIMC | $8.00 | $8.15 | $8.30 | $8.70 | 3 | |
| **Head Photo Specialist** | | | | | | |
| HPS | $8.00 | $8.15 | $8.30 | $8.70 | 3 | |
| **Rx Technicians** | | | | | | |
| PHT | $7.75 | $8.00 | $8.25 | $8.50 | -- | |
| PHTC | $8.50 | $8.75 | $9.00 | $9.25 | 3 | |
| **Senior Technician** | | | | | | |
| SPT | $8.75 | $9.25 | $9.75 | $10.25 | -- | |
| SPTC | $9.50 | $10.00 | $10.50 | $11.00 | 3 | |
| TSTC | $10.50 | $11.00 | $11.50 | $12.00 | 3 | |
| **Pharmacy Interns** | | | | | | |
| PHI3 | $10.00 | | | | | |
| PHI4 | $11.00 | | | | | |
| PHI5 | $12.00 | | | | | |
| PHI6 | $13.00 | | | | | |
| **Part Time Pharmacy/ Pharmacy Graduate Intern** | | | | | | Pay Cla |
| PHIG | $30.56 | -- | | | -- | |
| PHIP | $30.56 | -- | | | -- | |
| RPT | $40.75 | -- | $43.38 | | -- | |
| **Pharmacist** | | | | | | |
| RPX | $40.75 | -- | $43.38 | | -- | |

http://rate.walgreens.com/webapp/A104/servlet/w.../RateSheetsAllGetR    3/10/04

**Comments:**
Salary Grade 1/HPS/PST/SIMC/SBA/PHC - Rates Reviewed 8/2/03. Maximum rate is 24 month rate. *Annual review based on budget guideline of 3.0%. Any excepti[ons] documented.

### Hourly Management

| Position | Scheduled Hours | Frequency | Start Rate | 12Mos. | 24Mos. | Annual Review |
|---|---|---|---|---|---|---|
| **Drug Assistant** | | | | | | |
| AMN | 44 | Hourly | $12.65 | $13.15 | $13.65 | $0.30 |
| | | Weekly | $581.90 | $604.90 | $627.90 | |
| | | Biweekly | $1,163.80 | $1,209.80 | $1,255.80 | |
| | | Yearly | $30,258.80 | $31,454.80 | $32,650.80 | |
| **Drug Trainee** | | | | | | |
| BMI | 40 | Hourly | $12.40 | $12.90 | $13.40 | $0.30 |
| | | Weekly | $496.00 | $516.00 | $536.00 | |
| | | Biweekly | $992.00 | $1,032.00 | $1,072.00 | |
| | | Yearly | $25,792.00 | $26,832.00 | $27,872.00 | |
| MGT | 44 | Hourly | $13.40 | $13.90 | $14.40 | |
| | | Weekly | $616.40 | $639.40 | $662.40 | |
| | | Biweekly | $1,232.80 | $1,278.80 | $1,324.80 | |
| | | Yearly | $32,052.80 | $33,248.80 | $34,444.80 | |

**Comments:**
**AMN annual review beyond 24 months based on increase guideline of $.30 per must be documented.

**Salaried Management/Pharmacy**

| Position Code | Salaried Hours | Frequency | Shift | Add. Earnings | Start Rate | 12 Mos. | 24 Mos. |
|---|---|---|---|---|---|---|---|
| **Drug Assistant** | | | | | | | |
| AMR | 80 | Biweekly | -- | -- | $3,260.00 | $3,470.00 | |
| | -- | Yearly | -- | -- | $84,760.00 | $90,220.00 | |
| | -- | Hourly | Day | A | $40.75 | $43.38 | |
| | -- | Hourly | Day | B | $61.13 | $65.06 | |
| **Drug Executive Assistant** | | | | | | | |
| EAR | 88 | Biweekly | -- | -- | $3,820.00 | | |
| | -- | Yearly | -- | -- | $99,320.00 | | |
| EXA | 88 | Biweekly | -- | -- | $1,440.00 | $1,490.00 | $1,550.00 |
| | -- | Yearly | -- | -- | $37,440.00 | $38,740.00 | $40,300.00 |
| **Pharmacist** | | | | | | | |
| RPM | 80 | Biweekly | -- | -- | $3,260.00 | $3,470.00 | |
| | -- | Yearly | -- | -- | $84,760.00 | $90,220.00 | |
| | -- | Hourly | Day | A | $40.75 | $43.38 | |
| | -- | Hourly | Day | B | $61.13 | $65.06 | |
| RPN | 72 | Biweekly | -- | -- | $3,260.00 | $3,470.00 | |
| | -- | Yearly | -- | -- | $84,760.00 | $90,220.00 | |
| | -- | Hourly | Day | A | $40.75 | $43.38 | |
| | -- | Hourly | Night | A | $42.25 | $44.88 | |
| | -- | Hourly | Day | B | $61.13 | $65.06 | |
| | -- | Hourly | Night | B | $62.63 | $66.56 | |
| RPR | 80 | Biweekly | -- | -- | $3,260.00 | $3,470.00 | |
| | -- | Yearly | -- | -- | $84,760.00 | $90,220.00 | |
| | -- | Hourly | Day | A | $40.75 | $43.38 | |
| | -- | Hourly | Day | B | $61.13 | $65.06 | |
| RPS | 80 | Biweekly | -- | -- | $3,260.00 | $3,470.00 | |
| | -- | Yearly | -- | -- | $84,760.00 | $90,220.00 | |
| | -- | Hourly | Day | A | $40.75 | $43.38 | |
| | -- | Hourly | Day | B | $61.13 | $65.06 | |
| **Pharmacy Manager** | | | | | | | |
| RXM | 84 | Biweekly | -- | -- | $3,820.00 | | |
| | -- | Yearly | -- | -- | $99,320.00 | | |
| | -- | Hourly | Day | A | $44.42 | | |
| | -- | Hourly | Day | B | $66.63 | | |

**Comments:**
**EXA annual review beyond 36 months in position based on increase guideline of Exceptions must be documented. RXM/RPS/AMR/RPR/RPM – 24 Hour Store Night S (10PM-8AM) $1.50 RPN – Night Shift Premium (10PM-8AM) Included in Salary

# EMPLOYEE STATUS (Revised 6/1/2000; Previously Issued 9/1/1995)

### Promotions

It is the policy of Walgreen Co. that, whenever current employees are equally qualified with other applicants, all but entry level positions should be filled by promoting current employees.

All employees are to be given equal opportunity for advancement. If all other considerations are equal, length of service with the company should be considered in making a promotional decision.

### Related Topics

- Regular Employee
- Employee Status
- Part-Time Employee
- Date of Hire/Bridge in Service
- Employee Leaving to Attend School
- Closing of a Unit
- Transfers
- Reduction in Force
- Salary Continuation Plan ("Severance Pay")
- Voluntary Termination
- Involuntary Termination