# EVIDENTIARY SUBMISSIONS

# TAB A -2

(Exhibit #2 to Depo. of Candace Epps)

---

Consisting of:

Epps Employment Review for Period Ending March 16, 2004

---

**Walgreens**
The Pharmacy America Trusts

COPY

SSN: ***-**-4161
Reviewed By: JAMES FREEMAN, MGR
Store: #06843-- 2281 E South Blvd, Montgomery, AL
District: #195 - Birmingham

Employee Name: CANDACE EPPS


Defendant's
EPPS 2
Reported by Kim Hoff

## Executive Assistant Performance Review
For 12-month period ending: 03/16/2004

**Section I: Evaluation of EXA Job Performance** (Items may not be weighted equally when determining overall rating.)

Ratings: Outstanding, Above Average, Meets Expectations, Needs Improvement, Unacceptable

| | EXA Self-rating | MGR rating |
|---|---|---|
| Helps promote **SALES GROWTH** by ensuring that suggestive selling is practiced, and through effective merchandising (i.e., assisting in planning and implementing merchandising projects, recommending items for new merchandise). | Above Average | Above Average |
| Maintains attractive **STORE CONDITION** by overseeing that there are minimal outs and proper signage in place; by assuring that shelves and merchandise are clean and well-organized (i.e. facing), and that products are in the right locations; by managing resets, revisions, and prices changes in timely manner; and by assuring both internal and external appearances of store are clean. | Meets Expectations | Above Average |
| Exhibits proper **INVENTORY MANAGEMENT** by monitoring Days of Supply, by utilizing SIMS effectively, by keeping the stockroom well-organized, by being knowledgeable of counts, ordering, and receiving procedures. | Meets Expectations | Meets Expectations |
| Contributes to effective **DEVELOPMENT of EMPLOYEES** by taking an active role in orientation, training, and feedback; by communicating job responsibilities and performance expectations to employees; and by communicating performance concerns to the Manager regarding employees. | Meets Expectations | Meets Expectations |
| Aids in **SHRINK CONTROL** by implementing procedures designed to identify and minimize profit loss, by assuring that appropriate Cash Handling procedures occur among employees, and by following through on basic audit controls. | Meets Expectations | Meets Expectations |
| Achieves **PAYROLL and EXPENSE CONTROL** by balancing need for coverage in cost-effective manner, and by effective scheduling. | Above Average | Meets Expectations |
| Demonstrates a commitment to **TEAMWORK** within the company by facilitating a positive work environment among employees, by forming positive relationships with management, employees, and customers, and by communicating with co-workers in a constructive, respectful manner. | Meets Expectations | Meets Expectations |
| Utilizes **FAIR & CONSISTENT EMPLOYEE PRACTICES** by applying company programs and policies equally, by maintaining an environment of open communication with all employees, by assuring fair and consistent discipline measures. | Above Average | Meets Expectations |
| Provides and ensures good **CUSTOMER SERVICE** by demonstrating and reminding employees of the Seven Service Basics, by resolving customer complaints, by having an in-depth knowledge of all departments, by assuring fast, friendly, and efficient service. | Above Average | Above Average |
| Shows active involvement with **PHARMACY OPERATIONS** by spending time in the back of the store, by demonstrating knowledge of pharmacy issues/workflow, and by exhibiting teamwork with pharmacists/RXM. | Needs Improvement | Needs Improvement |
| Achieves **COMPLIANCE** with all Federal, State and local laws and regulations regarding overall operation of the store (e.g. tobacco compliance, controlled substances, liquor, etc.); Abides by laws regarding Privacy of customers. | Meets Expectations | Meets Expectations |
| Demonstrates knowledge of store **COMPUTER SYSTEMS** by using computer system as a resource for information; knows features of StoreNet and Intercom Plus. | Needs Improvement | Meets Expectations |

Date Printed: 12/06/04

Page: 1

**Walgreens**
The Pharmacy America Trusts

Employee Name: CANDACE EPPS

Section II. Evaluation of Job Skills & Competencies required of the EXA position.

Ratings: Strong, Above Average, Average, Below Average, Weak

| Skill Area | Definition | MGR Rating |
|---|---|---|
| COACHING: | The ability to train and support the development of others; ability to establish a high-performance team in the store; ability to give constructive feedback. | Average |
| DELEGATION: | The extent to which the EXA assigns tasks to others rather than doing al the work himself/herself | Average |
| COMMUNICATION: | The extent to which the EXA shares information openly with and considers input from the management team and employees. | Average |
| LEADERSHIP: | Makes an effort to build credibility with employees, takes initiative, can handle problems/issues that arise without always involving a manager; uses good judgement. | Average |
| TIME & TASK MANAGEMENT: | The degree to which the EXA is personally organized, meets deadlines, completes assignments on time, delegates work appropriately to others. | Average |
| FLEXIBILITY: | The extent to which the EXA will perform any job duties assigned, is able to adapt to and implement new systems and procedures, and adjusts own schedule to fill in when needed. | Above Average |
| EAGERNESS TO GROW & IMPROVE: | The extent to which the EXA is able to audit own performance and recommend standards of performance; extent to which EXA makes apparent efforts to obtain the skills required of a manager (i.e. learning group sheets); and through the ability to listen to criticism of performance. | Average |
| DRIVE FOR RESULTS: | Demonstrates a sense of urgency, supports the objectives of management, takes initiative; exhibits enthusiasm to store staff. | Above Average |

