# EVIDENTIARY SUBMISSIONS

## TAB A-6

### (Exhibit #6 to Depo. of Candace Epps)

---

Consisting of:

Employment Record of Leland Wallace, Jr.

---

## EMPLOYMENT RECORD

NAME: Leland Wallace Jr.                                                                 DATE: 12/20/04

| LOCATION | CITY | POSITION | START DATE | DATE LEFT | REASON |
|---|---|---|---|---|---|
| 28115 Worthington Blvd. | Zephyrhills, FL | MGT | 10/27/01 | 1/02 | T |
| 11115 Dr. M. L. King Jr. Blvd. E. | Seffner, FL | MGT | 1/02 | 9/02 | T |
| 128 E. Brandon Blvd. | Brandon, FL | MGT | 9/02 | 5/03 | P |
| 128 E. Brandon Blvd. | Brandon, FL | EXA | 5/03 | 10/03 | T |
| 1560 Montclair Rd. | Birmingham, AL | EXA | 10/03 | 6/04 | P, T |
| 6680 Atlanta Hwy. | Montgomery, AL | MGR | 6/04 | 9/04 | T |
| 3892 Atlanta Hwy. | Montgomery, AL | MGR | 9/04 | | |

KEY:   T = TRANSFER        P = POSITION CHANGE

MGT:   Management Trainee
EXA:   Executive Assistant Manager
MGR:   Manager



Defendant's
EPPS
6
Reported by Kim Hoff