# EVIDENTIARY SUBMISSIONS

## TAB A -4

(Exhibit #4 to Depo. of Candace Epps)

---

Consisting of:

Employment Record of Candace Epps

---

# EMPLOYMENT RECORD

NAME: Candace R. Epps                                      DATE: 12/6/04

| LOCATION | CITY | POSITION | START DATE | DATE LEFT | REASON |
|---|---|---|---|---|---|
| 2281 E. South Blvd. | Montgomery, AL | MGT | 7/21/02 | 7/03 | P |
| 2281 E. South Blvd. | Montgomery, AL | EXA | 7/03 | 7/04 | T |
| 3892 Atlanta Hwy. | Montgomery, AL | EXA | 7/04 | | |

KEY:   T = TRANSFER        P = POSITION CHANGE

**MGT:**   Management Trainee
**EXA:**   Executive Assistant Manager



Defendant's EPPS 4
Reported by Kim Hoff