# EVIDENTIARY SUBMISSIONS

# TAB B

---

## DECLARATION OF DAVID SHEPPARD

(Including Attachments A and B)

---

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CANDACE EPPS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO.: 2:05CV-00498-T |
| | ) |
| WALGREEN CO., INC. | ) |
| | ) |
| Defendant. | ) |

## DECLARATION OF DAVID SHEPPARD

1.  My name is David Sheppard. I am over the age of 19, and I have personal knowledge of the matters and facts set forth in this declaration.

2.  I currently serve as a District Manager for Walgreen's District No. 195, which encompasses the northern Alabama and southern Tennessee area Walgreen stores.

3.  Between January, 2001, and August, 2004, I served as a District Manager for Walgreen's District No. 195, which, during that time, encompassed the Montgomery, Alabama, area, where Plaintiff Candace Epps has been employed from July, 2002, to the present.

4.  During my time as a Walgreen District Manager for District 195 when it included the Montgomery, Alabama area, I was the direct supervisor of all Store Managers in that area, including Shahn Michiels and James Freeman, and I was responsible for hiring any Montgomery area Store Managers in the Montgomery area until the Walgreen Alabama districts were realigned so that District 195 included only the northern Alabama and southern Tennessee area

1

store in August, 2004. At that time, Walgreen's District Manager Paul Rengering became responsible for the Montgomery, Alabama area stores, which are now part of District 253.

5. I am the individual responsible for hiring Ms. Epps as a Management Trainee, also known as an Assistant Store Manager, for the Montgomery Walgreen Store located on South Boulevard on or about July 21, 2002.

6. At the time Ms. Epps began working as the South Boulevard store, her Store Manager was a Caucasian male named Shahn Michiels, whose employment I terminated in March, 2003, for policy violations and poor performance. I replaced Mr. Michiels with Store Manager James Freeman in or around April, 2004, and, based on Mr. Freeman's recommendation, I promoted Ms. Epps to the position of Executive Assistant Manager ("EXA") in July, 2003.

7. I reviewed Ms. Epps's March, 2004, evaluation with her in May, 2004, and I was aware that she desired a promotion to the position of Store Manager. At that time, I discussed with her that she and Mr. Freeman had indicated on her Performance Evaluation of March, 2004, that she needed more experience before she was promoted to the Store Manager job. I also told her that it was my preference that she work with two experienced Walgreen Store Managers before being promoted to that position, and that I felt her experience working with former Store Manager Shahn Michiels did not provide adequate guidance and training for her, as his employment was terminated for policy violations and poor performance in March, 2003.

8. I had another conversation with Ms. Epps in or around June, 2004, at which time I was responsible for the management hiring decisions at Walgreen's new store located on Perry Hill Road in Montgomery, Alabama. I had assigned Ms. JoAnn Jones, an experienced and

2

successful Walgreen Store Manager, to be the Store Manager for that location during its initial opening phase, and I informed Ms. Epps that I wanted her to laterally transfer as an EXA to the Perry Hill Road store so that she could have the benefit of working with Ms. Jones during the opening phase of a new store.

9. At the time of my June, 2004, conversation with Ms. Epps, I had also selected Mr. Leland Wallace, a Walgreen EXA with a longer service record with the company than Ms. Epps, as the Store Manager of the Perry Hill Road Store after Ms. Jones successfully opened the store to the public. Mr. Wallace had been employed with Walgreen since October 27, 2001, and was promoted to the position of EXA effective May, 2003, as opposed to Ms. Epps, who began working for Walgreen on July 21, 2002, and who was promoted to the EXA position in July, 2003. (See Employment Records as of Mr. Wallace and Ms. Epps, attached as Exhibit A).

10. Between June, 2004 and September, 2004, Mr. Wallace served as the acting Store Manager for Ms. JoAnn Jones's store, which is located on 6680 Atlanta Highway (Store No. 7746), until he commenced his duties as Store Manager for the Perry Hill Road Store effective September 1, 2004.

11. In choosing Mr. Wallace for this position instead of Ms. Epps, I considered Mr. Wallace's longer service with Walgreen, as well as the fact that he had been recommended to me for the position of Store Manager by my fellow District Manager, Jim Huntington, a Florida Walgreen District Manager who had worked with Mr. Wallace since his 2001 hire by Walgreen, and in whose judgment I placed great weight. While, at the time of our May and June, 2004, conversations, I believed Ms. Epps had the potential to be an effective Walgreen Store Manager, I felt that she needed more experience before being promoted, and I placed greater weight in the

3

recommendation of my fellow District Manager, Jim Huntington, of Leland Wallace than I did in Ms. Epps's and Mr. Freeman's assessments of Epps's abilities.

