# EVIDENTIARY SUBMISSIONS

# TAB C

---

## EXCERPTS as noted from the

## DEPOSITION OF JASON GREMILLION

(In the matter of : Gremillion v. Walgreen Co., Inc.)

In The Matter Of:

## JASON GREMILLION
v.
## WALGREEN CO., INC.

NO. 2:05-CV-00484-D

---

**JASON GREMILLION**
November 10, 2005

---



**TYLER EATON**
TYLER EATON MORGAN NICHOLS & PRITCHETT INC.

THE HIGHEST QUALITY IN COURT REPORTING

TYLER EATON
TYLER EATON MORGAN NICHOLS & PRITCHETT INC.

```
 1   did or did not.
 2        Q.    Did Mr. Wallace select you for
 3   the head photo tech job in December 2004?
 4        A.    Yes, sir.
 5        Q.    Have you held that position
 6   since that time?
 7        A.    Yes, sir.
 8        Q.    Please look at the attachment
 9   to your initial disclosures.  There is a
10   charge of discrimination that you signed
11   on October 18, 2004, is that correct?
12        A.    Yes, sir.
13        Q.    There is a box checked for
14   color and a box checked for race.  Why
15   did you check the box for color?
16        A.    Well, I felt that I was
17   discriminated against because of my
18   color.
19        Q.    And who do you feel
20   discriminated against you?
21        A.    Ms. Jones.
22        Q.    What action do you consider by
23   Ms. Jones to have been discrimination on
```

One Federal Place • Suite 1020 • 1819 Fifth Avenue North • Birmingham, Alabama 35203
(205) 252-9152 • Toll-Free (800) 458-6031 • Fax (205) 252-0196 • www.TylerEaton.com