EVIDENTIARY SUBMISSIONS

TAB  D

---

EXCERPTS as noted from the

**DEPOSITION OF KIMBERLY FREEMAN**

(In the matter of : Freeman v. Walgreen Co., Inc.)

In The Matter Of:

# KIMBERLY FREEMAN
## v.
# WALGREEN COMPANY, INC.

## NO. 02:05CV-00356-A

---

**KIMBERLY FREEMAN**
November 9, 2005

---



**TYLER EATON**
TYLER EATON MORGAN NICHOLS & PRITCHETT INC.

THE HIGHEST QUALITY IN COURT REPORTING

Page 9

1  deposition, you realize that an answer
2  that you've previously given was either
3  incomplete or mistaken, will you correct
4  that?
5    A. Yes.
6    Q. Have you ever been in a lawsuit
7  before?
8    A. No.
9    Q. Are you taking any medication
10 that would prevent you from
11 understanding and giving accurate
12 answers to my questions?
13   A. No.
14   Q. Do you have any mental or
15 physical problems that would prevent you
16 from understanding and giving accurate
17 answers to my questions?
18   A. No.
19   Q. Have you ever suffered from any
20 mental disorder or mental illness?
21   A. No.
22   Q. Are you under the treatment of
23 any physician or health care

Page 10

1  professional at this time?
2    A. Yes.
3    Q. For what?
4    A. I'm a diabetic.
5    Q. When was your diabetes
6  diagnosed?
7    A. June of 2000.
8    Q. Are you insulin-dependent?
9    A. No. I'm taking the pills.
10   Q. Glucophage?
11   A. Actos and Glucotrol.
12   Q. Do you have instability of your
13 blood sugar that might cause either
14 lapses of concentration or some problems
15 with your answering questions
16 accurately?
17   A. No.
18   Q. Where do you work?
19   A. I'm unemployed right now.
20   Q. Where did you last work?
21   A. Globis.
22   Q. What is Globis?
23   A. Processing center for Hundai.

Page 11

1    Q. What was your job there?
2    A. Inspecting automobiles.
3    Q. During what period of time did
4  you have that job?
5    A. From May of '05 to 09 of '05.
6    Q. Why did you leave that job?
7    A. I was terminated.
8    Q. Why were you terminated?
9    A. Because of tardiness.
10   Q. Who was your supervisor?
11   A. Wanda Jenkins.
12   Q. Where did you work before you
13 went to Globis?
14   A. Walgreens.
15   Q. What was your rate of pay at
16 Globis?
17   A. $7.50.
18   Q. When did you leave Walgreens?
19   A. It was May '05.
20   Q. Why did you leave Walgreens?
21   A. I took a leave of absence from
22 Walgreens.
23   Q. Why did you take a leave of

Page 12

1  absence from Walgreens?
2    A. Because at the time doing the
3  job that I was doing, it became
4  stressful.
5    Q. What was the job you were doing
6  at the time you left Walgreens?
7    A. I was a pharmacy tech.
8    Q. How long were you a pharmacy
9  tech?
10   A. I started there in -- I think
11 it was November of last year.
12   Q. How did you get the job as a
13 pharmacy tech in November of last year?
14   A. Mr. Freeman promoted me there.
15   Q. Is he any relation to you?
16   A. No.
17   Q. What was your rate of pay as a
18 pharmacy tech?
19   A. Beginning or ending?
20   Q. Beginning.
21   A. $7.75.
22   Q. What was your rate of pay
23 ending as a pharmacy tech?