IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CANDACE EPPS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:05cv498-MHT |
| ) | |
| WALGREEN CO., INC., ) | |
| ) | |
| Defendant. ) | |

### ORDER

It is ORDERED that defendant's motion for summary judgment (Doc. No. 11) is set for submission, without oral argument, on March 6, 2006, with plaintiff's brief and evidentiary materials by said date.

DONE, this the 15th day of February, 2006.

　　　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE