In The Matter Of:

## CANDACE EPPS
v.
## WALGREEN COMPANY, INC.

NO. 2:05-CV-00498-T

---

**CANDACE EPPS**
November 9, 2005

---



# TYLER EATON
TYLER EATON MORGAN NICHOLS & PRITCHETT INC.

THE HIGHEST QUALITY IN COURT REPORTING

EXHIBIT 1

CANDACE EPPS
WALGREEN COMPANY, INC.
*** HIGHLY CONFIDENTIAL ***
CANDACE EPPS
November 9, 2005

Page 5

```
 1            I N D E X
 2
 3       EXAMINATION INDEX
 4
   EXAMINATION OF CANDACE EPPS:
 5   BY MR. CARRIGAN         7
 6 SEALED TESTIMONY:
     VOIR DIRE BY MR. LEWIS  104
 7
   CONTINUED EXAMINATION OF CANDACE EPPS:
 8   BY MR. CARRIGAN        105
     BY MR. LEWIS           170
 9
10        EXHIBIT INDEX
11 Defendant's
    1  Plaintiff's Initial   15
12     Disclosures
13  2  Executive Assistant   17
       Performance Review dated
14     3/16/2004
15  3  Discrimination and    66
       harassment policy signed
16     4/21/03
17  4  Employment record    107
18  5  Management Trainee   108
       Performance Review for
19     period ending March 2003
20  6  Employment record for 109
       Leland Wallace
21
    7  Complaint            145
22
23
```

Page 6

```
 1         I, Kimberly T. Hoff, a
 2 Registered Merit Reporter of Decatur,
 3 Alabama, and a Notary Public for the
 4 State of Alabama, acting as
 5 Commissioner, certify that on this date,
 6 pursuant to the Federal Rules of Civil
 7 Procedure and the foregoing stipulation
 8 of counsel, there came before me at the
 9 law offices of Jay Lewis, 847 South
10 McDonough Street, Montgomery, Alabama,
11 on Wednesday, November 9, 2005,
12 commencing at 1:20 p.m., CANDACE EPPS,
13 witness in the above cause, for oral
14 examination, whereupon the following
15 proceedings were had:
16
17         CANDACE EPPS,
18    being first duly sworn, was
19    examined and testified as follows:
20
21     COURT REPORTER: Usual
22 stipulations?
23     MR. LEWIS: Yes.
```

Page 7

```
 1         EXAMINATION
 2 BY MR. CARRIGAN:
 3     Q. State your full name, please.
 4     A. Candace Redale Epps.
 5     Q. Have you been known by any
 6 other names?
 7     A. No, sir.
 8     Q. Where do you live?
 9     A. 2618 Winbrook Road.
10     Q. How long have you lived at that
11 address?
12     A. Since the end of '99, 2000.
13     Q. Where did you live before that?
14     A. Before that, I lived in
15 Florida.
16     Q. Where in Florida?
17     A. In Palm Bay.
18     Q. What county is that?
19     A. Brevard.
20     Q. Where do you work now?
21     A. Walgreens.
22     Q. What is your job?
23     A. Store manager.
```

Page 8

```
 1     Q. How long have you been store
 2 manager?
 3     A. Since February of this year.
 4     Q. Who promoted you to store
 5 manager?
 6     A. Paul Rengering.
 7     Q. The gentleman at the end of the
 8 table there?
 9     A. Yes, sir.
10     Q. What previous positions did you
11 hold with Walgreens?
12     A. Assistant manager, executive
13 assistant and now the store manager.
14     Q. During what period of time were
15 you an assistant manager?
16     A. July -- I got hired in 2002 to
17 2003.
18     Q. 2002 to 2003, you were --
19     A. Assistant manager.
20     Q. Okay. And then from 2003
21 until --
22     A. 2005, I was --
23     Q. -- early 2005, what was your
```

2 (Pages 5 to 8)

CONTAINS CONFIDENTIAL PORTION THAT IS FOR ATTORNEYS' EYES ONLY
Tyler Eaton Morgan Nichols & Pritchett Inc.

CANDACE EPPS  *** HIGHLY CONFIDENTIAL ***  CANDACE EPPS
WALGREEN COMPANY, INC.                     November 9, 2005

Page 9

1  position?
2    A.  Executive assistant.
3    Q.  Okay.  When you were an
4  executive assistant, did you work under
5  a store manager?
6    A.  Yes, sir.
7    Q.  Who was the store manager that
8  you worked for?
9    A.  James Freeman.
10   Q.  Did you work under any other
11 store manager other than James Freeman?
12   A.  Yes.
13   Q.  Who else?
14   A.  Mr. Leland Wallace.
15   Q.  Okay.  During what period of
16 time did you work under Leland Wallace?
17   A.  From June, July -- I'm not sure
18 what month, fall of 2005 -- '-4, yeah,
19 last year, '-4.
20   Q.  I'm sorry, from fall of 2004 --
21   A.  Yeah.
22   Q.  -- until February of 2005?
23   A.  February, yes, sir.

Page 10

1    Q.  Did he leave the store?
2    A.  Yes, sir.
3    Q.  Did you replace him?
4    A.  Yes, sir.
5    Q.  Why did he leave the store?
6    A.  He got transferred back to
7  Birmingham.
8    Q.  Was that his home or his
9  preferred location?
10   A.  That's his home, I believe.
11   Q.  Do you know whether he had
12 asked to be transferred to Birmingham?
13   A.  I'm not sure if he actually
14 asked.
15   Q.  Have you ever had your
16 deposition taken before?
17   A.  Yes, sir.
18   Q.  In what situation?
19   A.  Situation where -- versus
20 Walgreens in 2003.
21   Q.  Okay.  Tell me the
22 circumstances of your deposition being
23 taken in 2003.

Page 11

1    A.  For Walgreens in reference to a
2  lawsuit.
3    Q.  Who was the plaintiff in that
4  lawsuit?
5    A.  Betty Booker.
6    Q.  What was the nature of that
7  lawsuit?
8    A.  Wrongful termination or
9  something like that.
10   Q.  Do you understand that in a
11 deposition that you will be asked
12 questions and that your answers are
13 supposed to be accurate to the best of
14 your knowledge and that you're under
15 oath?
16   A.  Yes.
17   Q.  If I ask a question and you
18 don't understand the question, will you
19 ask me to clarify it at that time?
20   A.  Yes, I will.
21   Q.  If you go ahead and answer a
22 question, would it be fair for me to
23 assume that you understood the question?

