| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974: See Privacy Act Statement before completing this form. | ☐ FEPA<br>☒ EEOC | 130-2005-00180 |

Candace Epps _____ and EEOC
_State or local Agency, if any_

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Candace Epps | 334.284.4323 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 2618 Gwynbrook Road | Montgomery, AL 36116 | 7/31/71 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| Walgreens | 500 Plus | 334.270.0368 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 3892 Atlanta Highway, Montgomry, AL 36109 | | Montgomery |

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

☒☒ RACE  ☒☒ COLOR  ☐ SEX  ☐ RELIGION  ☐ AGE
☐ RETALIATION  ☐ NATIONAL ORIGIN  ☐ DISABILITY  ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST (ADEA/EPA)    LATEST (ALL)
6/28/04

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

See AttaCHED Addendum

RECEIVED 1 3 2004 E.E.O.C. BIRMINGHAM DISTRICT

EXHIBIT 2

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - (When necessary for State and Local Requirements) |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct.<br>_Candace Epps_<br>Date    Charging Party (Signature) | SIGNATURE OF COMPLAINANT<br>_Candace Epps_<br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year) |

EEOC FORM 5 (Test 10/94)

## ADDENDUM TO THE CHARGE OF DISCRIMINATION OF CANDACE EPPS

My name is Candace Epps, Black female. I have been employed by the Walgreen Company since July 21, 2002. I presently hold the position of Executive Assistant Store Manager (EXA), which is one level below Store Manager, at the Perry Hill Road Walgreen store in Montgomery, Alabama. I filed a complaint with the Equal Employment Opportunity Commission in February, 2003, alleging race discrimination in training and promotion. I was subsequently promoted to EXA at the South Boulevard Walgreen store and have held the EXA position since July, 2003, most recently at the Perry Hill Road store.

I notified my Store Manager and District Manager that I wished to be promoted to Store Manager. Walgreen policy requires that an EXA must pass a PTCB (Pharmacy Technician Certified Board) test before being promoted to Store Manager. I took the test in March, 2004, and was notified that I had made a passing score in April, 2004. My Store Manager had told me that I was ready for promotion, and that all I needed to do to be promoted was to pass the test.

During May, 2004, the company was preparing to open a new store on Perry Hill Road in Montgomery. I was evaluated by James Freeman (White male), my Store Manager and David Shepard (White male), my District Manager in May, 2004. My evaluation was fully successful. At that time, I expressed my interest in managing either the new store or an older store. The District Manager responded that he didn't feel that he knew me very well. I scheduled another meeting with the District Manager to inquire as to his meaning. He told me at that time that he felt that while I was fully qualified and capable, he would feel better if I worked for another Store Manager for a while. He said that it was his policy to have EXAs work with at least two Store Managers in his District before going into stores of their own.

In June, 2004, a Store Manager's position was available in Montgomery and one was available in Birmingham. I was fully qualified to fill either position. Instead, I was assigned to the Perry Hill Store as EXA under JoAnn Jones, White female Store Manager. Ms. Jones moved after a month back to her store; I remained at Perry Hill under Store Manager Leland Wallace (White male). Prior to his assignment as Store Manager, Wallace worked as EXA under only one Store Manager in this District.

The position in Birmingham was filled by a White female who had less time with the company than I had.

I have been the victim of discrimination on the basis of my race, Black, in violation of Title VII of the Civil Right Act of 1964 (as amended) and 42 U.S.C. § 1981.

_____
CANDACE EPPS

SWORN TO and SUBSCRIBED before me this __11__ day of October, 2004.

_____
NOTARY PUBLIC, State at Large,
My commission expires __11/06/04__

