IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CANDACE EPPS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO.: 2:05CV-00498-T |
| | ) | |
| WALGREEN CO., INC. | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S ANSWERS TO PLAINTIFF'S FIRST INTERROGATORIES

COMES NOW Defendant Walgreen Co., Inc. (hereinafter "Defendant" or "Walgreen"), pursuant to Federal Rules of Civil Procedure 26 and 33, and answers the interrogatories propounded by Plaintiff as follows:

### GENERAL OBJECTIONS

Defendant, Walgreen, objects to the discovery requests that extend beyond the issues properly raised in this action, as burdensome, overbroad, and not reasonably calculated to lead to the discovery of evidence that would be admissible in this action.

### INTERROGATORIES

1.    Please state the full name, present address, and telephone number of the person(s) answering and/or assisting in answering these Interrogatories.

**Answer:**    **Alysonne O. Hatfield, attorney, and Glenda C. Coppock, paralegal, Ogletree, Deakins, Nash, Smoak & Stewart P.C., One Federal Place, 1819 Fifth Avenue North, Suite 1000, Birmingham, AL   35203-2118, 205-328-1400, and Paul Rengering and David Sheppard, District Managers for Walgreen.**

EXHIBIT

3

2.    Please list the date each employee joined Defendant's employment, his qualifications and/or certifications, any promotions received and the dates of any promotions, the employee's current positions(s) and each employee's race for the following:

     a.    Mario Escobar;
     b.    Jorge Escobar;
     c.    David Greenwood;
     d.    Henry Holmes;
     e.    Lorenzo Thomas;
     f.    James Freeman.

**ANSWER:    Defendant objects to Plaintiff's Interrogatory No. 2 on the basis that it seeks information that, in some cases, is unknown to Defendant, as well as because it is not reasonably limited to a relevant time period and/or geographic location. Defendant further objects to Interrogatory No. 2 because it seeks information that infringes upon the legitimate privacy expectations of individuals not parties to this action, and because it is not reasonably calculated to lead to the production of admissible evidence as to Plaintiff's claims in this action. Subject to and without waiver of the foregoing objections, however, Defendant states as follows:**

**a.    Mario Escobar:**
    **Employed on  9/12/1996 as Service Clerk at Walgreen store located at 9851 Glades Rd., Boca Raton, FL**
    **Qualifications and/or certifications:**
        **1993 – 1994 – Manager, McDonald's**
        **1994 – 1996 – Supervisor, UPS**
        **April, 2005 – Received PTCB Certification from Walgreen**
    **Promotions while employed by Defendant:**
        **10/1996 – promoted to Head Stock Clerk**
        **12/1996 – promoted to Price Administrator**
        **9/1997 – promoted to Photo Specialist**
        **4/1998 – promoted to Management Trainee**
        **6/2000 – promoted to Executive Assistant Manager**
    **Current Position:   Executive Assistant Manager at Walgreen store located at 2281 E. South Blvd., Montgomery, AL**
    **Race:  Hispanic**

**b.    Jorge Escobar:**
    **Employed on 3/31/1999 as Management Trainee at Walgreen store located at 800 Morris Turnpike, Short Hills, NJ**
    **Promotions while employed by Defendant:  6/2001 – promoted to Executive Assistant Manager**
    **April, 2005 - Received PTCB Certification from Walgreen**

2

Current Position:  Executive Assistant Manager at Walgreen store located at 3892 Atlanta Hwy, Montgomery, AL
Race:  Hispanic

c.    David Greenwood:
Employed on 10/6/2003 as Management Trainee at Walgreen store located at 703 S. Memorial Dr., Prattville, AL
Qualifications and/or certifications:
High School diploma from Niceville High School
Attended Enterprise St. Jr. College
1990 – 1999 – Bruno's Inc. – duties included cash register, cash handling, inventory management, customer service, computer operation, sales, creating displays, bookkeeping
1999 – 2001 – Super Discount Markets – Cub Foods – duties included cash register, cash handling, inventory management, customer service, computer operation, sales, creating displays, bookkeeping
2002 – 2003 – Bruno's Inc./Food Fair – duties included cash register, cash handling, inventory management, customer service, computer operation, sales, creating displays, bookkeeping
April, 2005 -  Received PTCB Certification from Walgreen

Promotions while employed by Defendant:
5/2004 – promoted to Executive Assistant Manager
9/2005 – promoted to Store Manager
Current Position:  Store Manager at Walgreen store located at 765 E. Glenn Ave., Auburn, AL
Race:  Caucasian

d.    Henry Holmes:  Defendant has no record of an employee with this name.

e.    Lorenzo Thomas:
Employed on 12/18/2000 as Service Clerk at Walgreen store located at 3107 Lurleen B. Wallace Blvd., Northport, AL
Qualifications and/or certifications:
Associate's degree in Business Administration from Meridian Junior College.
1989 to 1990 – Winn – Dixie – stock person
1990 to 1999 – U. S. Navy – Workcenter supervisor; electronic technician
1999 to 2000 – Blockbuster Video – Manager
Received PTCB Certification from Walgreen
Promotions while employed by Defendant:
12/2001 – promoted to Management Trainee
6/2002 – promoted to Executive Assistant Manager
4/2003 – promoted to Store Manager

3

Current Position:  Store Manager at Walgreen store located at 3107 Lurleen B.
Wallace Blvd., Northport, AL
       Race:  African American

f.     James Freeman:
     Employed on 8/6/2001 as Management Trainee at Walgreen store located at
2301 Center Point Pkwy, Birmingham, AL
       Qualifications and/or certifications:
          GED – Walker Tech
          CDL – Beville State Jr. College
          1985 – 1991 – Big B Drugs (now CVS) – duties included store hiring &
          ordering, merchandising.
          1992 – 1994 – Garry Quick Stop – owned & managed his own business
          1995 – 2000 – Freds, Inc. – duties included store hiring & training,
          management
          Received PTCB Certification from Walgreen
       Promotions while employed by Defendant:
          6/2002 – promoted to Executive Assistant Manager
          4/2003 – promoted to Store Manager
       Current Position:  Store Manager at Walgreen store located at 100 N. Airport
Rd., Jasper, AL
       Race:  Caucasian

## VERIFICATION

On behalf of WALGREEN CO., INC., I declare under penalty of perjury under the laws

of the United States of America that, to the best of my knowledge, the information provided in

the foregoing answers to interrogatories is true and correct.


WALGREEN CO., INC.


By:_____

     Its _____


By:_____

     Its _____

4

AS TO OBJECTIONS:

*Alysonne Hatfield*

Attorneys for Defendant
J. Richard Carrigan
Alysonne O. Hatfield

**OGLETREE, DEAKINS, NASH, SMOAK**
      **& STEWART, P.C.**
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, AL 35203-2118
(205) 328-1900

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the foregoing upon the following counsel of
record by electronic mail, this 23rd day of February, 2006.

        Jay Lewis
        Law Offices of Jay Lewis, LLC
        P. O. Box 5059
        Montgomery, AL 36103

*Alysonne Hatfield*

OF COUNSEL

5