IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CANDACE EPPS,** <br> **Plaintiff** | * <br> * <br> * |
| v. | *    **Civil Case No. 2:05-cv-498-C** <br> * |
| **WALGREEN CO., INC.,** <br> **Defendant.** | * <br> * <br> * <br> * |

**NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION**

COMES NOW Plaintiff, by and through counsel and reports to the Court as follows:

As required by the Court's scheduling order, counsel for Plaintiff has met and conferred with counsel for the defendant regarding the possibility of settling this case. At this point, it appears that settlement may be possible, and the parties continue to negotiate. The parties do not now believe that mediation will assist them in resolving this case short of trial, but continue to explore that possibility.

Respectfully submitted this the 15th day of March, 2006.

/s/ JAY LEWIS (LEW031)
Jay Lewis
Attorney for Plaintiff
P.O. Box 5059
Montgomery, Alabama, 36103
334-263-7733 (voice)
334-263-7733 (fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J

1

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing document on the following parties or attorneys by CM/ECF, hand delivery or by placing a copy of the same in the United States mail, properly addressed and first-class postage prepaid on this 15th day of March, 2006.

John Richard Carrigan
Alysonne Hatfield
Ogletree, Deakins, Nash, Smoak & Stewart
One Federal Place, Suite 1000
1819 5th Avenue North
Birmingham, Alabama 35203

/s/ JAY LEWIS (LEW031)
Jay Lewis
Attorney for Plaintiff
P.O. Box 5059
Montgomery, Alabama, 36103
334-263-7733 (voice)
334-263-7733 (fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J