**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 16, 2006

## NOTICE OF DEFICIENCY

**To:**   Attorney Jay Lewis

**From:**   Clerk's Office

**Case Style:**   Epps v. Walgreen Co., Inc.

**Case Number:**   2:05-cv-00498-MHT

**Referenced Pleading:**   Notice of Mediation

**Notice is hereby given that the referenced deficient pleadings were filed on March 15, 2006 by electronic means and is deficient for the following reason:**

*The pleading is missing your electronic signature on the certificate of service page.*

**The listed deficiency must be corrected within 10 days from the date of this notice. Please submit to the Clerk's office by <u>CONVENTIONAL</u> *(MAIL)* the signature pages of the referenced documents containing your electronic signatures as explained in the Civil Administrative Procedures, <u>ALONG WITH A COPY OF THIS NOTICE.</u>**

<u>*DO NOT E-FILE YOUR CORRECTION.......IT MUST BE MAILED TO THE CLERK'S OFFICE.*</u>