**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| CANDACE EPPS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )    **CASE NO.: 2:05CV-00498-T** |
| | ) |
| WALGREEN CO., INC. | ) |
| | ) |
|     Defendant. | ) |

### MOTION OF WALGREEN CO., INC. FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Defendant Walgreen Co., Inc. (hereafter "Walgreen") moves this Court for leave to file a reply brief in response to the Plaintiff's Response to the Defendant's Motion for Summary Judgment. As grounds therefore, Walgreen states as follows:

    1. Plaintiff's response to the Defendant's summary judgment motion contains claims that have never been alleged in an EEOC charge in this action. In addition, the facts alleged in response to Defendant's motion for summary judgment are, in substantial part, different from and sometimes contradictory to the facts about which Plaintiff testified in her deposition. Defendant needs an adequate opportunity to clarify what the actual claims in this case are and how the undisputed evidence relates to those claims.

    2. Walgreen will be substantially prejudiced if it is unable to reply to the Plaintiff's new theories of recovery, allegations, and evidence.

    3. In the event that the Court grants Walgreen leave to file its reply brief, the reply brief is submitted simultaneously herewith and has been served on the Plaintiff along with this motion.

1

WHEREFORE, premises considered, Walgreen respectfully requests that the Court grant its motion and allow it to file a reply brief in response to the Plaintiff's response to the Defendant's motion for summary judgment.

>Respectfully submitted,
>
>s/ John Richard Carrigan
>John Richard Carrigan (CAR014)
>Alysonne O. Hatfield (HAT012)
>Ogletree, Deakins, Nash, Smoak & Stewart,
>One Federal Place, Suite 1000
>1819 5th Avenue North
>Birmingham, Alabama 35203
>Telephone: (205) 328-1900
>Facsimile: (205) 328-6000
>E-mail: richard.carrigan@odnss.com
>E-mail: alysonne.hatfield@odnss.com
>*Counsel for Defendant, Walgreen Co., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2006, I electronically filed the foregoing Motion for Leave to File Reply Brief in Support of Motion for Summary Judgment with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Jay Lewis.

>s/John Richard Carrigan
>John Richard Carrigan (CAR014)
>Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
>One Federal Place, Suite 1000
>1819 5th Avenue North
>Birmingham, Alabama 35203
>Telephone: (205) 328-1900
>Facsimile: (205) 328-6000
>E-mail: Richard.carrigan@odnss.com
>*Counsel for Defendant, Walgreen Co., Inc.*