IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


CANDACE EPPS,                        )
                                     )
        Plaintiff,                   )
                                     )        CIVIL ACTION NO.
        v.                           )          2:05cv498-MHT
                                     )
WALGREEN CO., INC.,                  )
                                     )
        Defendant.                   )

                           ORDER

    It is ORDERED that the motion for leave to file reply

brief (Doc. No. 19) is granted.

    DONE, this the 20th day of March, 2006.


                    /s/ Myron H. Thompson
                  UNITED STATES DISTRICT JUDGE