IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **CANDACE EPPS,** | * | |
|     Plaintiff | * | |
| | * | |
|     v. | * | Civil Case No. 2:05-cv-498-C |
| | * | |
| **WALGREEN CO., INC.,** | * | |
|     Defendant. | * | |
| | * | |

**NOTICE OF APPEARANCE**

COMES NOW Carol Gerard to enter her appearance as one of the attorneys for Plaintiff herein and respectfully requests of the Court and all parties that she be served with process and all needful papers.

RESPECTFULLY SUBMITTED on this the __12th__ day of May, 2006.

/s/ CAROL GERARD
Carol Gerard
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
carolgerard@JayLewisLaw.com
ASB-1075-L66G

**CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel, or by hand delivery, or by facsimile, or by placing a copy of the same in the United States mail, properly addressed and first-class postage prepaid on this ___12th___ day of May, 2006.

John Richard Carrigan
Alysonne Hatfield

1

/s/ CAROL GERARD
Carol Gerard
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
carolgerard@JayLewisLaw.com
ASB-1075-L66G