IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CANDACE EPPS,               ) | |
|     Plaintiff,         ) | |
|                                  ) | CIVIL ACTION NO. |
| v.                          ) | 2:05cv498-MHT |
| WALGREEN CO., INC.,          ) | |
|     Defendant.         ) | |

ORDER

Based on the agreement of the parties at the pretrial conference held today, May 15, 2006, it is ORDERED that plaintiff Candace Epps's claim alleging a pattern and practice of discrimination is dismissed. All other claims in the case remain pending.

DONE, this the 15th day of May, 2006.

                                       /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE