IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CANDACE EPPS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO.  2:05cv498-MHT |
| | ) |
| WALGREEN CO., INC., | ) |
| | ) |
|     Defendant. | ) |

**ORDER**

For good cause, it is

ORDERED that the mediation conference presently set for May 25, 2006, at 1:30 p.m. be and is hereby **RESET** to June 5, 2006, at 1:30 p.m.  It is further

ORDERED that the mediation statement presently due on May 19, 2006 be and is hereby **DUE** on June 1, 2006.

Done this 18th day of May, 2006.

        /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE