IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CANDACE EPPS, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) CIVIL ACTION NO. |
|    v. | )   2:05cv498-MHT |
| | )     (WO) |
| WALGREEN CO., INC., | ) |
| | ) |
|    Defendant. | ) |

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) Defendant Walgreen Co., Inc.'s motion for summary judgment (Doc. No. 11) is granted.

(2) Judgment is entered in favor of defendant Walgreen Co., Inc. and against plaintiff Candace Epps, with plaintiff Epps taking nothing by her complaint.

It is further ORDERED that costs are taxed against plaintiff Epps, for which execution may issue.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 1st day of June, 2006.**

                                                /s/ Myron H. Thompson
                                              **UNITED STATES DISTRICT JUDGE**