IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CANDACE EPPS, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:05cv498-MHT |
| | ) |
| WALGREEN CO., INC., | ) |
| | ) |
|    Defendant. | ) |

**ORDER**

On May 18, 2006, the undersigned set a mediation conference in this matter on June 5, 2006, On June 1, 2006, the court granted the defendant's motion for summary judgment and dismissed this action. Accordingly, it is

ORDERED that the meditation conference presently set for June 5, 2006 be and is hereby CANCELED.

Done this 5th day of June, 2006.

                                                /s/Charles S. Coody
                                                CHARLES S. COODY
                                                CHIEF UNITED STATES MAGISTRATE JUDGE