AO 133    (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

CANDACE EPPS, Plaintiff

V.

WALGREEN CO., INC., Defendant

**BILL OF COSTS**

Case Number: 2:05-CV-498-C

Judgment having been entered in the above entitled action on June 1, 2006 against Plaintiff, the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk .................................................. | $ |
| Fees for service of summons and subpoena ................................. | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | |
| Fees and disbursements for printing ..................................... | |
| Fees for witnesses (itemize on reverse side) .............................. | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ........... | 39.90 (see Composite Exh. A) |
| Docket fees under 28 U.S.C. 1923 ..................................... | |
| Costs as shown on Mandate of Court of Appeals ............................ | |
| Compensation of court-appointed experts ................................. | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs (please itemize) .. Deposition (see Composite Exh. A) ................. | 671.83 |
| TOTAL | $711.73 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: Jay Lewis, Esq.

Signature of Attorney: _[signature]_

Name of Attorney: J. Richard Carrigan

For: Walgreen Co., Inc.    Date: July 5, 2006
Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

DEBRA P. HACKETT    By: _____
Clerk of Court    Deputy Clerk    Date

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | TOTAL | | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
"Entry of the judgment shall not be delayed for the taxing of costs."

# COMPOSITE EXHIBIT "A"

## DEFENDANT'S ITEMIZED BILL OF COSTS

Defendant Walgreen Co. submits the following Itemized Bill of Costs:

A. **Deposition Costs**

    1.    Candace Epps deposition transcript (November 9, 2005)    $ 671.83
         (invoice attached)

    TOTAL DEPOSITION COSTS:    **$ 671.83**

B. **Documents Reproduced in Support of Motion for Summary Judgment**

    1.    Motion for summary judgment
        3 pages x 2 copies @ $.15    $ .90

    2.    Supporting brief
        23 pages x 2 copies @ $.15    $ 6.90

    3.    Evidentiary Submission
        91 pages x 2 copies @ $.15    $ 27.30

    4.    Motion to File Reply Brief
        2 pages X 2 copies @ $.15    $ .60

    5.    Reply brief
        14 pages x 2 copies @ .15    $ 4.20

TOTAL COSTS FOR
EXEMPLIFICATION OF PAPERS:    **$ 39.90**

=========

**GRAND TOTAL**    **$ 711.73**

**TYLER EATON**
TYLER EATON MORGAN NICHOLS & PRITCHETT INC.

(205) 252-9152 • Toll-Free (800) 458-6031 • Fax (205) 252-0196
One Federal Place, Suite 1020 • 1819 Fifth Avenue North
Birmingham, Alabama 35203

Vendor # 920248   Location # 111
Approved by JWJ   Date 12-12-05
Resp. Party #
G/L code 2012

Client/Matter # 440654.20
Cost Code 5170
Voucher # _____ Pay Date _____

```
JOHN RICHARD CARRIGAN                          November 30, 2005
OGLETREE, DEAKINS, NASH,
       SMOAK & STEWART, P.C.                   Invoice# 05-1922
One Federal Place, Suite 1000
1819 5th Avenue North                          Balance:    $671.83
Birmingham, AL  35203


Re: CANDACE EPPS V WALGREEN COMPANY, INC.
    on 11/09/05 by KIMBERLY T. HOFF



Charge Description                                              Amount
DEPONENT: CANDACE EPPS


.50       PER DIEM              @ 100.00/DAY                     50.00
173       ORIGINAL & 1 PAGES    @   3.05/PAGE                   527.65
1         ASCII DISK            @  20.00/EACH                    20.00
1         TRAVEL TRANSCRIPT     @  20.00/EACH                    20.00
27        EXHIBITS              @    .30/PAGE                     8.10
95        MILEAGE               @    .485/MILE                   46.08

                          EIN 20-2042132
```

Please Detach and Return Stub With Payment

P l e a s e   R e m i t   - - - >   Total Due:   $671.83

Remit to:

**TYLER EATON**
TYLER EATON MORGAN NICHOLS & PRITCHETT INC.
        ************PAYMENT DUE UPON RECEIPT************
One Federal Place, Suite 1020
1819 Fifth Avenue North
Birmingham, Alabama 35203
                                   Invoice# 05-1922

Cm # 440654.20                     Balance$    671.83

EIN 20-2042132