Section III. OVERALL RATING:

EXA SELF-RATING:   MEETS EXPECTATIONS

MGR RATING:   MEETS EXPECTATIONS

| RATING | DEFINITIONS |
|---|---|
| OUTSTANDING | One of the Best in the District |
| EXCEPTIONAL/ ABOVE AVERAGE | Above Standard in many Performance areas |
| MEETS EXPECTATIONS | Generally performs at Standard |
| NEEDS IMPROVEMENT | Development opportunity in several Performance areas |
| REPEATED SUB-STANDARD PERFORMANCE | Significant persistent Performance problems |

Note: Sub-scale ratings may be assigned unequal weigh or priority in determining the Overall Rating. An Overall Rating of "Needs Improvement" or "Repeat Sub-Standard" is an indication of an unacceptable performance level. Also, even for people receiving "Outstanding", "Exceptional" or "Meets Expectations" Overall Ratings, there may be critical performance deficiencies that may require remedial, corrective or disciplinary action.

Section IV. TRANSFERABILITY & CAREER GROWTH:

MGR's indication of where this EXA stands in terms of Transferability & Career Growth:

Still needs some experience before being considered for promotion to MGR; can move laterally

EXA's indication of Transferability & Career Growth for the upcoming 12-18 months:

I am eager to be store MGR, but still need some work before I am able to be promoted



Employee Name: **CANDACE EPPS**

## Section V - JOB-RELATED STRENGTHS

**EXA:** Self-Assessment of job knowledge, skills and abilities that you see as your strengths.
1. 1. SALES GROWTH ( PROFIT).
2. 2. EMPLOYEE DEVELOPMENT.

**MGR:** List one or two things that you consider to be this MGTs strengths or examples of positive behavior/performance.
1. MRS EPPS WORKS HARD ON COMING UP WITH IDEAS TO HELP IMPROVE STORE SALES AND GROWTH
2. SCHEDULING MRS EPPS TAKES CARE OF STORE SCHEDULING AND HIRING WITH MGR INPUT AND HELPS DETERMINE WHAN ADDITIONAL HELP IS NEEDED

## Section VI: DEVELOPMENTAL OPPORTUNITIES

**EXA:** List one or two key knowledge areas, skills or abilities that are in need of improvement or describe some type of performance that needs to be corrected.
1. 1. PHARMACY OPERATIONS. I NEED TO GET MORE INVOLVED IN PHARMACY OPERATIONS, MAKING PHARMACY PART OF MY DAILY TASKS.
2. 2. STORE COMPUTERS AND SALES FLOOR OPERATIONS. RETAIL IS CHANGING ON A DAILY BASIS THEREFORE, I WILL ALWAYS NEED TO IMPROVEMENT FOR MYSELF, ASSOCIATES AND OUR #1 PRIORITY THE CUSTOMERS.

**MGR:** List one or two key knowledge areas, skills or abilities that are in need of improvement or describe some type of performance that needs to be corrected.
1. NEED TO WORK IN PHARMACY TO LEARN COMPUTERS AND NEEDS TO STUDY OR PTCB
2. MRS EPPS NEED TO BRING ALL PROBLEMS TO MGR WHEN CONCERING ISSUES THAT COULD EFFECT STORE IN A TIMELY MANNER.

## ADDITIONAL COMMENTS:

**EXA:**

**MGR:** MRS EPPS HAS ALOT OF QUALITIES THAT IT TAKES TO BE A MGR BUT STILL NEEDS TO BE AWARE THAT ALL ACTIONS REFLECT ON HER AND ALSO THE MGR WHOME SHE WORKS WITH AND TO UNDERSTAND THAT NOT ONLY KNOWLEDGE BUT ALSO LEADERSHIP AND RESPECT FORM HE PEERS CAN HELP TO GET TO THE NEXT LEVEL WITH DEDICATION AND HARD WORK I KNOW SHE CAN DO IT .

**DM:**

Store Manager Signature: _____ Store Manager _____ Date:___/___/___

District Manager Approval: _____ District Manager_____ Date:___/___/___

**EXA:** Please sign at the time of the performance discussion. By signing the form, no agreement or disagreement is implied.
Executive Assistant Manager Signature: _____ Date:___/___/___