12.     I am aware of two other white, male EXA's in District 195 where Plaintiff worked during the summer of 2004 who also were not selected for the Perry Hill Road Store Manager position: Terry Criswell and Jeff Bennett. Mr. Criswell passed his required pharmacy certification test (known as the PTCB test) in March, 2004, and Mr. Bennett passed his PTCB in July, 2004, but neither has been awarded a Store Manager promotion since that time. While the PTCB test is a minimal qualification necessary for consideration for promotion to the position of Store Manager, it is not an automatic qualifier for such a promotion.

13.     I am aware that Ms. Epps has also claimed that she was discriminatorily denied a promotion to the position of Store Manager of a Birmingham, Alabama, area store. The only Birmingham area store I am aware of that had an opening for Store Manager during the summer of 2004 was the Walgreen store located at 4496 Valleydale Road. I chose Ms. Jacqueline Martin, a Caucasian female, for that position because of her experience with Walgreen beginning on June 3, 2002, as a Business Management Intern while she was enrolled in college, and further experience as an assistant store manager and EXA, and because she was already stationed at the Valleydale Road store as an EXA at the time the Store Manager vacancy there arose. (See Ms. Martin's Employment Record attached at Exhibit B).

14.     I am unaware that Ms. Epps was ever interested in relocating to the Birmingham area, as she never informed me of any such interest, or that she would be willing to relocate to Birmingham for promotional or any other purposes.

15. Neither Ms. Epps's race, nor the race of any other person, played any part in my decision to select Mr. Leland Wallace as Store Manager for Walgreen's Perry Hill Road store, or Ms. Jacqueline Martin for Walgreen's store located at 4496 Valleydale Road in Birmingham, Alabama.

Under penalty of perjury, I declare that the foregoing statements are true and correct.

Dated this 13 day of February, 2006.

_____
David Sheppard

ATTACHMENT "A" To

DECLARATION OF DAVID SHEPPARD

## EMPLOYMENT RECORD

NAME: Leland Wallace Jr.

DATE: 12/20/04

| LOCATION | CITY | POSITION | START DATE | DATE LEFT | REASON |
|---|---|---|---|---|---|
| 28115 Worthington Blvd. | Zephyrhills, FL | MGT | 10/27/01 | 1/02 | T |
| 11115 Dr. M. L. King Jr. Blvd. E. | Seffner, FL | MGT | 1/02 | 9/02 | T |
| 128 E. Brandon Blvd. | Brandon, FL | MGT | 9/02 | 5/03 | P |
| 128 E. Brandon Blvd. | Brandon, FL | EXA | 5/03 | 10/03 | T |
| 1560 Montclair Rd. | Birmingham, AL | EXA | 10/03 | 6/04 | P, T |
| 6680 Atlanta Hwy. | Montgomery, AL | MGR | 6/04 | 9/04 | T |
| 3892 Atlanta Hwy. | Montgomery, AL | MGR | 9/04 | | |

KEY:   T = TRANSFER       P = POSITION CHANGE

MGT: Management Trainee
EXA: Executive Assistant Manager
MGR: Manager



Defendant's EPPS 6
Reported by Kim Hoff

## EMPLOYMENT RECORD

NAME: Candace R. Epps

DATE: 12/6/04

| LOCATION | CITY | POSITION | START DATE | DATE LEFT | REASON |
|---|---|---|---|---|---|
| 2281 E. South Blvd. | Montgomery, AL | MGT | 7/21/02 | 7/03 | P |
| 2281 E. South Blvd. | Montgomery, AL | EXA | 7/03 | 7/04 | T |
| 3892 Atlanta Hwy. | Montgomery, AL | EXA | 7/04 | | |

KEY:  T = TRANSFER     P = POSITION CHANGE

MGT: Management Trainee
EXA: Executive Assistant Manager


Defendant's Epps 4
Reported by Kim Hoff

ATTACHMENT "B" To

DECLARATION OF DAVID SHEPPARD

## EMPLOYMENT RECORD

NAME: Jackelyn P. Martin    DATE: 2/8/06

| LOCATION | CITY | POSITION | START DATE | DATE LEFT | REASON |
|---|---|---|---|---|---|
| 1000 Sagamore Pkwy. W. | W. Lafayette, IN | BMI | 6/3/02 | 9/02 | P |
| 1000 Sagamore Pkwy. W. | W. Lafayette, IN | MGT | 9/02 | 3/03 | T |
| 2505 Highway 150 | Hoover, AL | MGT | 3/03 | 7/03 | P, T |
| 4496 Valleydale Rd. | Birmingham, AL | EXA | 7/03 | 7/04 | P |
| 4496 Valleydale Rd. | Birmingham, AL | MGR | 7/04 | 6/05 | T |
| 3340 Pelham Pkwy. | Pelham, AL | MGR | 6/05 | | |

KEY:   T = TRANSFER        P = POSITION CHANGE

BMI: Business Management Intern
MGT: Management Trainee
EXA: Executive Assistant Manager
MGR: Store Manager