Page 12

1    A.  Yes, sir.
2    Q.  If in the course of the
3  deposition, you realize that some answer
4  that you've given is either incomplete
5  or inaccurate, will you correct that?
6    A.  Yes, sir.
7    Q.  My name is Richard Carrigan.
8  I'm a lawyer representing Walgreens in
9  this matter and you are the plaintiff
10 suing Walgreens in this matter.  Do you
11 understand that?
12   A.  Yes, sir.
13   Q.  Where did you work before you
14 came to Walgreens?
15   A.  I worked at a place called
16 Factory To You.
17   Q.  Okay.  Where was that?
18   A.  In Montgomery.
19   Q.  How long did you work there?
20   A.  About a year, a year.
21   Q.  What position did you hold
22 there?
23   A.  I was the store manager.

3 (Pages 9 to 12)

CONTAINS CONFIDENTIAL PORTION THAT IS FOR ATTORNEYS' EYES ONLY
Tyler Eaton Morgan Nichols & Pritchett Inc.

Case 2:05-cv-00498-MHT-CSC   Document 15-2   Filed 03/06/2006   Page 4 of 16
Case 2:05-cv-00498-MHT-CSC   Document 13   Filed 02/14/2006   Page 6 of 56

CANDACE EPPS                          *** HIGHLY CONFIDENTIAL ***                    CANDACE EPPS
WALGREEN COMPANY, INC.                                                                November 9, 2005

Page 13

1    Q. Floor manager?
2    A. Store manager.
3    Q. What kind of a store was it?
4    A. Retail clothing, hard lines
5  store.
6    Q. I'm not sure what that is. Can
7  you explain it to me?
8    A. Selling toys, home decor, that
9  would be considered hard lines.
10   Q. Who is your supervisor?
11   A. Eric -- I'm not sure of his
12 last name -- Biggett?
13   Q. Derrick?
14   A. Eric.
15   Q. Eric. And you don't remember
16 his last name?
17   A. Biggett? I'm not -- Bignick?
18 I'm not sure.
19   Q. Why did you leave Factory To
20 You?
21   A. It went out of business.
22   Q. When you left, how long were
23 you out of work before you came to work

Page 14

1  for Walgreens?
2    A. Around -- to estimate, around
3  three months maybe.
4    Q. How did you get your job with
5  Walgreens?
6    A. I was hired by David Shepard.
7    Q. Did you file an application?
8    A. Yes.
9    Q. What position did you apply
10 for?
11   A. Assistant manager.
12   Q. Is that the position that you
13 got?
14   A. Yes, sir.
15   Q. Which store did you go to?
16   A. Boulevard -- 2281 South
17 Boulevard.
18      MR. LEWIS: You are going to
19 have to speak up. I can't hear you.
20      THE WITNESS: I'm sorry.
21   Q. 2281 South Boulevard?
22   A. Yes, sir.
23   Q. Was James Freeman the manager

Page 15

1  at that time?
2    A. No, sir.
3    Q. Who was the manager?
4    A. Mr. Micheals.
5    Q. How do you spell that name?
6    A. Micheals, M-I-C-H-E-A-L-S.
7    Q. How long was he the store
8  manager?
9    A. I'm not sure. Estimate, about
10 eight, nine months.
11   Q. Who replaced him?
12   A. Mr. James Freeman.
13      (Whereupon, Defendant's
14      Exhibit 1 was marked for
15      identification.)
16   Q. Ms. Epps, I've given you a
17 document that's been marked as
18 Defendant's Exhibit 1 to your
19 deposition. It's what's identified as
20 Plaintiff's Initial Disclosures which
21 were filed on your behalf by your lawyer
22 in this case.
23      Have you seen that before?

Page 16

1    A. Yes.
2       MR. LEWIS: While he's doing
3  that, come here for just a second.
4       (Break was taken from
5       1:30 p.m. to 1:31 p.m.)
6    Q. (BY MR. CARRIGAN) What do you
7  understand to be the issue in your
8  lawsuit?
9    A. Race discrimination.
10   Q. In what way do you feel that
11 Walgreens discriminated against you on
12 the basis of your race?
13   A. Denying me the promotion.
14   Q. Which promotion?
15   A. Store manager.
16   Q. When did you first apply for
17 store manager's job?
18   A. I had an evaluation and it was
19 brought up.
20   Q. What evaluation was that?
21   A. My yearly evaluation.
22   Q. What year?
23   A. 2004.

4 (Pages 13 to 16)

CONTAINS CONFIDENTIAL PORTION THAT IS FOR ATTORNEYS' EYES ONLY
Tyler Eaton Morgan Nichols & Pritchett Inc.

Case 2:05-cv-00498-MHT-CSC    Document 15-2    Filed 03/06/2006    Page 5 of 16
Case 2:05-cv-00498-MHT-CSC    Document 13    Filed 02/14/2006    Page 7 of 56

CANDACE EPPS                       *** HIGHLY CONFIDENTIAL ***                       CANDACE EPPS
WALGREEN COMPANY, INC.                                                                November 9, 2005

Page 17

1  (Whereupon, Defendant's
2  Exhibit 2 was marked for
3  identification.)
4  Q. Is Defendant's Exhibit 2 the
5  evaluation that you are talking about?
6  A. Yes, it does look like it.
7  Q. Who prepared the evaluation
8  that you are talking about for 2004?
9  A. James Freeman.
10 Q. Did you complete the parts that
11 relate to EXA self-rating?
12 A. Yes.
13 Q. EXA is Walgreens code for an
14 executive assistant manager; is that
15 correct?
16 A. Yes.
17 Q. Did you rate yourself as
18 needing improvement in pharmacy
19 operations?
20 A. Yes, I did.
21 Q. Did you rate yourself as
22 needing improvement in knowledge of
23 store computer systems?

Page 18

1  A. Yes.
2  Q. In the section four on page two
3  that says transferability and career
4  growth, did Mr. Freeman indicate still
5  needs some experience before being
6  considered for promotion to MGR, can
7  move laterally?
8  A. Yeah.
9  MR. LEWIS: I'm going to kick
10 your chair when it's time for you to
11 speak up.
12 THE WITNESS: I'm sorry.
13 Q. Did you indicate, I am eager to
14 be store MGR but still need some work
15 before I'm able to be promoted?
16 A. Yes. That was months before.
17 Q. Beg pardon?
18 A. My self-evaluation was months
19 before this date.
20 Q. Okay. When was your self-
21 evaluation?
22 A. I think it was like January or
23 something like that.

Page 19

1  Q. Okay. So as of January 2004,
2  your self-evaluation indicated that you
3  still needed some work before you were
4  able to be promoted?
5  A. Uh-huh, yes.
6  Q. What work do you feel like you
7  needed to do before you could be
8  promoted?
9  A. The main thing was the pharmacy
10 and passing the test, going through
11 the -- took the test.
12 Q. Was a test required in order
13 for someone to become the store manager?
14 A. Yes, sir.
15 Q. When did you pass that test?
16 A. March.
17 Q. Of '04?
18 A. Yes, sir.
19 Q. How many other EXAs passed the
20 pharmacy test?
21 A. I believe one other.
22 Q. Who was that?
23 A. Mr. Criswell.

Page 20

1  Q. Okay. Has Mr. Criswell been
2  promoted to store manager?
3  A. No, sir.
4  Q. Is Mr. Criswell white?
5  A. Yes, sir.
6  Q. Did he pass it the same time
7  you did?
8  A. Yes, I believe.
9  Q. How many store manager
10 positions did you apply for before you
11 were promoted?
12 A. During that time that I spoke
13 about that I was ready to be promoted.
14 Q. I'm sorry?
15 A. When I spoke with him about
16 getting promoted.
17 Q. When was that?
18 A. That I was ready in -- after
19 this evaluation when we had our -- we
20 went over the evaluation, I believe --
21 I'm giving an estimate -- in May, and
22 then he came back in June to have a talk
23 with me.

5 (Pages 17 to 20)

CONTAINS CONFIDENTIAL PORTION THAT IS FOR ATTORNEYS' EYES ONLY
Tyler Eaton Morgan Nichols & Pritchett Inc.

Case 2:05-cv-00498-MHT-CSC    Document 15-2    Filed 03/06/2006    Page 6 of 16
Case 2:05-cv-00498-MHT-CSC    Document 13    Filed 02/14/2006    Page 8 of 56

CANDACE EPPS                                    *** HIGHLY CONFIDENTIAL ***                                    CANDACE EPPS
WALGREEN COMPANY, INC.                                                                                         November 9, 2005

Page 21

1    Q. You mean Mr. James Freeman?
2    A. Mr. Shepard.
3    Q. Oh, Mr. Shepard. What
4    discussion did you have with Mr. Shepard
5    in June?
6    A. About the discussion of our
7    evaluation.
8    Q. Was there a vacant store
9    manager job at that time?
10   A. Yes.
11   Q. What was the vacant store
12   manager job at that time?
13   A. There was -- I believe there
14   was a store opening that was going to be
15   a store manager position.
16   Q. How did you know that?
17   A. Because there was a store
18   opening in Montgomery.
19   Q. How did you know that?
20   A. Because he stated the store
21   that was opening in Montgomery.
22   Q. Which store was that?
23   A. Perry Hill Road.

Page 22

1    Q. When did the Perry Hill Road
2    store open?
3    A. Open for business or what do
4    you --
5    Q. Yes.
6    A. Opened for business July 31st.
7    Q. Tell me what you recall of your
8    discussion with Mr. Shepard in June when
9    you went over your evaluation and you
10   and he apparently discussed the fact
11   that the store would be opening in Perry
12   Hill.
13   A. The second discussion?
14   Q. I'm sorry.
15   A. The second discussion?
16   Q. Was there more than one
17   discussion in June?
18   A. No. June, we pretty much -- I
19   pretty much discussed what happened in
20   May about our evaluation.
21   Q. Okay.
22   A. And I wanted to get more of the
23   answers to some of the things he said.

Page 23

1    Q. All right. You've lost me
2    entirely. What did you discuss in May?
3    A. I discussed in May about me
4    getting promoted. My store manager at
5    that time, James Freeman, said I passed
6    the test, and this was an earlier date,
7    and that he felt I was ready to go.
8    Q. Okay.
9    A. And David Shepard told me that
10   he didn't feel he quite knew me.
11   Q. Okay. That was the discussion
12   in May? What else did he say in May?
13   A. Stated that he didn't quite
14   know me and that he wanted me to learn
15   with an experienced store manager to get
16   a perspective of how they work.
17   Q. What else did he say?
18   A. Told me that Ms. Jones was
19   going to the Perry Hill Road store and
20   that I would be working with her and he
21   would like for me to work with her and
22   to kind of learn how an experienced
23   store manager works and be learning

Page 24

1    under an experienced store manager. He
2    told me he would like to see me work
3    with two store managers.
4    Q. Okay. Did he say anything
5    else?
6    A. Pretty -- told me that I was
7    ready, but he would like to see me with
8    another experienced store manager, at
9    least work for two.
10   Q. Okay. Is that all he said?
11   A. That's all I can recall at this
12   time.
13   Q. What did you say?
14   A. I explained to him I already
15   worked for two managers.
16   Q. Who were they?
17   A. Mr. Micheals and Mr. Freeman.
18   Q. And what did he say?
19   A. The first manager didn't count
20   because he wasn't a good manager.
21   Q. Okay. Did he say anything
22   else?
23   A. Pretty much just going over

CONTAINS CONFIDENTIAL PORTION THAT IS FOR ATTORNEYS' EYES ONLY
Tyler Eaton Morgan Nichols & Pritchett Inc.

*** HIGHLY CONFIDENTIAL ***

CANDACE EPPS  
WALGREEN COMPANY, INC.

CANDACE EPPS  
November 9, 2005

### Page 25

1  that, that I would learn a lot from  
2  Ms. Jones and working beside Ms. Jones,  
3  that I can learn a lot from her. I did  
4  a few weeks. I never -- well, she  
5  worked at the Boulevard for a few weeks  
6  before Mr. Freeman took over.  
7     Q. Is that all?  
8     A. That's all I can recall about  
9  that.  
10    Q. Did you take any notes of that  
11 meeting?  
12    A. No, I didn't take anything that  
13 day when we were talking.  
14    Q. Did you make any notes about it  
15 later?  
16    A. No.  
17    Q. That was your meeting in May  
18 and you said there was another meeting  
19 in June?  
20    A. Yes, sir.  
21    Q. Was that a meeting that you  
22 asked for?  
23    A. Yes, sir.  

### Page 26

1     Q. Where did you meet with him in  
2  June?  
3     A. At South Boulevard.  
4     Q. Did he come to see you, or was  
5  it a regular visit that he made to the  
6  store?  
7     A. He came to see me.  
8     Q. What did you say to him then?  
9     A. That I didn't quite understand  
10 what he meant by he didn't know me and I  
11 needed to get -- wanted him to get more  
12 specific on what he was meaning by that.  
13    Q. What did he say?  
14    A. He doesn't know why he came out  
15 saying it like that because I had been  
16 there since 2002 at that store and he  
17 didn't know why it came out like that.  
18    Q. What else did you say?  
19    A. I just didn't quite understand  
20 where he was coming from as far as --  
21 because Mr. Freeman told me that I just  
22 needed to learn the pharmacy and pass  
23 the test and then I'm ready to go. When  

### Page 27

1  I did, he said I was ready to go, and  
2  I'm not understanding where he felt he  
3  didn't know me, wanted me to learn --  
4  need to work for two managers and just  
5  in general everything that we discussed  
6  before to get a clearer understanding of  
7  what he was talking about.  
8     Q. Was Mr. Freeman Mr. Shepard's  
9  boss?  
10    A. Shepard was Mr. Freeman's boss.  
11    Q. Who was it that actually  
12 decided who would be promoted to store  
13 manager, Mr. Freeman or Mr. Shepard?  
14    A. It was Mr. Shepard.  
15    Q. So you knew Mr. Freeman felt  
16 that you were ready to be a store  
17 manager and you knew that Mr. Shepard  
18 didn't feel you were ready to be a store  
19 manager; is that right?  
20    A. Mr. Shepard told me I was  
21 ready. He just wanted -- he know that I  
22 was more than capable. He just wanted  
23 me to work with an experienced store  

### Page 28

1  manager a little while longer.  
2     Q. Okay. Did you?  
3     A. He stated to me that I will be  
4  working at Perry Hill Road. He wanted  
5  me to work at Perry Hill Road for  
6  Ms. Jones, that she would be residing at  
7  that store as store manager and I would  
8  be working with her.  
9     Q. Did you?  
10    A. Yes.  
11    Q. How long have you been at Perry  
12 Hill Road?  
13    A. Since last year. I want to say  
14 the end of June or July. We started the  
15 first week of July. I'm not quite sure  
16 of the date but around that time.  
17    Q. Okay. How long was Ms. Jones  
18 there?  
19    A. Until -- she was just there to  
20 open the store, supposed to open the  
21 store.  
22    Q. How long was Ms. Jones there?  
23    A. It was like maybe -- I'm not  

CONTAINS CONFIDENTIAL PORTION THAT IS FOR ATTORNEYS' EYES ONLY  
Tyler Eaton Morgan Nichols & Pritchett Inc.

Case 2:05-cv-00498-MHT-CSC   Document 15-2   Filed 03/06/2006   Page 8 of 16
Case 2:05-cv-00498-MHT-CSC   Document 13   Filed 02/14/2006   Page 10 of 56

CANDACE EPPS
WALGREEN COMPANY, INC.
*** HIGHLY CONFIDENTIAL ***
CANDACE EPPS
November 9, 2005

### Page 29

1  quite sure of the time frame. I'm
2  thinking two months.
3  Q. Okay.
4  A. I'm not quite sure.
5  Q. Did you have any discussions
6  with her about being promoted to store
7  manager?
8  A. No.
9  Q. Who replaced Ms. Jones?
10 A. Mr. Wallace.
11 Q. What's his first name?
12 A. Leland.
13 Q. Was he the store manager while
14 you were there?
15 A. Yes, sir.
16 Q. How long was he the store
17 manager?
18 A. He left in February.
19 Q. When he left in February, you
20 were promoted to store manager?
21 A. Store manager. (Witness nods
22 head.)
23 Q. Why do you feel that's a racial

### Page 30

1  issue?
2  A. It was definitely a racial
3  issue. I most definitely feel it was a
4  racial issue because I didn't work
5  beside her. I opened the store. It was
6  most definitely an issue of telling me
7  I'm ready but he wanted me to work with
8  another manager, two managers. And I
9  worked with two managers but one wasn't
10 good, claimed to be not good, and the
11 person I had to work under, Mr. Wallace,
12 did not know a lot. I had the
13 opportunity. I should have been
14 promoted. Most definitely, it was a
15 race issue.
16 Q. Why do you say it was race?
17 A. Because I felt like I was more
18 than ready to go. My store manager said
19 I was ready to go, and they promoted
20 someone else that was white and he was
21 not ready to go. He was not ready for
22 that position.
23 Q. How do you know he was not

### Page 31

1  ready for that position?
2  A. Because most definitely, I saw
3  it in how he worked. I saw it in his
4  performance and he didn't know a lot and
5  he came to me to ask.
6  Q. Do you know what his previous
7  experience was?
8  A. I'm not quite sure. I mean,
9  other than a few things that he talked
10 to me, where he came from and stuff.
11 Q. What was his experience?
12 A. He just -- the only thing he
13 told me, he transferred from Florida to
14 come here to try to get promoted.
15 Q. Had he been an EXA in Florida?
16 A. Yes.
17 Q. How long had he been an EXA?
18 A. From the conversations, he
19 stated at the same time I was.
20 Q. How long?
21 A. Since 2003, I believe.
22 Q. Okay. How many different store
23 managers had he worked under?

### Page 32

1  A. In this district?
2  Q. No. How many store managers
3  had he worked under?
4  A. I'm not sure in that district.
5  I was stated in Shepard's district that
6  he wanted two store managers, so I'm not
7  sure.
8  Q. How many store managers had
9  Mr. Wallace worked under?
10 A. I'm not sure. I'm not quite
11 sure about that.
12 Q. Do you know the date he started
13 with Walgreens?
14 A. I'm not quite sure of the date.
15 Q. So did Mr. Freeman ever discuss
16 with you whether Mr. Wallace was ready?
17 A. Discussions that they had was
18 that he was bringing -- that he didn't
19 know a lot.
20 Q. You said the discussions they
21 had. Who are you talking about?
22 A. The discussions that he told me
23 that he was -- didn't know a lot, that

8 (Pages 29 to 32)

CONTAINS CONFIDENTIAL PORTION THAT IS FOR ATTORNEYS' EYES ONLY
Tyler Eaton Morgan Nichols & Pritchett Inc.

Case 2:05-cv-00498-MHT-CSC    Document 15-2    Filed 03/06/2006    Page 9 of 16
Case 2:05-cv-00498-MHT-CSC    Document 13    Filed 02/14/2006    Page 11 of 56
CANDACE EPPS                           *** HIGHLY CONFIDENTIAL ***                           CANDACE EPPS
WALGREEN COMPANY, INC.                                                                       November 9, 2005

Page 33

1   Mr. Wallace didn't know a lot.
2       Q. Who told you that?
3       A. Mr. Freeman.
4       Q. How did Mr. Freeman know that?
5       A. It was a discussion he had, I
6   guess with -- I'm not sure exactly with
7   who, but it was called that he was green
8   and he didn't know a lot.
9       Q. Did Mr. Freeman tell you that
10  Mr. Wallace was green and didn't know a
11  lot?
12      A. Yes, sir.
13      Q. When did he tell you that?
14      A. It was after we actually
15  started at the -- after he came to
16  Montgomery.
17      Q. It was after he had been placed
18  in the store manager job?
19      A. Yes, yes.
20      Q. Okay. Did Mr. Wallace report
21  to Mr. Freeman?
22          MR. LEWIS: Could I interrupt
23  and ask, when you say "he," are you

Page 34

1   talking about Mr. Wallace, after
2   Mr. Wallace --
3           MR. CARRIGAN: I'm sorry. I'll
4   try to be careful about that.
5       Q. (BY MR. CARRIGAN) Okay. Do you
6   recall when Mr. Wallace came to
7   Montgomery?
8       A. It was around the time when I
9   went to Perry Hill Road.
10      Q. When he came, what position did
11  he come in?
12      A. He was promoted to store
13  manager.
14      Q. Did Mr. Wallace ever work for
15  Mr. Freeman?
16      A. No, sir.
17      Q. Okay. When do you say that
18  Mr. Freeman said Mr. Wallace was green?
19      A. This was a few months after he
20  was in Montgomery.
21      Q. By "he," you mean Mr. Wallace?
22      A. Yeah, by Mr. Wallace. He was
23  here in Montgomery.

Page 35

1       Q. So that was a few months after
2   Mr. Wallace had been selected as store
3   manager?
4       A. Yes, sir.
5       Q. And your conversation with
6   Mr. Freeman occurred at a time that you
7   worked for Mr. Wallace but not for
8   Mr. Freeman; is that correct?
9       A. Yes.
10      Q. When Mr. Freeman expressed to
11  you the opinion that Mr. Wallace was
12  green, did you understand that he meant
13  that Mr. Wallace was inexperienced as a
14  store manager?
15      A. He went into detail what -- on
16  that. He stated that he did not know
17  how to do a lot of things that I knew
18  how to do.
19      Q. What were they?
20      A. As far as bookkeeping, ledgers
21  or anything of the sort, that he did not
22  learn how to do that stuff. He was just
23  pretty much, in his words, a high-paid

Page 36

1   stocker.
2       Q. His words meaning Mr. Freeman's
3   words?
4       A. Yeah, his words for --
5       Q. You are saying that Mr. Freeman
6   said that Mr. Wallace was a high-paid
7   stocker?
8       A. He didn't have -- he didn't --
9   and that's their terms they used when
10  they didn't have the time -- or the time
11  to be able to learn all of the other
12  things.
13      Q. I'm sorry. Did Mr. Freeman
14  say --
15      A. Mr. Freeman.
16      Q. -- that Mr. Wallace was a high-
17  paid stocker? Is that what you said?
18      A. Pretty much when he stated he
19  was green, yes, he made that statement.
20      Q. Well, now, wait a minute, did
21  those words come out of his mouth, or
22  are you saying pretty much means that's
23  what you interpreted it to mean?

CONTAINS CONFIDENTIAL PORTION THAT IS FOR ATTORNEYS' EYES ONLY
Tyler Eaton Morgan Nichols & Pritchett Inc.

Case 2:05-cv-00498-MHT-CSC    Document 15-2    Filed 03/06/2006    Page 10 of 16
Case 2:05-cv-00498-MHT-CSC    Document 13    Filed 02/14/2006    Page 12 of 56

CANDACE EPPS                              *** HIGHLY CONFIDENTIAL ***                         CANDACE EPPS
WALGREEN COMPANY, INC.                                                                         November 9, 2005

Page 37

1   A.  How he -- I don't know exactly
2   how it was stated but he brought up the
3   fact that he did not know how to do the
4   books, any of the office part of the
5   store, that he only learned how to do
6   the high -- the stocking part, just
7   stocking the floor.
8   Q.  Was Mr. Freeman ever
9   Mr. Wallace's supervisor?
10  A.  No.
11  Q.  What was the source of
12  Mr. Freeman's information about
13  Mr. Wallace's job performance?
14  A.  Well, he said from another
15  store manager and two from Ms. Jones.
16  Q.  So you recall Mr. Freeman
17  saying that another store manager and
18  Ms. Jones had been critical of
19  Mr. Wallace's performance?
20  A.  Basically how he brought it
21  across is other store managers, and he
22  talked with Ms. Jones and it was like
23  discussion between other store managers.

Page 38

1   Q.  When you say "basically," do
2   you mean that you're paraphrasing what
3   he said, or you don't know exactly?
4   A.  I know he said Ms. Jones, he
5   talked to Ms. Jones and another store
6   manager.  I don't know who actually he
7   talked to out of Birmingham, but he
8   stated another store manager out of
9   Birmingham.
10  Q.  Okay.  Is that all?
11  A.  That's pretty much what the
12  conversation was.
13  Q.  Okay.  What, if any,
14  discussions did you have with
15  Mr. Shepard about Mr. Wallace?
16  A.  I had no discussions at all
17  with him about it, Mr. Wallace.  I
18  wasn't knowing that he was in that
19  position yet.  I don't know.
20  Q.  I don't understand what you
21  just said.
22  A.  When I discussed with him in
23  June, there was no store movement or

Page 39

1   anything, anybody moving in June.  The
2   discussion was why I didn't -- why he
3   said he didn't quite know me and that
4   discussion was basically on what
5   happened in May, so --
6   Q.  So you didn't have any
7   discussion about Mr. Wallace's
8   credentials or qualifications with
9   Mr. Shepard at any time?
10  A.  No, because it wasn't stated
11  that Mr. Wallace had the position at
12  that time.
13  Q.  Did you ever talk to
14  Mr. Shepard about your opinion of
15  Mr. Wallace's qualifications?
16  A.  No.
17  Q.  When you had your conversation
18  with Mr. Freeman in which you remember
19  him saying Mr. Wallace was green, did
20  you make any notes of that conversation?
21  A.  Not that I know of.  I don't
22  know.
23  Q.  Did you ever apply for the

Page 40

1   Perry Hill Road job?
2   A.  I talked with him about getting
3   promoted in June about -- in May, that I
4   was ready to get promoted.  It never was
5   discussed of the applying process, but I
6   discussed with him that I was ready to
7   be promoted.
8   Q.  Uh-huh.  And he told you he
9   didn't think you were?
10  A.  He said that he thought that I
11  was more than capable of running a store
12  but he wanted me to work with an
13  experienced store manager --
14  Q.  Okay.
15  A.  -- to get a perspective from
16  that experienced store manager and he
17  could see me and how I worked with that
18  experienced store manager.
19  Q.  Okay.  And then you did that
20  and then you were promoted in February
21  of the following year; is that right?
22  A.  She opened the store, and she
23  left and went back to her old store.

CONTAINS CONFIDENTIAL PORTION THAT IS FOR ATTORNEYS' EYES ONLY
Tyler Eaton Morgan Nichols & Pritchett Inc.

Case 2:05-cv-00498-MHT-CSC   Document 15-2   Filed 03/06/2006   Page 11 of 16
Case 2:05-cv-00498-MHT-CSC   Document 13   Filed 02/14/2006   Page 13 of 56

CANDACE EPPS  *** HIGHLY CONFIDENTIAL ***  CANDACE EPPS
WALGREEN COMPANY, INC.                     November 9, 2005

Page 41

1  Mr. Wallace came and then I got promoted
2  after he left.
3     Q.  Okay.  Why do you think that
4  Mr. Shepard's decision was based on race
5  rather than based on wanting you to have
6  more experience with an experienced
7  store manager?
8     A.  If he wanted me to have
9  experience with an -- another store
10 manager, he would have made me stay with
11 that store manager and made me work with
12 that store manager.  He basically told
13 me the store manager was there at that
14 store and that's where she was going to
15 be, not she was just there to open the
16 store and leave.
17       My understanding was it was
18 going to be that I worked with her as an
19 experienced store manager because she
20 knew a lot and I was going to learn from
21 her, but that wasn't the case.
22    Q.  Did you work with JoAnn Jones?
23    A.  For -- to open the store, yes.

Page 42

1     Q.  Okay.  And did you ask
2  Mr. Shepard to make you manager of the
3  Perry Hill Road store?
4     A.  I wanted to -- yes, I did
5  discuss it with him, I wanted to be
6  promoted then.
7     Q.  Do you not understand my
8  question?
9     A.  Yes.  I asked -- from my
10 understanding, I knew that you could not
11 get promoted in a new store.  You had to
12 work at another store, so I did tell him
13 I was ready to go and I wanted to be
14 promoted right then.
15    Q.  Okay.  I understand what you
16 wanted, Ms. Epps.  You wanted to be
17 promoted.  Did you ask him to promote
18 you to the Perry Hill Road store?
19    A.  Yes, I did.
20    Q.  You said, I want to be promoted
21 to manager of the Perry Hill Road store?
22    A.  No.  I wanted to be promoted to
23 store manager at that time.  I wasn't --

Page 43

1  my understanding was you can't get
2  promoted in a new store.
3     Q.  Where did you get that
4  understanding?
5     A.  From -- Mr. Freeman told me
6  before and other -- I've heard from
7  other EXAs that you cannot get promoted
8  in a new store, that a store manager --
9  experienced store manager opens the new
10 store.
11    Q.  Okay.  Did you ask Mr. Shepard
12 to make you manager of the Perry Hill
13 store?
14    A.  I asked him that I wanted to be
15 a store manager and I was ready to go.
16 I wanted to be promoted then to the
17 position, whatever was open, where it
18 was open.
19    Q.  Okay.
20    A.  That's what I wanted.
21    Q.  Is that what you said?
22    A.  I was ready to go.  I was
23 ready.  I knew there was an opening

Page 44

1  coming, and I wanted to be promoted.
2  And I couldn't understand why -- more of
3  the conversation was why he said the
4  things he said and then, you know,
5  basically trying to clear that part up
6  and why he felt that he should -- I
7  should work with another store manager.
8     Q.  You understood that Perry Hill
9  Road store would be opened by an
10 experienced manager; right?
11    A.  Right.
12    Q.  Did you ask him to make you
13 manager of the Perry Hill Road store?
14    A.  That's what I stated.  I'm in
15 Montgomery and I was ready to go for a
16 store manager position when a store
17 opened up.  When the store manager
18 position come available, I think that I
19 was more than qualified to get it.
20    Q.  Okay.  You said you thought you
21 were more than qualified when the
22 position came open.  Did you mention the
23 Perry Hill store specifically?

CONTAINS CONFIDENTIAL PORTION THAT IS FOR ATTORNEYS' EYES ONLY
Tyler Eaton Morgan Nichols & Pritchett Inc.

Case 2:05-cv-00498-MHT-CSC   Document 15-2   Filed 03/06/2006   Page 12 of 16
Case 2:05-cv-00498-MHT-CSC   Document 13   Filed 02/14/2006   Page 15 of 56

CANDACE EPPS  *** HIGHLY CONFIDENTIAL ***  CANDACE EPPS
WALGREEN COMPANY, INC.                     November 9, 2005

Page 49

1   Walgreens and that's it.
2   Q. I'm sorry?
3   A. We discussed his employment
4   with Walgreens and that's pretty much
5   it, when he came here.
6   Q. And do you know whether he had
7   the same experience with Walgreens you
8   did or different experience?
9   A. I just was told by him when he
10  came to Birmingham that he worked for
11  one store manager that was very hard to
12  work for.
13  Q. I'm sorry. Who told you what?
14  A. Mr. Wallace told me he worked
15  for one store manager when he got here.
16  Q. Did he tell you he had only
17  worked for one store manager?
18  A. In the Birmingham area.
19  Q. Okay. One store manager in the
20  Birmingham area?
21  A. (Witness nods head.)
22  Q. Do you know whether he worked
23  in Florida?

Page 50

1   A. Yes, he told me he came from
2   Florida.
3   Q. Do you know how long he worked
4   in Florida?
5   A. I don't recall.
6   Q. Do you know whether he had any
7   recommendations?
8   A. I don't -- never discussed
9   anything like that.
10  Q. Look at your initial
11  disclosures. The first witness that's
12  listed is yourself. What information do
13  you have about this case that you
14  haven't mentioned to us already?
15  A. Make yourself clearer on that.
16  I don't know.
17  Q. Oh, sure, okay. You indicate
18  that you have knowledge of the
19  circumstances of your employment. What
20  knowledge of the circumstances of your
21  employment do you think are important to
22  this case?
23  A. Everything I discussed was

Page 51

1   pretty much.
2   Q. Anything else?
3   A. Not that I can think of or
4   recall right about now.
5   Q. Are you taking any medicine
6   that would impair your memory or impair
7   your ability to understand my questions?
8   A. No.
9   Q. Are you taking any medication
10  at all?
11  A. No, I'm not.
12  Q. Do you have any medical problem
13  that would prevent you from
14  understanding my questions or responding
15  fully and accurately to my questions?
16  A. No.
17  Q. Did you have any discussions
18  about promotion with Mr. Rengering?
19  A. About promotions?
20  Q. Uh-huh.
21  A. Not that I can recall.
22  Q. What information does David
23  Shepard have about this case?

Page 52

1   A. Everything I pretty much
2   discussed.
3   Q. What information does Leland
4   Wallace have about this case?
5   A. He was just the one involved in
6   it.
7   Q. Does he have any other
8   information about this case other than
9   what he knows about the circumstances of
10  his own promotion?
11  A. He just stated he didn't
12  understand why he didn't get promoted.
13  Q. When did he tell you that?
14  A. Last year sometime.
15  Q. What were the circumstances of
16  that conversation?
17  A. Just talking about promotions
18  and I didn't get promoted and I didn't
19  quite understand why and we -- just
20  discussing with me as a store manager.
21  Q. You told him you didn't get
22  promoted and you didn't understand why,
23  and he said he didn't understand why

13 (Pages 49 to 52)

CONTAINS CONFIDENTIAL PORTION THAT IS FOR ATTORNEYS' EYES ONLY
Tyler Eaton Morgan Nichols & Pritchett Inc.

Case 2:05-cv-00498-MHT-CSC   Document 15-2   Filed 03/06/2006   Page 13 of 16
Case 2:05-cv-00498-MHT-CSC   Document 13   Filed 02/14/2006   Page 16 of 56

CANDACE EPPS
WALGREEN COMPANY, INC.
*** HIGHLY CONFIDENTIAL ***
CANDACE EPPS
November 9, 2005

## Page 53

1 either? Is that what happened?
2  A. Basically. And he said that he
3 thought I was more than capable of being
4 in the store manager position.
5  Q. When did he say that?
6  A. It was a conversation we had
7 last year.
8  Q. Okay. Sometime in 2004?
9  A. Yes, sir.
10  Q. Did you make any notes of your
11 conversation with Mr. Wallace about your
12 promotion?
13  A. No, sir.
14  Q. Did you ask him to recommend
15 you for promotion?
16  A. Yes.
17  Q. Did you tell him anything else
18 about your promotion other than what
19 you've mentioned?
20  A. Not that I can recall.
21  MR. LEWIS: It's unplugged,
22 Richard.
23  MR. CARRIGAN: Well, that's not

## Page 54

1 going to do much good. Thank you.
2  MR. LEWIS: Sure.
3  Q. (BY MR. CARRIGAN) Have you ever
4 suffered any mental disorder or mental
5 illness?
6  A. Like you can just be depressed
7 or something?
8  Q. Yeah. I'm sorry, I didn't
9 understand your answer.
10  A. Be clearer. What are you
11 actually -- I mean, in what --
12  Q. Okay. Have you ever been
13 treated by a psychiatrist?
14  A. I mean, yeah, I've been before.
15  Q. When?
16  A. I'm not sure what year it was.
17  Q. Before or after you went to
18 work for Walgreens?
19  A. Before.
20  Q. What was your diagnosis?
21  A. Depression.
22  Q. What treatment, if any, was
23 prescribed for your depression?

## Page 55

1  A. I didn't go through no
2 treatment.
3  Q. Beg pardon? No treatment?
4  A. No.
5  Q. Were you given any medication?
6  A. No.
7  Q. Who was your psychiatrist?
8  A. I don't even remember her
9 name. I only went a few times and
10 stopped going.
11  Q. Where was she located?
12  A. In Florida.
13  Q. Where in Florida?
14  A. Melbourne.
15  Q. Do you have a physician at the
16 present time?
17  A. Yes.
18  Q. Who is your doctor?
19  A. Dr. Stuart May.
20  Q. Dr. Stuart -- what's the last
21 name?
22  A. May.
23  Q. Where's he located?

## Page 56

1  A. At the Baptist South.
2  Q. In Montgomery?
3  A. Yeah.
4  Q. Other than the psychiatrist
5 that you saw when you were in Melbourne,
6 Florida, have you had any other
7 treatment by a psychiatrist?
8  A. No.
9  Q. Any treatment by a
10 psychologist?
11  A. No.
12  Q. Any treatment for depression
13 since the treatment in Melbourne,
14 Florida?
15  A. No.
16  Q. Do you have any family members
17 that work for Walgreens?
18  A. No, sir.
19  Q. Do you have any family members
20 that are in Alabama?
21  A. Yes, sir.
22  Q. Who?
23  A. My sister and my mom.

CONTAINS CONFIDENTIAL PORTION THAT IS FOR ATTORNEYS' EYES ONLY
Tyler Eaton Morgan Nichols & Pritchett Inc.

Case 2:05-cv-00498-MHT-CSC    Document 15-2    Filed 03/06/2006    Page 14 of 16
Case 2:05-cv-00498-MHT-CSC    Document 13    Filed 02/14/2006    Page 19 of 56

CANDACE EPPS                          *** HIGHLY CONFIDENTIAL ***                    CANDACE EPPS
WALGREEN COMPANY, INC.                                                               November 9, 2005

Page 65

1  position, so it was just -- never went.
2  My throat is dry.
3       MR. LEWIS: Do you need
4  something to drink? A bottle of water?
5       THE WITNESS: Yes.
6       (Break was taken from
7       2:28 p.m. to 2:29 p.m.)
8     Q. (BY MR. CARRIGAN) Other than
9  your recollection that you used the word
10 "discrimination" in your discussion with
11 James Freeman in July of 2004, did you
12 ever tell anyone else in your chain of
13 command that you felt that the failure
14 to select you was discrimination?
15    A. Mr. Wallace.
16    Q. When did you tell him that?
17    A. In that discussion we had.
18    Q. You used --
19    A. But I didn't get promoted.
20    Q. You used the word
21 "discrimination"?
22    A. Yes.
23    Q. What did he say?

Page 66

1     A. He said he felt -- he didn't
2  understand why I didn't, that he felt I
3  was more than capable of getting
4  promoted but he didn't have an answer as
5  to why.
6     Q. Did you take that to anyone
7  else?
8     A. No --
9     Q. Why not?
10    A. -- I didn't. Repeat what
11 you -- I didn't -- what did you say? I
12 didn't.
13    Q. I said, Why not?
14    A. Oh, I felt like I knew. I just
15 didn't get anywhere with it with the
16 last conversation and he was already in
17 the store manager position. He was my
18 store manager.
19       (Whereupon, Defendant's
20       Exhibit 3 was marked for
21       identification.)
22    Q. Do you know what that is,
23 Ms. Epps, Defendant's Exhibit 3?

Page 67

1     A. Yes.
2     Q. What is that?
3     A. A thing about when we have
4  complaints to repeat it or go to your
5  store manager or district manager.
6     Q. Is that all it says?
7     A. About retaliation?
8     Q. Uh-huh.
9     A. Yeah.
10    Q. Did you sign that?
11    A. Yes, I did.
12    Q. When did you sign that?
13    A. 4/21/03.
14    Q. Okay. Did you understand that
15 employees who believe they've
16 experienced or observed discrimination
17 should report to their choice of store
18 manager, district manager, store
19 operations vice-president, loss
20 prevention supervisor, loss prevention
21 hotline or employee relations
22 department?
23    A. Yes.

Page 68

1     Q. Okay. Did you ever contact the
2  employee relations department at
3  corporate headquarters about your
4  feeling that your failure to be promoted
5  in the summer of 2004 was
6  discrimination?
7     A. No.
8     Q. Did you ever go to the loss
9  prevention supervisor about that?
10    A. Merkeson, yes.
11    Q. I'm sorry?
12    A. Merkeson.
13    Q. Okay. When did you go to
14 Mr. Merkeson?
15    A. I just told him that I didn't
16 feel -- basically it was just discussing
17 about Wallace and I felt I was more
18 qualified than he was.
19    Q. You told Merkeson that you felt
20 you were more qualified than Wallace?
21    A. Yeah.
22    Q. When was that?
23    A. It was awhile ago, a long time

17 (Pages 65 to 68)

Case 2:05-cv-00498-MHT-CSC   Document 15-2   Filed 03/06/2006   Page 15 of 16
Case 2:05-cv-00498-MHT-CSC   Document 13   Filed 02/14/2006   Page 20 of 56

CANDACE EPPS
WALGREEN COMPANY, INC.
*** HIGHLY CONFIDENTIAL ***
CANDACE EPPS
November 9, 2005

Page 69

1 ago, when it actually -- after it all
2 happened.
3    Q. After?
4    A. After, yeah. After the
5 movement of him coming to our store.
6 Mr. Wallace was at the Perry Hill Road
7 store when that happened.
8    Q. What was Mr. Merkeson's
9 position at that time?
10   A. Loss prevention.
11   Q. Did you make any notes of your
12 conversations with Mr. Merkeson?
13   A. No.
14   Q. What did you tell him, if you
15 recall your exact words?
16   A. I can't tell you exactly, but I
17 just expressed that I felt I should have
18 been promoted, and he let me know that
19 he recommended me. I guess when they
20 discussed it, he put my name out there.
21 That's what he said.
22   Q. I'm sorry?
23   A. He said he --

Page 70

1    Q. Who discussed what?
2    A. When -- the phrase he made when
3 it was in discussion of who gets the
4 store, he recommended me. He said my
5 name. That's what he said.
6    Q. Mr. Merkeson said he
7 recommended you?
8    A. Yes.
9    Q. Okay. Is that all he said?
10   A. Yeah, after I discussed it,
11 yeah, that's what he said.
12   Q. Okay. Did you communicate at
13 any time to the store operations vice-
14 president your concern that not
15 promoting you was an act of
16 discrimination?
17   A. Nope.
18   Q. Did you communicate to
19 Mr. Rengering at any time that you felt
20 that the failure to not promote you in
21 2004 was discrimination?
22   A. No.
23   Q. Why not?

Page 71

1    A. I discussed it with my district
2 manager at the time and I just felt from
3 him and Mr. Freeman it was going to be
4 no resolution from them too.
5    Q. When you say you discussed it,
6 you did not use the word
7 "discrimination" in your discussion with
8 Mr. Shepard, did you?
9    A. We were in a discussion about
10 why I didn't get promoted.
11   Q. Yeah.
12   A. The June incident.
13   Q. But you never used the word
14 "discrimination" talking to Mr. Shepard?
15   A. No. That's the time he stated
16 to me the open position. Ms. Jones was
17 going to the other store.
18   Q. I'm sorry, I'm trying to ask a
19 question that has a yes or no answer.
20   A. No.
21   Q. Okay. No, you did not use the
22 word "discrimination" in your discussion
23 with Mr. Shepard?

Page 72

1    A. In June, no.
2    Q. Or anytime?
3    A. No.
4    Q. Ever?
5    A. No.
6    Q. You used the word
7 "discrimination," you say, in your
8 discussion with Mr. Merkeson and you
9 used the word "discrimination," you say,
10 in your discussion with Mr. Wallace and
11 you used the word "discrimination," you
12 say, in your discussion with
13 Mr. Freeman; is that right?
14   A. Yes.
15   Q. Is there anyone else that you
16 used the word "discrimination" with?
17   A. No one else in the district or
18 anything like that. No one else that I
19 can recall.
20   Q. No one else that worked for
21 Walgreens?
22   A. As far as I talked to no other
23 superiors at all about it.

Case 2:05-cv-00498-MHT-CSC   Document 15-2   Filed 03/06/2006   Page 16 of 16
Case 2:05-cv-00498-MHT-CSC   Document 13   Filed 02/14/2006   Page 45 of 56

CANDACE EPPS                       *** HIGHLY CONFIDENTIAL ***                       CANDACE EPPS
WALGREEN COMPANY, INC.                                                                November 9, 2005

Page 169

1  momentum, but this is actually one other
2  thing.
3       Why did Ms. Wilson withdraw her
4  name from consideration from the senior
5  beauty advisor position at Perry Hill?
6       A.  From what she said, she was
7  disgusted at how Mr. Wallace approached
8  her about it all. His attitude about it
9  all like he really didn't want her to
10 have the position anyway.
11      Q.  Did you tell her that the
12 decision was up to you?
13      A.  I wasn't told the decision was
14 up to me.
15      Q.  Well, I thought you said it
16 was?
17      A.  Mr. Wallace was the store
18 manager at the time of the interview.
19      Q.  Uh-huh.
20      A.  We weren't told that he was
21 going to Birmingham, weren't told
22 anything. He was the store manager when
23 he did the interview.

Page 170

1       Q.  What job was it you were told
2  it was up to you?
3       A.  After he got sent to
4  Birmingham.
5       Q.  But it was the same position,
6  the one that you picked Sharonda Felder?
7       A.  Yes.
8       Q.  Did you call Ms. Wilson to say,
9  Good news, I've got the responsibility
10 and it's up to me. You don't have to
11 worry?
12      A.  No, because she already told me
13 that she was not interested in the
14 position.
15      Q.  Not interested in the position?
16      A.  Yes.
17      MR. CARRIGAN: Okay. Nothing
18 further.
19           EXAMINATION
20 BY MR. LEWIS:
21      Q.  I have one other question just
22 to clarify something.
23      When you're considering

Page 171

1  internal promotions at Walgreens, is
2  there a formal application process
3  required, or do you simply express your
4  interest?
5       A.  Express your interest for a
6  store manager, that's what I was told.
7       Q.  Well, how about for other
8  promotions like to head cosmetician or
9  senior beauty advisor or senior photo
10 tech? Do you have to fill out an
11 application for that if you're already
12 working there?
13      A.  I found the application on line
14 that you -- as far as cosmetics, but I
15 haven't seen one as far as photo.
16      Q.  But I mean, if you are already
17 working there and you are looking for a
18 promotion --
19      A.  Right.
20      Q.  -- do you have to fill out an
21 application?
22      A.  Yes, that's right.
23      Q.  You do?

Page 172

1       A.  That's what now?
2       Q.  Do you know?
3       A.  I'm not sure on that.
4       Q.  Okay. Because I'm just trying
5  to clarify.
6       A.  Before, no, no one has before.
7       Q.  Okay.
8       A.  It has just been on interest.
9       Q.  Well, did you fill out an
10 application while you were EXA to be
11 promoted to store manager?
12      A.  No, there is no application
13 process.
14      MR. LEWIS: Okay. All right.
15 That's all I have. Just curious.
16      MR. CARRIGAN: Nothing further.
17
18      FURTHER THE DEPONENT SAITH NOT
19 (Said deposition was concluded at
20 5:11 p.m. on November 9, 2005.)

43 (Pages 169 to 172)